IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

_____

VICTOR M. BOOTH,                               )
   individually and as next friend of          )
   L.B. a minor child,                          )
   3017 Central Avenue NE,                      )
   Washington, D.C. 20018;                      )
                                              )
SHAMEKA WILLIAMS,                              )          **Case No. 21-1857**
   individually and as next friend of          )
   K.G. and R.T., minor children;              )
   3744 Foote Street NE,                        )          **APPENDIX OF EXHIBITS**
   Washington, D.C. 20019;                      )          **SUBMITTED IN SUPPORT**
                                              )          **OF VERIFIED AMENDED**
SHANITA WILLIAMS,                             )          **COMPLAINT FOR**
   individually and as next friend of          )          **DECLARATORY AND**
   N.W. and M.R., minor children,              )          **INJUNCTIVE RELIEF**
   404 13th Street SE,                          )
   Washington, D.C. 20003; and                  )
                                              )
JANE HELLEWELL,                               )
   individually and as next friend of          )
   H.B., a minor child,                         )
   648 Lexington Place NE,                      )
   Washington, D.C. 20002,                      )
             *Plaintiffs*,          )
                                              )
   *vs*.                                       )
                                              )
MURIEL BOWSER,                                )
   in her official capacity as  Mayor of the    )
   District of Columbia,                        )
   1350 Pennsylvania Avenue NW                  )
   Washington, D.C. 20004;                      )
                                              )
LAQUANDRA NESBITT,                            )
   In her official capacity as                  )
   Director of the District of Columbia         )
   Department of Health,                        )
   825 North Capitol Street SE                  )
   Washington, D.C. 20002; and                  )
                                              )

LEWIS FEREBEE,                                    )
    In his official capacity as                  )
    Chancellor of the District of Columbia       )
    Public Schools,                              )
    1200 First Street NE                         )
    Washington, D.C. 20002,                      )
                                    )
                          *Defendants.*  )
_____ )

| EXHIBIT INDEX | |
|---|---|
| **Exhibit #** | **CITATION** |
| 1 | District of Columbia's Child Health Certificate |
| 2 | *Take the Shot, DC., Get Vaccinated*, GOVERNMENT OF THE DISTRICT OF COLUMBIA, MURIEL BOWSER, MAYOR, https://coronavirus.dc.gov/page/get-vaccinated |
| 3 | GOVERNMENT OF THE DISTRICT OF COLUMBIA, MURIEL BOWSER, MAYOR, https://coronavirus.dc.gov/node |
| 4 | *Vaccine Clinic*, KIPP DC: PUBLIC SCHOOLS, https://www.kippdc.org/vaccine-clinic/ <br> https://www.kippdc.org/vaccine-clinic/#tab-3 |
| 5 | *Find COVID-19 Vaccines*, VACCINES.GOV, https://www.vaccines.gov/search/ |
| 6 | *Vaccinations for Students*, DCPSREOPENSTRONG.COM, https://dcpsreopenstrong.com/vaccines/ |
| 7 | *Healthy Operations*, KIPP DC: PUBLIC SCHOOLS, https://www.kippdc.org/healthy-operations/ |
| 8 | Nuremberg Code |
| 9 | School Year 2021-22, Student Athletes: COVID-19 Vaccination Religious Exemption Certificate |
| 10 | Illustration |
| 11 | "Peer Pressure" Drawing |
| 12 | Hardy Middle School walk in vaccine clinic flyer |
| 13 | School Without Walls Letter |
| 14 | The Vaccine Injury Table |
| 15 | ACIP's Recommended Child and Adolescent Immunization Schedule |
| 16 | HRSA $4.6 BILLION VICP (See first page for title; last page for amount.) |
| 17 | Collective Exhibit of VISs |
| 18 | Pfizer-BioNTech Vaccine Fact Sheet |

# EXHIBIT 1

# DC | HEALTH  Universal Health Certificate

**Use this form to** report your child's physical health to their school/child care facility. This is required by DC Official Code §38-602. Have a licensed medical professional complete part 2 - 4. Access health insurance programs at https://dchealthlink.com. You may contact the Health Suite Personnel through the main office at your child's school.

## Part 1: Child Personal Information | To be completed by parent/guardian.

| Child Last Name: | Child First Name: | Date of Birth: |
|---|---|---|

**School or Child Care Facility Name:**

**Gender:** ☐ Male  ☐ Female  ☐ Non-Binary

| Home Address: | Apt: | City: | State: | ZIP: |
|---|---|---|---|---|

**Ethnicity:** *(check all that apply)*  ☐ Hispanic/Latino  ☐ Non-Hispanic/Non-Latino  ☐ Other  ☐ Prefer not to answer

**Race:** *(check all that apply)*  ☐ American Indian/Alaska Native  ☐ Asian  ☐ Native Hawaiian/Pacific Islander  ☐ Black/African American  ☐ White  ☐ Prefer not to answer

| Parent/Guardian Name: | Parent/Guardian Phone: |
|---|---|
| Emergency Contact Name: | Emergency Contact Phone: |

**Insurance Type:**  ☐ Medicaid  ☐ Private  ☐ None  | **Insurance Name/ID #:**

**Has the child seen a dentist/dental provider within the last year?**  ☐ Yes  ☐ No

I give permission to the signing health examiner/facility to share the health information on this form with my child's school, child care, camp, or appropriate DC Government agency. In addition, I hereby acknowledge and agree that the District, the school, its employees and agents shall be immune from civil liability for acts or omissions under DC Law 17-107, except for criminal acts, intentional wrongdoing, gross negligence, or willful misconduct. I understand that this form should be completed and returned to my child's school every year.

**Parent/Guardian Signature:** _____  **Date:** _____

## Part 2: Child's Health History, Exam, and Recommendations | To be completed by licensed health care provider.

| Date of Health Exam: | BP: ____ / ____  ☐ NML  ☐ ABNL | Weight: ☐ LB ☐ KG | Height: ☐ IN ☐ CM | BMI: | BMI Percentile: |
|---|---|---|---|---|---|

**Vision Screening:** Left eye: 20/_____  Right eye: 20/_____  ☐ Corrected ☐ Uncorrected  ☐ Wears glasses  ☐ Referred  ☐ Not tested

**Hearing Screening:** *(check all that apply)*  ☐ Pass  ☐ Fail  ☐ Not tested  ☐ Uses Device  ☐ Referred

**Does the child have any of the following health concerns?** *(check all that apply and provide details below)*

☐ Asthma
☐ Autism
☐ Behavioral
☐ Cancer
☐ Cerebral palsy
☐ Developmental
☐ Diabetes

☐ Failure to thrive
☐ Heart failure
☐ Kidney failure
☐ Language/Speech
☐ Obesity
☐ Scoliosis
☐ Seizures

☐ Sickle cell
☐ Significant food/medication/environmental allergies that may require emergency medical care. *Details provided below.*
☐ Long-term medications, over-the-counter-drugs (OTC) or special care requirements. *Details provided below.*
☐ Significant health history, condition, communicable illness, or restrictions. *Details provided below.*
☐ Other:_____

**Provide details. If the child has Rx/treatment, please attach a complete Medication/Medical Treatment Plan form; and if the child was referred, please note.** _____

## TB Assessment | Positive TST should be referred to Primary Care Physician for evaluation. For questions call T.B. Control at 202-698-4040.

| What is the child's risk level for TB? | Skin Test Date: | Quantiferon Test Date: |
|---|---|---|

☐ High → *complete skin test and/or Quantiferon test*
☐ Low

**Skin Test Results:**  ☐ Negative  ☐ Positive, CXR Negative  ☐ Positive, CXR Positive  ☐ Positive, Treated

**Quantiferon Results:**  ☐ Negative  ☐ Positive  ☐ Positive, Treated

**Additional notes on TB test:**

## Lead Exposure Risk Screening | All lead levels must be reported to DC Childhood Lead Poisoning Prevention. Call 202-654-6002 or fax 202-535-2607.

| **ONLY FOR CHILDREN UNDER AGE 6 YEARS** *Every child must have 2 lead tests by age 2* | 1st Test Date: | 1st Result: ☐ Normal ☐ Abnormal, **Developmental Screening Date:** | 1st Serum/Finger Stick Lead Level: |
|---|---|---|---|
| | 2nd Test Date: | 2nd Result: ☐ Normal ☐ Abnormal, **Developmental Screening Date:** | 2nd Serum/Finger Stick Lead Level: |

| HGB/HCT Test Date: | HGB/HCT Result: |
|---|---|

**Exhibit 1**

**Part 3: Immunization Information** | To be completed by licensed health care provider.

| Child Last Name: | | | Child First Name: | | Date of Birth: | | |
|---|---|---|---|---|---|---|---|

| Immunizations | In the boxes below, provide the dates of immunization (MM/DD/YY) | | | | | | |
|---|---|---|---|---|---|---|---|
| Diphtheria, Tetanus, Pertussis (DTP, DTaP) | 1 | 2 | 3 | 4 | 5 | | |
| DT (<7 yrs.)/ Td (>7 yrs.) | 1 | 2 | 3 | 4 | 5 | | |
| Tdap Booster | 1 | | | | | | |
| Haemophilus influenza Type b (Hib) | 1 | 2 | 3 | 4 | | | |
| Hepatitis B (HepB) | 1 | 2 | 3 | 4 | | | |
| Polio (IPV, OPV) | 1 | 2 | 3 | 4 | | | |
| Measles, Mumps, Rubella (MMR) | 1 | 2 | | | | | |
| Measles | 1 | 2 | | | | | |
| Mumps | 1 | 2 | | | | | |
| Rubella | 1 | 2 | | | | | |
| Varicella | 1 | Child had Chicken Pox (month & year): Verified by: _____ (name & title) | | | | | |
| Pneumococcal Conjugate | 1 | 2 | 3 | 4 | | | |
| Hepatitis A (HepA) (Born on or after 01/01/2005) | 1 | | | | | | |
| Meningococcal Vaccine | 1 | 2 | | | | | |
| Human Papillomavirus (HPV) | 1 | 2 | 3 | | | | |
| Influenza (Recommended) | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| Rotavirus (Recommended) | 1 | 2 | 3 | | | | |
| Other | 1 | 2 | 3 | 4 | 5 | 6 | 7 |

☐ The child is **behind on immunizations** and there is a plan in place to get him/her back on schedule. **Next appointment is:** _____

**Medical Exemption (if applicable)**
I certify that the above child has a valid medical contraindication(s) to being immunized at the time against:

☐ Diphtheria  ☐ Tetanus  ☐ Pertussis  ☐ Hib  ☐ HepB  ☐ Polio  ☐ Measles
☐ Mumps  ☐ Rubella  ☐ Varicella  ☐ Pneumococcal  ☐ HepA  ☐ Meningococcal  ☐ HPV

**Is this medical contraindication permanent or temporary?** ☐ Permanent  ☐ Temporary until: _____ (date)

**Alternative Proof of Immunity (if applicable)**
I certify that the above child has laboratory evidence of immunity to the following and I've attached a copy of the titer results.

☐ Diphtheria  ☐ Tetanus  ☐ Pertussis  ☐ Hib  ☐ HepB  ☐ Polio  ☐ Measles
☐ Mumps  ☐ Rubella  ☐ Varicella  ☐ Pneumococcal  ☐ HepA  ☐ Meningococcal  ☐ HPV

**Part 4: Licensed Health Practitioner's Certifications** | To be completed by licensed health care provider.

This child has been appropriately examined and health history reviewed and recorded in accordance with the items specified on this form. At the time of the exam, this child is **in satisfactory health** to participate in all school, camp, or child care activities except as noted on page one.     ☐ No  ☐ Yes

This child is cleared for **competitive sports.**   ☐ N/A  ☐ No  ☐ Yes  ☐ Yes, pending additional clearance from: _____
_____

I hereby certify that I examined this child and the information recorded here was determined as a result of the examination.

| **Licensed Health Care Provider Office Stamp** | Provider Name: |
|---|---|
| | Provider Phone: |
| | Provider Signature:          Date: |

**OFFICE USE ONLY** | Universal Health Certificate received by School Official and Health Suite Personnel.

| School Official Name: | Signature: | Date: |
|---|---|---|
| Health Suite Personnel Name: | Signature: | Date: |

**Exhibit 1**

# EXHIBIT 2





Select Language

Powered by Google **Translate**

 Listen ▶

# Get Vaccinated



**Take the Shot, DC.**

# WALK-UP VACCINATION SITES FOR

## SUNDAY, NOVEMBER 14



**FREE COVID-19 vaccine | No appointment needed.**

## No District-operated walk-up sites are open today. Find other opportunities to get vaccinated, including at pharmacies and clinics across all eight wards, at vaccines.gov.

**Find appointments at pharmacies, clinics and health care providers across DC: Vaccines.gov**

**#TakeTheShotDC #DCHOPE**



DC | HEALTH
GOVERNMENT OF THE DISTRICT OF COLUMBIA

GOVERNMENT OF THE DISTRICT OF COLUMBIA
DC MURIEL BOWSER, MAYOR

Children 5 to 11 years old are now eligible to get vaccinated. The vaccine is safe and lowers the chance of children getting and spreading COVID-19. The vaccine is 90% effective at preventing symptoms of COVID-19. Children will receive a smaller dose of the Pfizer-BioNTech COVID-19 vaccine than adolescents and adults, approximately one-third the dose that people 12 and older get.

- Find vaccination sites for 5- to 11-year-olds
- Find walk-up vaccination sites for 5- to 11-year-olds

## Vaccination Sites for 5- to 11- year-olds

| Ward | Facility Name | Address | Notes |
|---|---|---|---|
| **Ward 1** | Children's National Hospital – Columbia Heights | 3336 14th St. NW | https://childrensnational.org/ |

**Exhibit 2**

| Ward | Facility Name | Address | Notes |
|---|---|---|---|
| | Community of Hope – Marie Reed Health Center | 2155 Champlain Street NW | https://www.communityofhopedc.org/healthcare |
| | Giant Pharmacy 378 | 1345 Park Rd. NW | https://giantfood.com/pages/covid-info |
| | Howard University Family Practice Plan | 2041 Georgia Ave. NW, 3300 Tower | http://huhealthcare.com/healthcare/hospital/coronavirus-vaccine-information |
| | Kalorama Pharmacy | 1841 Columbia Rd. NW | https://www.kaloramapharmacy.com/ |
| | Mary's Center – Ontario Road | 2333 Ontario Rd. NW | https://www.maryscenter.org/ |
| | Safeway Pharmacy – Columbia Road | 1747 Columbia Rd. NW | https://www.safeway.com/pharmacy/covid-19.html |
| | Unity Health Care, Inc. – Upper Cardozo Health Center | 3020 14th Street NW | https://www.unityhealthcare.org/ |
| | Walgreens Store 17712 | 1306 U St NW | https://www.walgreens.com/topic/promotion/covid-vaccine.jsp |
| **Ward 2** | Alpha Peoples Drugs | 1638 R St NW STE 1 | Walk In (https://www.alphapeoplesdrugs.com/) |
| | Children's Pediatricians & Associates – Foggy Bottom | 2021 K ST NW Suite 800 | https://childrensnational.org/primary-care |
| | Michelle Barnes Marshall, MD PC | 2440 M street NW Suite 317 | |
| | Safeway Pharmacy – Corcoran Street | 1701 Corcoran St NW | https://www.safeway.com/pharmacy/covid-19.html |
| | Safeway Pharmacy – Wisconsin Avenue | 1855 Wisconsin Ave NW | https://www.safeway.com/pharmacy/covid-19.html |
| **Ward 3** | Safeway Pharmacy – Connecticut Avenue | 5545 Connecticut Ave NW | https://www.safeway.com/pharmacy/covid-19.html |
| | Spring Valley Pediatrics | 4850 Massachusetts Ave, NW, Suite 200 | http://www.springvalleypediatrics.net/ |
| | Walgreens Store 4445 | 3301 New Mexico Ave. NW | https://www.walgreens.com/topic/promotion/covid-vaccine.jsp |
| **Ward 4** | Children's National Hospital – Shepherd Park | 7125 13th Place NW | https://childrensnational.org/ |
| | Mary's Center – Georgia Avenue | 3912 Georgia Avenue NW | https://www.maryscenter.org/ |
| | Safeway Pharmacy – Georgia Avenue | 3830 Georgia Ave NW | https://www.safeway.com/pharmacy/covid-19.html |
| | Safeway Pharmacy – Piney Branch | 6500 Piney Branch Rd NW | https://www.safeway.com/pharmacy/covid-19.html |
| **Ward 5** | Children's National Hospital | 111 Michigan Ave NW | https://childrensnational.org/ |

**Exhibit 2**

| Ward | Facility Name | Address | Notes |
|------|---------------|---------|-------|
| | Community of Hope Family Health & Birth Center | 801 17th Street NE | https://www.communityofhopedc.org/healthcare |
| | CuraCapitol | 1140 Varnum Street NE Suite 200 | https://www.curacapitol.com/ |
| | Mary's Center – Ft. Totten | 100 Gallatin St NE | https://www.maryscenter.org/ |
| | Safeway Pharmacy – Maryland Avenue | 1601 Maryland Ave NE | https://www.safeway.com/pharmacy/covid-19.html |
| | Unity Health Care, Inc. – Brentwood | 1251b Saratoga Ave NE | https://www.unityhealthcare.org/ |
| **Ward 6** | Children's National Hospital – Shaw | 641 S Street NW | https://childrensnational.org/ |
| | Grubb's Pharmacy | 326 E Capitol St NE | https://www.grubbspharmacy.com/ |
| | Kaiser Permanente Capitol Hill | 700 2nd St NE | https://healthy.kaiserpermanente.org/maryland-virginia-washington-dc/health-wellness/coronavirus-information/vaccine-appointments |
| | Perry School | 128 M Street NW #50 | https://www.perryschool.org/ |
| | Safeway Pharmacy – 4th Street | 1100 4th St SW | https://www.safeway.com/pharmacy/covid-19.html |
| | Safeway Pharmacy – 14th Street | 415 14th St SE | https://www.safeway.com/pharmacy/covid-19.html |
| | Safeway Pharmacy – L Street | 490 L St NW | https://www.safeway.com/pharmacy/covid-19.html |
| **Ward 7** | Children's Pediatricians & Associates – Fort Davis | 3839 1/2 Alabama Ave SE | https://childrensnational.org/primary-care |
| | Elaine Ellis Center of Health | 1627 Kenilworth Ave. NE | |
| | Safeway Pharmacy – 40th Street NE | 322 40th St NE | https://www.safeway.com/pharmacy/covid-19.html |
| | Safeway Pharmacy – Alabama Avenue | 2845 Alabama Ave SE | https://www.safeway.com/pharmacy/covid-19.html |
| | Unity Health Care, Inc. – East of the River | 4414 Benning Road NE | https://www.unityhealthcare.org/ |
| | Unity Health Care, Inc. – Minnesota Avenue | 3924 Minnesota Ave NE | https://www.unityhealthcare.org/ |
| | Unity Health Care, Inc. – Parkside | 765 Kenilworth Terrace NE | https://www.unityhealthcare.org/ |
| **Ward 8** | Children's National Hospital – Anacostia | 2101 Martin Luther King Jr Ave SE | https://childrensnational.org/ |
| | Children's National Hospital – THEARC | 1801 Mississippi Ave SE | https://childrensnational.org/ |

**Exhibit 2**

| Ward | Facility Name | Address | Notes |
|---|---|---|---|
| | Community of Hope Conway Health & Resource Center | 4 Atlantic Street SW | https://www.communityofhopedc.org/healthcare |
| | Family and Med Counseling | 2041 Martin L. King Jr. Ave. SE, Suite 303 | https://www.fmcsinc.org/ |
| | Giant #384 | 1535 Alabama Ave. SE | https://giantfood.com/pages/covid-info |
| | Unity Health Care, Inc. – Anacostia | 1500 Galen St SE | https://www.unityhealthcare.org/ |

## Walk-Up Clinics for Children 5-11 Years Old through November 20

Unable to bring your child to the District's pop-up vaccination site yourself? Print and sign the Trusted Party Consent and Verification Forms so someone you trust can be present when your child receives their vaccination. Please note that the Trusted Party MUST bring an ID in order for your child to be vaccinated. Please complete one form per child.

Formulario de consentimiento y verificación para vacunación contra COVID-19/Coronavirus

**250 doses per site | First come, first served**

**Friday, November 5**

- Ft. Stanton Recreation Center (1812 Erie Street SE) (Pfizer, Ages 5-11) (3:30pm)
- Takoma Community Center (300 Van Buren Street NW) (Pfizer, Ages 5-11) (3:30pm)

**Saturday, November 6**

- Hillcrest Recreation Center (3100 Denver St SE) (Pfizer, Ages 5-11) (10am)

**Sunday, November 7**

- Palisades Recreation Center (5200 Sherier Pl NW) (Pfizer, Ages 5-11) (10am)
- North Michigan Park Recreation Center (1333 Emerson St NE) (Pfizer, Ages 5-11) (10am)

**Monday, November 8**

- Noyes Elementary School (2725 10th St NE) (Pfizer, Ages 5-11) (3:30pm)
- Ingenuity Prep Public Charter School/Statesman Academy (4600 Livingston Rd SE) (Pfizer, Ages 5-11) (3:30pm)
- Dorothy I. Height Elementary School (1300 Allison St NW) (Pfizer, Ages 5-11) (3:30pm)

**Tuesday, November 9**

- Kimball Elementary School (3375 Minnesota Ave SE) (Pfizer, Ages 5-11) (3:30pm)

**Exhibit 2**

- Bancroft Elementary School (1755 Newton St NW) (Pfizer, Ages 5-11) (3:30pm)
- Center City Public Charter School - Brightwood Campus (6008 Georgia Ave NW) (Pfizer, Ages 5-11) (3:30pm)

**Wednesday, November 10**

- Patterson Elementary School (4399 South Capitol Terrace SW) (Pfizer, Ages 5-11) (3:30pm)
- Kennedy Recreation Center (1401 7th St NW) (Pfizer, Ages 5-11) (3:30pm)
- KIPP DC Heights Academy (2600 Douglass Rd SE) (Pfizer, Ages 5-11) (3:30pm)

**Thursday, November 11**

- Clinics closed in observance of Veterans Day

**Friday, November 12**

- Sela Public Charter School (6015 Chillum Pl. NE) (Pfizer, Ages 5-11) (9am)
- Marie Reed Elementary School (2201 18th St NW) (Pfizer, Ages 5-11) (3:30pm)
- Friendship Blow Pierce Elementary & Middle (725 19th St. NE) (Pfizer, Ages 5-11) (3:30pm)
- Thomson Elementary School (1200 L St NW) (Pfizer, Ages 5-11) (3:30pm)

**Saturday, November 13**

- Ben Murch Elementary School (4810 36th St NW) (Pfizer, Ages 5-11) (10am)
- Payne Elementary School (1445 C St SE) (Pfizer, Ages 5-11) (10am)
- Smothers Elementary School (1300 44th St NE) (Pfizer, Ages 5-11) (10am)

**Sunday, November 14**

- No pediatric walk-up clinics

**Monday, November 15**

- No pediatric walk-up clinics

**Tuesday, November 16**

- Palisades Recreation Center (5200 Sherier Pl NW) (Pfizer, Ages 5-11) (3:30pm)
- KIPP DC LEAD Academy PCS (421 P St NW) (Pfizer, Ages 5-11) (3:30pm)
- Excel Academy Public School (2501 Martin Luther King Jr Ave SE) (Pfizer, Ages 5-11) (3:30pm)

**Wednesday, November 17**

- Plummer Elementary School (4601 Texas Ave SE) (Pfizer, Ages 5-11) (3:30pm)
- Garrison Elementary School (1200 S St NW) (Pfizer, Ages 5-11) (3:30pm)

**Exhibit 2**

- Center City Public Charter School - Trinidad Campus (1217 West Virginia Ave NE) (Pfizer, Ages 5-11) (3:30pm)

**Thursday, November 18**

- Bunker Hill Elementary School (1401 Michigan Ave NE) (Pfizer, Ages 5-11) (3:30pm)
- Center City Public Charter School: Congress Heights (220 Highview Pl SE) (Pfizer, Ages 5-11) (3:30pm)
- E.L Haynes Public Charter School (4501 Kansas Ave NW) (Pfizer, Ages 5-11) (3:30pm)

**Friday, November 19**

- Thomas Elementary School (650 Anacostia Ave NE) (Pfizer, Ages 5-11) (3:30pm)
- Lafayette Elementary School (5701 Broad Branch Rd NW) (Pfizer, Ages 5-11) (3:30pm)
- Janney Elementary School (4130 Albemarle St NW) (Pfizer, Ages 5-11) (3:30pm)

**Saturday, November 20**

- Whittier Elementary School (6201 5th St NW) (Pfizer, Ages 5-11) (10am)
- Turner Elementary School (3264 Stanton Rd SE) (Pfizer, Ages 5-11) (10am)
- DC Bilingual Public Charter School (33 Riggs Road NE) (Pfizer, Ages 5-11) (10am)

## Weekly Walk-Up Locations for Anyone 12 and Older

| Walk-Up Site | Address | Normal Days / Hours | Vaccine |
|---|---|---|---|
| Fort Stanton Recreation Center * $51 gift card & giveaway site | 1812 Erie Street, SE | Tuesday and Wednesday: 10 am - 6 pm<br>Thursday: 12 pm - 6 pm<br>Saturday: 12 pm - 5 pm<br>Last walk-ups will be accepted 15 minutes prior to clinic closure.<br><br>Last day: December 31, 2021 | Pfizer (Ages 12+)<br><br>Moderna (Ages 18+)<br><br>Flu Shots (Ages 3+) |
| Dorothy Height/Benning Library *$51 gift card & giveaway site | 3935 Benning Road, NE | Tuesday and Wednesday: 11 am - 5:30 pm<br>Thursday: 12 pm - 6 pm<br>Saturday: 12 pm - 5 pm<br>Last walk-ups will be accepted 15 minutes prior to clinic closure.<br>Last day: December 31, 2021 | Pfizer (Ages 12+)<br>Johnson & Johnson (Ages 18+)<br><br>Moderna (Ages 18+)<br><br>Flu Shots (Ages 3+) |

**Exhibit 2**

| Walk-Up Site | Address | Normal Days / Hours | Vaccine |
|---|---|---|---|
| Columbia Heights Educational Campus * $51 gift card & giveaway site | 3101 16th St NW | Tuesday and Thursday: 2 pm – 6 pm Saturday: 10 am – 2 pm Last walk-ups will be accepted 15 minutes prior to clinic closure. Last day: November 20, 2021 | Pfizer (Ages 12+) Moderna (Ages 18+) Flu Shots (Ages 3+) |

Find other opportunities to get vaccinated today, including at pharmacies and clinics across all eight wards, at vaccines.gov

Can't leave your home? Call 1-855-363-0333 and we'll come to you!

For any questions regarding the vaccine program, please email vaccinatedc@dc.gov.

Don't Wait. Vaccinate!

- Check the status of the wait times at the walk-up sites at coronavirus.dc.gov/dontwait.

# Vaccine Exchange Program for District Employers and Community-Based and Faith-Based Organizations to Host a Vaccine Clinic for Employees or Members

The Vaccine Exchange Program connects District organizations, including faith-based and community-based organizations as well as District employers, with vaccine providers that can assist with providing COVID-19 vaccinations to large groups in the community or workplace. Through the program, organizations are now able to submit requests for a vaccine clinic and vaccine providers are able to accept those requests and schedule clinics. Organizations interested in offering a vaccination clinic can submit a request here.

## Veterans

- DC Veterans and spouses can call the DC VA Medical Center to schedule appointment at (202) 745-4342.

# Hospital Patients

## Schedule a Hospital Appointment

- Children's National Hospital
- Howard University Hospital
- MedStar Georgetown University Hospital

**Exhibit 2**

- [MedStar Washington Hospital Center](#)
- [GW Medical Faculty Associates](#)
- [United Medical Center](#)
- Kaiser Permanente members should visit [kp.org/DCvaccine](#) for the latest information on COVID vaccines.

## Schedule a Health Center Appointment

If you are a patient at one of the following health centers, please contact them to see if there is any schedule availability for appointments.

- [Mary's Center](#) please visit website
- [Community of Hope](#) please call (202) 470-3081
- [Unity (Upper Cardoza)](#) please visit eCW portal, website, or call (202) 469-4699
- [Unity (Brentwood)](#) please visit eCW portal, website, or call (202) 469-4699
- [Bread for the City](#) please visit eCW portal or our website
- [La Clinica del Pueblo](#) please visit website
- [Elaine Ellis Center of Health](#) please call (202) 803-2340
- [Whitman-Walker Health](#) please visit website
- [Family and Medical Counseling Service, Inc](#) please call (202) 889-7900
- [Providence Health System](#) please visit website or call (202) 854-7629
- [Metro Health Center](#) please visit website

## Need Transportation?

The District's **Medicaid Managed Care Organizations (MCOs) cover all transportation (free of charge), to and from, all medically necessary** covered services and appointments.  To request transportation, the Enrollee should call the following number to schedule the service:

- **AmeriHealth Caritas DC** | Call 1-800-315-3485. Rides available 24 hours a day, 7 days a week
- **CareFirst Community Health Plan DC** | Call MTM1 at 1-855-824-5693. Rides available 24 hours a day, 7 days a week
- **Health Services for Children with Special Needs** | Call SET Transportation at 1-866-991-5433
- **MedStar Family Choice DC** | Call 1-866-201-9974

[Sign up to get vaccine updates here](#)

[Learn more about the COVID-19 vaccines](#)

**Exhibit 2**

 GOVERNMENT OF THE DISTRICT OF COLUMBIA
DC MURIEL BOWSER, MAYOR

**Additional Websites**

CDC

US State Department

DC Health

HSEMA

Mayor

Tax & Revenue

**Resources**

Guides

Videos

Accessibility     Privacy & Terms

**Exhibit 2**

# EXHIBIT 3









**Children 5 to 11 years old are now eligible to get vaccinated**. The vaccine is safe and lowers the chance of children getting and spreading COVID-19. The vaccine is 90% effective at preventing symptoms of COVID-19. Children will receive a smaller dose of the Pfizer-BioNTech COVID-19 vaccine than adolescents and adults, approximately one-third the dose that people 12 and older get.

**Booster shots are now available** for residents who are over 65 years of age; 18 years and older with an underlying medical condition; a resident of a Long-Term Care Facility; or 18-64 years of age with increased risk for COVID-19 exposure and transmission because of occupational or institutional settings AND received your second dose of Pfizer or Moderna vaccine on or before May 12, 2021.

**Booster shots are now available** for residents who are 18 and older and received a Johnson and Johnson vaccination on or before September 9, 2021.

Find a Booster or Child
Vaccination Location Near You

# DC COVID-19 Vaccination Data

DC Residents
▼

The DC Government urges you to help flatten the curve :

- Get Vaccinated
- Practice social distancing
- Wear a mask or face covering
- Wash your hands
- Stay home if you feel sick

On this site, we also have have information on how to <u>register for vaccination</u>, <u>testing resources</u>, <u>funeral assistance</u>, <u>help with rent</u>, <u>help with utilities</u>, <u>food resources</u>, <u>resources for businesses</u> and <u>individuals</u>, <u>operating status of DC Government</u>, and more. Please bookmark and share this portal with your community.

# What You Should Know

## How to Protect Yourself



- Get Vaccinated

**Exhibit 3**

- Wash hands with soap and water for at least 20 seconds multiple times a day. An alcohol-based hand sanitizer can be used if soap and water are not available
- Avoid touching eyes, nose and mouth with unwashed hands
- Avoid close contact with people who are sick
- Stay home when feeling sick
- Cover your cough or sneeze with a tissue, then throw the tissue in the trash
- Clean and disinfect frequently touched objects and surfaces

FAQs

## I Have Symptoms
## What Should I Do?

The symptoms that are currently being seen with COVID-19 are cough, fever, headache, new loss of taste or smell, repeated shaking with chills, sore throat, shortness of breath, and muscle pain.

- Stay home and self-quarantine until you are free of fever, signs of a fever, and any other symptoms for at least 24 hours and without the use of fever-reducing or other symptom-altering medications.
- Seek medical attention if you have reason to believe you have been exposed to coronavirus or influenza. Call your healthcare provider before visiting a healthcare facility.

COVID-19 Toolkit

# Coronavirus Testing

**Pre-registration for Public Testing**
It's best to get testing through your provider, but if you need to use public testing, you can save time in line by visiting coronavirus.dc.gov/register to create a profile from your smartphone, tablet, or computer.

**Exhibit 3**

# Unemployment Benefits

With Mayor Bowser adjusting the District of Columbia's operating status in response to coronavirus (COVID-19), **District residents may file for unemployment compensation. More information on how to file available at** Recovery

# COVID-19 Resources in Your Language

Recursos sobre el COVID-19 en su idioma • COVID-19 : ressources en français • በቁኍቁዎ የኅቤዲ-19 (COVID-19) የመረጃ ምንጮች • COVID-19资源（使用您的语言）• Thông tin hỗ trợ C0VID19 trên ngôn ngữ của quí vị • 코로나바이러스 감염증(COVID019) 한국어 자료

Press Releases    Newsletters

11/12/2021   Coronavirus Data for November 10-11, 2021

11/12/2021   Public Notice: Payment Delays

11/10/2021   Coronavirus Data for November 9, 2021

11/09/2021   Coronavirus Data for November 8, 2021

11/08/2021   Coronavirus Data for November 5-7, 2021

More »

**Exhibit 3**



**Additional Websites**

CDC

US State Department

DC Health

HSEMA

Mayor

Tax & Revenue

Accessibility    Privacy & Terms

**Resources**

Guides

Videos

**Exhibit 3**

# EXHIBIT 4



KIPP DC is committed to it's students, families, and staff having access to the COVID-19 vaccine. Below are upcoming vaccination clinics hosted by KIPP DC and open to students, families and staff. For a full list of COVID vaccine locations, **search vaccine.gov's database**. Once fully vaccinated, please remember to submit your vaccine card to KIPP DC's human resources or athletics department to be compliant with current District polices.

**COVID VACCINE FAQS**

*Alternate Ages 5-11 Vaccination Clinics*

*If you are unable to accompany your child, you may fill out this form and send your child with a trusted adult to the clinic. If you need a print copy of the form, reach out to your child's teacher and they can print it and send it home in your child's backpack.*

**Lead Academy Clinic (Ages 5-11)**

**Exhibit 4** 1/3

**Clinics for Ages 12+**

## Tuesday, November 16
## 3:30 pm – 7:30 pm

*NOTE: Please only sign your child up if they are between the ages of 5 and 11.*

"*" indicates required fields

## Information on Person Being Vaccinated

Please fill out this form/register for each person getting vaccinated

**Child's Name** *

First

Last

**Parent/Guardian Phone** *

**Parent/Guardian Email** *

**Child's Date of Birth** *

mm/dd/yyyy

**KIPP DC School** *

**Exhibit 4**

**REGISTER**

Contact Us

Procurement

Public Information

KIPP DC Staff Portal

Media

Forms & Policies

Title IX

COVID Data

STAY CONNECTED



KIPP DC Headquarters · 2600 Virginia Ave NW · Suite 900 · Washington, DC 20037 ·Phone: 202-265-

5477

© Copyright 2020 KIPP DC Public Charter School. All Rights Reserved.

DESIGNED BY SUNDARAM

**Exhibit 4** 3/3

# EXHIBIT 5

Search for COVID-19 vaccine locations

 **Vaccines.gov**

≡ Menu

Need help finding a COVID-19 vaccine in the U.S.?
Call 1-800-232-0233 (TTY 888-720-7489)

# Find COVID-19 Vaccines

Powered by **Vaccine**Finder

### 5-digit Zip Code

Zip Code

### Search Radius

25 miles ⌄

### Vaccine Options

☐ Pfizer-BioNTech (age 5-11)

☐ Moderna (age 18+)

☐ Pfizer-BioNTech (age 12+)

☐ Johnson & Johnson/Janssen (age 18+)

Search for COVID-19 Vaccines

I'm looking for flu vaccines →

11/12/21, 8:13 PM





Contact Us

COVID-19 Vaccine FAQ

Provider Resources

Privacy

CDC Website Exit Disclaimer

Nondiscrimination

**Exhibit 5**

# EXHIBIT 6

11/14/21, 12:58 PM    Case 1:21-cv-01857-TNM    Document 36-1    Filed 11/15/21    Page 34 of 131
Vaccinations for Students - DCPS Reopen Strong

Select Language ⌄

# Vaccinations for Students

Jump to Section
- COVID-19 Pediatric Vaccine for Ages 5-11
- COVID-19 Vaccine for Ages 12+ and Student-Athlete Requirement
- Incentives for Youth Who Receive the COVID-19 Vaccine
- Childhood Immunizations and Wellness Exams
- COVID-19 Vaccine: Family FAQ

## COVID-19 Pediatric Vaccine For Ages 5-11



**Exhibit 6**



The COVID-19 vaccine is the best way for us to help stop the spread of the virus and keep our community safe. On November 2, the Centers for Disease Control and Prevention (CDC) announced that children ages 5 and older are now eligible to receive the pediatric Pfizer-BioNTech vaccine. We encourage all DCPS families to take the life-saving step of getting the vaccine as soon as possible.

The COVID-19 vaccine is safe, effective, and free. The Pfizer-BioNTech's COVID-19 vaccine for children 5-11 years old will be available at more than 60 pharmacies, hospitals, and health centers (https://mayor.dc.gov/release/mayor-bowser-and-dc-health-encourage-families-get-children-5-11-years-old-vaccinated-against) as well as health clinics throughout the community, including at DCPS locations across all eight wards.

| School Clinic (5-11 year olds) | Address | Ward | 1st Dose Date | Hours |
| --- | --- | --- | --- | --- |
| **Dorothy I. Height Elementary School** | 1300 Allison St NW | **4** | Monday, November 8, 2021 | 3:30 to 7:30 pm |
| **Noyes Elementary School** | 2725 10th St NE | **5** | Monday, November 8, 2021 | 3:30 to 7:30 pm |
| **Bancroft Elementary School** | 1755 Newton St NW | **1** | Tuesday, November 9, 2021 | 3:30 to 7:30 pm |
| **Kimball Elementary School** | 3375 Minnesota Ave SE | **7** | Tuesday, November 9, 2021 | 3:30 to 7:30 pm |
| **Patterson Elementary School** | 4399 South Capitol Terrace SW | **8** | Wednesday, November 10, 2021 | 3:30 to 7:30 pm |
| **Marie Reed Elementary School** | 2201 18th St NW | **1** | Friday, November 12, 2021 | 3:30 to 7:30 pm |
| **Thomson Elementary School** | 1200 L St NW | **2** | Friday, November 12, 2021 | 3:30 to 7:30 pm |
| **Ben Murch Elementary School** | 4810 36th St NW | **3** | Saturday, November 13, 2021 | 10:00 am to 2:00 pm |
| **Payne Elementary School** | 1445 C St SE | **6** | Saturday, November 13, 2021 | 10:00 am to 2:00 pm |
| **Smothers Elementary School** | 1300 44th St NE | **7** | Saturday, November 13, 2021 | 10:00 am to 2:00 pm |
| **Excel Academy Public School** | 2501 Martin Luther King Jr Ave SE | **8** | Tuesday, November 16, 2021 | 3:30 to 7:30 pm |

| Garrison Elementary School | 1200 S St NW | 2 | Wednesday, November 17, 2021 | 3:30 to 7:30 pm |
| Plummer Elementary School | 4601 Texas Ave SE | 7 | Wednesday, November 17, 2021 | 3:30 to 7:30 pm |
| Bunker Hill Elementary School | 1401 Michigan Ave NE | 5 | Thursday, November 18, 2021 | 3:30 to 7:30 pm |
| Janney Elementary School | 4130 Albemarle St NW | 3 | Friday, November 19, 2021 | 3:30 to 7:30 pm |
| Thomas Elementary School | 650 Anacostia Ave NE | 7 | Friday, November 19, 2021 | 3:30 to 7:30 pm |
| Whittier Elementary School | 6201 5th St NW | 4 | Friday, November 19, 2021 | 3:30 to 7:30 pm |
| Lafayette Elementary School | 5701 Broad Branch Rd NW | 4 | Saturday, November 20, 2021 | 10:00 am to 2:00 pm |
| Turner Elementary School | 3264 Stanton Rd SE | 8 | Saturday, November 20, 2021 | 10:00 am to 2:00 pm |

Parents who are unable to bring their child to a clinic will have the option to print and sign a form (https://coronavirus.dc.gov/sites/default/files/dc/sites/coronavirus/page_content/attachments/PopUpConsentFINAL.pdf) allowing a trusted family member to accompany their child to the pop-up vaccine clinics. The trusted family member should bring the printed forms along with a photo ID.

Getting your child vaccinated will help keep your student safe and in the classroom, where we know students learn best. Students who are fully vaccinated do not need to quarantine if they come in close contact with someone in or outside of the school who tests positive for COVID-19. Learn more about our health and safety measures when there is a COVID-19 case at school at dcpsreopenstrong.com/health/response (https://dcpsreopenstrong.com/health/response/).

## COVID-19 Vaccine For Ages 12+ And Student-Athlete Requirement



**Exhibit 6**

Per Mayor's Order, any DCPS student age 12 and older participating in any school-based extracurricular athletics must be fully vaccinated against COVID-19 (https://45biv636w8lm1agg3ozqtgg1-wpengine.netdna-ssl.com/wp-content/uploads/2021/10/Get-Vaccinated-by-November-1.pdf), unless the student-athlete has received a religious or medical exemption. This applies to all fall, winter, and spring sports.

Student athletes who are age 12 or older have until December 1, 2021, to submit paperwork confirming they have received a full course of vaccination against COVID-19. Students who have not yet been vaccinated should use this time to receive the COVID-19 vaccine. If a student athlete needs both doses of the COVID-19 vaccine, they should receive their first dose no later than Tuesday, November 9 to ensure they have time to receive both doses by December 1.

In November, students 12 and older can visit the following DCPS school vaccination clinics or find location at https://coronavirus.dc.gov/page/get-vaccinated (https://coronavirus.dc.gov/page/get-vaccinated).

| Vaccination Site for Students and Residents Ages 12+ | Address | Ward | Dates | Hours |
|---|---|---|---|---|
| Columbia Heights Education Campus (Youth Incentive Site) | 3101 16th St NW | 1 | Tuesday and Thursday and Saturday | 2:00 to 6:00 p.m. on weekdays 10:00 to 2:00 p.m. on Saturdays |
| Roosevelt High School | 4301 13th St NW | 4 | Saturday, November 6, 2021 | 10:00 a.m. to 2:00 p.m. |
| Ballou High School | 3401 4th St SE | 8 | Saturday, November 6, 2021 | 10:00 a.m. to 2:00 p.m. |
| McKinley High School | 151 T St NE | 5 | Saturday, November 13, 2021 | 10:00 a.m. to 2:00 p.m. |
| HD Woodson High School | 540 55th St NE | 7 | Saturday, November 13, 2021 | 10:00 a.m. to 2:00 p.m. |

## FAQ For Student Athletes

### What happens after December 1?

- Student athletes who have not received a full course of vaccination against COVID-19 are to be excluded from all school-based extracurricular athletics, including tryouts, practices, drills, conditioning, and competitions (including fall playoffs and championships) until they provide proof of a full course of vaccination.

- Student athletes will need to have exemption requests processed and approved BEFORE beginning to play, or they are to be excluded from playing until either their exemption request is approved, or they show proof of a full course of vaccination.

- For student athletes who turn 12 years old after November 1, 2021, the deadline for vaccination is two months after their birthday. This means they should be vaccinated as soon as possible after their 12th birthday.

### How can student athletes submit their proof of COVID-19 vaccination?

- Students who have received two doses of the vaccine should provide a photocopy of their COVID-19 vaccination card to their school's Athletic Director. If you are 18 years or older and received the one-dose Johnson & Johnson COVID-19 vaccine, please complete this step as well.

- Lost or misplaced your COVID-19 vaccination card? You can securely download a copy online at https://dchealth.dc.gov/page/dc-myir (https://dchealth.dc.gov/page/dc-myir).

### How can student athletes apply for a religious or medical exemption from receiving the COVID-19 vaccine?

- The deadline for student-athletes to submit a medical or religious exemption for review prior to December 1 is Monday, November 15.

- Parents or guardians of students wishing to request a religious exemption are strongly encouraged to utilize the electronic submission process OSSE COVID-19 Vaccine Religious Exemption Form For Student Athletes (https://dcgov.seamlessdocs.com/f/g2r91x2ltx84). Students must express a deeply held religious belief that precludes them from vaccination for COVID-19. Forms completed online will be automatically shared with the DCIAA office for review. The COVID-19 Vaccination Religious Exemption Certificate

**Exhibit 6**

(https://osse.dc.gov/sites/default/files/dc/sites/osse/page_content/attachments/COVID-
19%20Vaccine%20Religious%20Exemption%20Form%20For%20Student%20Athletes%2010.15.21.pdf) can also be submitted to your
child's school-based Athletic Director. The Athletic Director will screen the form prior to submitting it to the DCPS Athletics Department.
Forms will generally be reviewed within 5 business days of receipt.

- To request a medical exemption, students must present a signed note or form from a doctor* stating that no COVID-19 vaccine is medically
  advisable due to a person's medical condition. The signed doctor's note or form must contain the physician's contact information and
  submitted to your student's Athletic Director. The Athletic Director will submit the doctor's note to the DCPS Athletics Department for review.

## Incentives For Youth Who Receive The COVID-19 Vaccine



Youth vaccination incentives are available to students ages 12-17 who receive their first shot at the three sites above. Students can receive a $51
gift card or a pair of AirPods by receiving their first shot, while supplies last In addition, all students in DC who are eligible to receive the COVID-19
vaccine will also be eligible to win an iPad or a $25,000 college scholarship.

Visit https://coronavirus.dc.gov/page/get-vaccinated (https://coronavirus.dc.gov/page/get-vaccinated) to learn more about the COVID-19 vaccine.

## Childhood Immunizations And Wellness Exams



**Immunization One-Pager for Families**
**(https://osse.dc.gov/sites/default/files/dc/sites/osse/page_content/attachments/Immunization_Flyer_update_052521_FINAL.pdf) (May 2021)**

**Español (https://osse.dc.gov/sites/default/files/dc/sites/osse/page_content/attachments/Immunization_Flyer_update_032921-en-es-R-C.pdf) | Amharic (አማርኛ)**
**(https://osse.dc.gov/sites/default/files/dc/sites/osse/page_content/attachments/Immunization_Flyer_update_032921-en-am-T-C.pdf) | French (Français)**
**(https://osse.dc.gov/sites/default/files/dc/sites/osse/page_content/attachments/Immunization_Flyer_update_032921-en-fr-T-C.pdf) | Vietnamese (Tiếng Việt)**
**(https://osse.dc.gov/sites/default/files/dc/sites/osse/page_content/attachments/Immunization_Flyer_update_032921-en-vi-T-C.pdf) | Korean (한국어)**
**(https://osse.dc.gov/sites/default/files/dc/sites/osse/page_content/attachments/Immunization_Flyer_update_032921-en-ko-T-C.pdf) | Chinese (中文)**
**(https://osse.dc.gov/sites/default/files/dc/sites/osse/page_content/attachments/Immunization_Flyer_update_032921-en-zh_cn-T-C.pdf)**

DC Public Schools encourages you to visit your family's pediatrician for your student's annual wellness exam. Scheduling an appointment with your child's doctor will help make sure your child is up-to-date on important immunizations to prevent illness.

DC law requires that families submit their student's immunization record by the twentieth day at school. To see a list of required immunizations for your child, visit dchealth.dc.gov/immunizations (https://t.e2ma.net/click/t5d62h/xsquxmu/d56zfqc).

If you have not already submitted your child's immunization records, here is what you need to do now:

• Step 1: Make an appointment with your child's doctor. DC offers resources to help you find a health provider (https://dcgis.maps.arcgis.com/apps/webappviewer/index.html?id=c7207c4eb04b4ddfa46042e9da6267cf) or if you do not have health insurance.

• Step 2: Have the doctor complete DC's Universal Health Certificate, available here (https://dchealth.dc.gov/sites/default/files/dc/sites/doh/service_content/attachments/DOH%20Universal%20Health%20Certificate_2019_0.pdf). Your health provider may also provide a different proof of immunization document or an exemption explanation.

• Step 3: Submit your paperwork to your child's school. You can drop it off at your school or call the school's main office to if you have questions about how to submit your form.

## COVID-19 Vaccine: Family FAQ

**Exhibit 6**

**Q: What is the Pediatric Vaccination Program for 5-11 Years Old Children?**

A: The DC Health Pediatric Vaccination Program for 5- to 11-Year-Old Children is an initiative to provide COVID-19 vaccinations to children ages 5-11 years old. This program involves partnerships with DC Health and over 40 different facilities, including District of Columbia Public Schools, District of Columbia Public Charter Schools, Department of Parks and Recreation Centers, and other community-based sites.

**Q: Who can receive a COVID-19 vaccine through this program?**

A: At this time, only District residents ages 5-11 will be offered the pediatric COVID-19 vaccine through this program.

**Q: Can parents/guardians/other family members over 12 years of age receive the COVID-19 vaccine onsite at a DCPS elementary school?**

A: No. At this time, only District residents ages 5-11 will be offered the pediatric COVID-19 vaccine. Residents 12 years or older can visit the Columbia Heights Education Campus vaccination clinic or other sites available around the city. For the full list, visit https://coronavirus.dc.gov/page/get-vaccinated (https://coronavirus.dc.gov/page/get-vaccinated) or vaccines.gov for convenient locations across the District.

**Q: Do families need to schedule an appointment to receive the COVID-19 vaccine?**

A: No. DCPS COVID-19 vaccination clinics are walk-up sites and no appointment is necessary.

**Q. What COVID-19 vaccine is available to students who are 5-11 years old?**

A: The Pfizer-BioNTech pediatric vaccine is the only COVID-19 vaccine currently available for children ages 5-11. Similar to what was seen in adult vaccine trials, vaccination was nearly 91 percent effective in preventing COVID-19 among children aged 5-11 years. In clinical trials, vaccine side effects were mild, self-limiting, and similar to those seen in adults and with other vaccines recommended for children. The most common side effect was a sore arm.

**Q: Who will be providing vaccinations to students?**

A: DC Health will serve as the clinical provider at all pediatric clinics in the program, including those at DC Public School locations.A trained pediatric medical professional will administer the vaccine.

**Q: Will children require a parent/guardian for consent to receive vaccines?**

A: Yes. Per provider requirements, children ages 17 and under must be accompanied by a parent or legal guardian, who must sign a COVID-19 Immunization Screening and Consent Form for each child receiving a vaccination. Please bring proof of identification and / or DC residency to the clinic site. Parents/legal guardians who are unable to bring their child will have the option to print and sign an additional Trusted Party Consent and Verification Form allowing a trusted family member to accompany their child to the pop-up vaccine clinics; these forms will be made available on coronavirus.dc.gov. This trusted family member must be at least 18 years of age and provide valid personal identification at the clinic.

**Q: How will children receive their second dose of Pfizer?**

A: The clinical provider will schedule the second dose appointment on-site. This second dose will be scheduled 21 days following the first dose at the same location as the first dose. Parents have the additional option of completing the second dose through a different provider/program.

**Q: What if my child feels unwell after getting vaccinated and needs to miss a day of school?**

A: If your student does not feel well after receiving their vaccination, please contact your pediatrician or healthcare provider for any medical questions or concerns. If your student will miss school due to not feeling well, please submit a note so that the absence will be excused. Additionally, please be sure to connect with your child's teacher to access any assignments, programs, or activities that may be appropriate to support learning at home.

**Q: How much will the immunizations cost?**

A: The COVID-19 vaccine is free. It will not require out of pocket costs or bills to the family.

**Q: I have questions about the COVID-19 vaccine for my child. Who can I talk to?**

**Exhibit 6**

A: For any questions about pediatric clinic options and the COVID-19 vaccine, email vaccinatedc@dc.gov (mailto:vaccinatedc@dc.gov) or call the DC COVID-19 Call Center at 1-855-363-0333.

Children's National also has helpful resources for families who have questions about vaccinating children to protect them from COVID-19. Visit https://childrensnational.org/visit/resources-for-families/wellness-resources/coronavirus/vaccine-faqs (https://childrensnational.org/visit/resources-for-families/wellness-resources/coronavirus/vaccine-faqs) for information in English and Spanish.

Page updated: November 4, 2021

**Address:**   District of Columbia Public Schools
1200 First Street
Washington, DC 20002

**Phone:**   (202) 442-5885

 (https://dcps.dc.gov/)     (https://mayor.dc.gov/)

En español (https://dcpsreopenstrong.com/en-espanol/)

ኣማርኛ (https://dcpsreopenstrong.com/amharic/)

Contact (https://dcpsreopenstrong.com/contact-us/)

For staff (https://dcpsreopenstrong.com/for-staff/)

SY20- (https:

(witter.com/dcpublicschools)    (https://www.facebook.com/dcpublicschools)    (https://www.instagram.com/dcpublicschools/)    (https://www.youtube.com/user/dcpublicschools)

**Exhibit 6**

# EXHIBIT 7



KIPP DC is committed to putting the health and safety of our students, staff, and families first inside our school buildings as we gradually return to in-person programming. This page details the health and safety protocols we have implemented, in line with public health guidance and informed by the voices of our school communities, to minimize health risks and produce the best learning environments in our schools for students to succeed.



**Face Masks Required:** All adults and students, regardless of vaccination status, will be required to wear masks while in our school buildings and on school grounds. Masks may be removed during lunch periods and nap times.

**Regular COVID Testing:** Through a combination of individual and pool testing, all staff and students will regularly be tested for COVID-19. In the event of a positive test for COVID-19 through KIPP DC or elsewhere, all families and staff at a school are alerted, regardless of if their child was in a class with the covid-positive individual or needs to quarantine.

**Daily COVID Check:** All staff and students will be emailed a COVID check each morning to assess if they have any symptoms of COVID-19 or have recently been exposed. Staff, students, and guests who fail the check should not enter the building.

**Temperature Screening:** All students and guests entering the building will have their temperature screened.

**Quarantine Protocols:** While fully vaccinated staff and students will not need to quarantine, all others will quarantine and learn remotely if exposed to a COVID positive individual.

**HVAC & Air Purification Improvements:** All classroom and large gathering spaces have been equipped with HEPA filters or UV-C light to increase air circulation and improve air quality.

**Enhanced Cleaning:** We're prioritizing cleaning high traffic areas, such as restrooms, hallways, etc., to mitigate the spread of germs in schools.

**Social Distancing As Much As Possible:** School routines, in-classroom activities, and desk layouts will foster as much social distancing as possible.

**Additional Nursing & Other Staff:** Extra medical and operational staff will be onsite to ensure staff and students are following protocols and addressing any issues that may arise.

**COVID Vaccines:** We encourage all staff and eligible students to take the COVID vaccine. In the coming weeks, we'll be hosting COVID Vaccine clinics at our schools to increase access to our communities.

**Exhibit 7**

Contact Us

Procurement

Public Information

KIPP DC Staff Portal

Media

Forms & Policies

Title IX

COVID Data

**STAY CONNECTED**

Exhibit 7



KIPP DC Headquarters · 2600 Virginia Ave NW · Suite 900 · Washington, DC 20037 ·Phone: 202-265-

5477

© Copyright 2020 KIPP DC Public Charter School. All Rights Reserved.

DESIGNED BY SUNDARAM

# EXHIBIT 8

**BRITISH MEDICAL JOURNAL No 7070 Volume 313: Page 1448,**
**7 December 1996.**

### CIRP Introduction

The judgment by the war crimes tribunal at Nuremberg laid down 10 standards to which physicians must conform when carrying out experiments on human subjects in a new code that is now accepted worldwide.

This judgment established a new standard of ethical medical behavior for the post World War II human rights era. Amongst other requirements, this document enunciates the requirement of *voluntary informed consent* of the human subject. The principle of voluntary informed consent protects the right of the individual to control his own body.

This code also recognizes that the risk must be weighed against the expected benefit, and that unnecessary pain and suffering must be avoided.

This code recognizes that doctors should avoid actions that injure human patients.

The principles established by this code for medical practice now have been extended into general codes of medical ethics.

# The Nuremberg Code (1947)

## Permissible Medical Experiments

The great weight of the evidence before us to effect that certain types of medical experiments on human beings, when kept within reasonably well-defined bounds, conform to the ethics of the medical profession generally. The protagonists of the practice of human experimentation justify their views on the basis that such experiments yield results for the good of society that are unprocurable by other methods or means of study. All agree, however, that certain basic principles must be observed in order to satisfy moral, ethical and legal concepts:

1. The voluntary consent of the human subject is absolutely essential. This means that the person involved should have legal capacity to give consent; should be so situated as to be able to exercise free power of choice, without the intervention of any element of force, fraud, deceit, duress, overreaching, or other ulterior form of constraint or coercion; and should have sufficient knowledge and comprehension of the elements of the subject matter involved as to enable him to make an understanding and enlightened decision. This latter element requires that before the acceptance of an affirmative decision by the experimental subject there should be made known to him the nature, duration, and purpose of the experiment; the method and means by which it is to be conducted; all inconveniences and hazards reasonably to be expected; and the effects upon his health or person

**Exhibit 8**

which may possibly come from his participation in the experiment.

The duty and responsibility for ascertaining the quality of the consent rests upon each individual who initiates, directs, or engages in the experiment. It is a personal duty and responsibility which may not be delegated to another with impunity.

2. The experiment should be such as to yield fruitful results for the good of society, unprocurable by other methods or means of study, and not random and unnecessary in nature.

3. The experiment should be so designed and based on the results of animal experimentation and a knowledge of the natural history of the disease or other problem under study that the anticipated results justify the performance of the experiment.

4. The experiment should be so conducted as to avoid all unnecessary physical and mental suffering and injury.

5. No experiment should be conducted where there is an a priori reason to believe that death or disabling injury will occur; except, perhaps, in those experiments where the experimental physicians also serve as subjects.

6. The degree of risk to be taken should never exceed that determined by the humanitarian importance of the problem to be solved by the experiment.

7. Proper preparations should be made and adequate facilities provided to protect the experimental subject against even remote possibilities of injury, disability or death.

8. The experiment should be conducted only by scientifically qualified persons. The highest degree of skill and care should be required through all stages of the experiment of those who conduct or engage in the experiment.

9. During the course of the experiment the human subject should be at liberty to bring the experiment to an end if he has reached the physical or mental state where continuation of the experiment seems to him to be impossible.

10. During the course of the experiment the scientist in charge must be prepared to terminate the experiment at any stage, if he has probable cause to believe, in the exercise of the good faith, superior skill and careful judgment required of him, that a continuation of the experiment is likely to result in injury, disability, or death to the experimental subject.

**For more information see Nuremberg Doctor's Trial, *BMJ* 1996;313(7070):1445-75.**

Cite as:

- The Nuremberg Code (1947) In: Mitscherlich A, Mielke F. *Doctors of infamy: the story of the Nazi medical crimes*. New York: Schuman, 1949: xxiii-xxv.

(File revised 09 June 2002)

Return to CIRP library

[DIR] Parent Directory

http://www.cirp.org/library/ethics/nuremberg/

**Exhibit 8**

# EXHIBIT 9



DISTRICT OF COLUMBIA
OFFICE OF THE STATE SUPERINTENDENT OF
# EDUCATION

### School Year 2021-22
### Student Athletes: COVID-19 Vaccination Religious Exemption Certificate

Pursuant to Mayor's Order 2021-109, effective Nov. 1, 2021, no student age 12 or older shall practice, compete or otherwise participate in school-based extracurricular athletics (including both interscholastic and intramural sports), unless the student has received a full course of vaccination against coronavirus (COVID-19). This certificate may be used to document requested exemption from this requirement based on sincerely held religious beliefs. Student athletes who have received an approved religious exemption shall wear a mask in athletic events (even if the current indoor masking order is rescinded or superseded), shall be tested weekly for COVID-19 and shall provide the school a negative COVID-19 test result on a weekly basis in order to report to their school-based athletic activity.

This certificate shall be completed annually by a parent/guardian or student age 18 or older ("the requestor") and submitted directly to the student's enrolled school and/or school site requesting proof of COVID-19 vaccination or exemption for extracurricular athletics.

| Instructions for completing this form: |
|---|
| **Section 1:** Requestor enter student information. |
| **Section 2:** Requestor initial, complete narrative, sign and date. |
| **Section 3:** School leader or designee review, approve or deny, sign and date. |
| **Attachments:** The requestor may attach additional written pages and other information to this form to support proof of sincerely held religious beliefs, such a signed letter from a religious/spiritual leader, member or person with personal knowledge from the religious organization attended by the requestor explaining the doctrine/beliefs that prohibit all immunizations and/or the COVID-19 immunization. |

| Section 1: Student Information (to be completed by the requestor) | | | | |
|---|---|---|---|---|
| Name of School: | | | | |
| Student Name: | | | Date of Birth: | Grade: |
| Home Street Address: | | City: | ZIP Code: | Phone: |

| Section 2: COVID-19 Vaccine Exemption (to be completed by the requestor) | |
|---|---|
| Initials: | I request that the above-named student be exempt from the COVID-19 vaccine based on my sincerely held religious beliefs. I understand that if an outbreak of COVID-19 should occur, an exempt student may be excluded from school and school activities by the school administrative head for a period of time as determined by the DC Department of Health based on a case-by-case analysis of public health risk. |
| Initials: | I understand the benefits of the COVID-19 vaccine in decreasing the risk of severe illness, hospitalization, and death. I understand and assume the risks of refusing to receive the COVID-19 vaccine based on my sincerely held religious beliefs. I know that I may alter my decision at any time and complete the required vaccination. |
| Initials: | I understand that student athletes with an approved religious exemption must: (1) wear a mask in athletic events (even if the current indoor masking order is rescinded or superseded); (2) be tested weekly for COVID-19; and (3) provide the school a negative COVID-19 test result on a weekly basis in order to report to their school-based extracurricular athletic activity. |

**Exhibit 9**

| Initials: | I understand that this religious exemption is only valid for the 2021-22 school year. I acknowledge that I am required to submit a new request for religious exemption for any subsequent policy change or on expiration of an approved religious exemption. |
|---|---|
| Initials: | I affirm that all information provided in this request for religious exemption is true and accurate of my sincerely held religious belief. |

Please provide a personal written statement on why you are seeking a religious exemption for the above-named student, the religious principles that guide your objection to immunization, and whether you are opposed to all immunizations, and if not, the religious basis on which you object to the COVID-19 immunization. You may attach additional documentation, if necessary, and you may provide the name and contact information for a religious/spiritual leader who can corroborate your beliefs.

Print Name of Parent/Guardian or Student if 18 Years Old or Older:

| Signature of Parent/Guardian or Student if 18 Years Old or Older: | Date: |
|---|---|

**Section 3: School Response (to be completed by the school)**

This religious exemption request shall be reviewed by the school leader or the designee. After review, if the school leader or designee is unable to make a determination because of inadequate information about the nature of the sincerely held religious belief, they may request additional information from the requestor before approval or denial.

School leader or designee shall select from the following. This religious exemption request is (select one):

____ Approved on the ground of sincerely held religious belief and no undue burden to accommodate the exemption

____ Denied (select all that apply):
    ____ No sincerely held religious belief
    ____ Undue burden to accommodate the exemption

Print Name of School Leader or Designee:

| Signature of School Leader or Designee: | Date: |
|---|---|

# EXHIBIT 10



I feel like I'm being pressured into taking the vaccination because I feel like an outsider since everybody else has the vaccine and not only that but I feel like the vaccination is some sort of hall pass because I need the vaccination to go to certain places which is very annoying. My Parents sometimes fight over me and how mom and dad have different opinions about the vaccine so I'm in a very tight space right now.

**Exhibit 10**

# EXHIBIT 11



Exhibit 11

# EXHIBIT 12

# Wellness of DC



**Connect with us!**

  

**Facebook:** Wellness of DC

**Instagram:** @Wellness of DC

**Email:** wellnessofdc@gmail.com

**Phone:** (202) 487-5176

## ABOUT US

Wellness of DC seeks to deliver vaccines to children living within the nation's capital.

- Open to children ages 0-18!
- Accepting all insurance, except for Kaiser!
- Affordable out-of-pocket costs for vaccine shots if not covered by insurance*
- Currently providing every vaccine except for chicken pox!

*Some children w/o insurance may be able to receive vaccine at no cost.*

**Now Offering Vaccines for DCPS!**

## Vaccine Clinics

Every Saturday, 9am-1pm
2141 K St NW, Suite 808
Washington, DC, 20037

**Interested in setting up a vaccine clinic at your school? Contact Dr. Julian Safran, MD, at (202) 487-5176 or juliansafran@gmail.com.**

**Exhibit 12**

# EXHIBIT 13

# Open Letter from SWWHSA to Mayor and DC Council: Mandate COVID-19 vaccine for eligible students

Covid-19, AdvocacyOctober 4, 2021

Dear Mayor Bowser and Chairman Mendelson,

On behalf of the School Without Walls Home and School Association (SWWHSA), I ask that you exercise powers within the executive and legislative to mandate vaccines for eligible students enrolled in DC's public schools.

Like all school communities, we want our school district to provide the safest possible environment in which students learn and educators work. We recently polled our families to determine vaccination rates in our school and how the SWWHSA could help increase rates. Families of over 300 students responded. All but one fully vaccinated and the overwhelming ask was for the SWWHSA to advocate for a vaccine mandate.

Our community appreciates and supports the efforts undertaken by DC Government to encourage families to vaccinate, if eligible. We support the mandate for staff vaccination, and for vaccination of student athletes who are vaccine-eligible. However, we worry that the pace of vaccinations for eligible ages under 18 will not be sufficient to slow down the current wave driven by the Delta variant or future variants.

We have heard the Mayor, DME, Chancellor, Principal, and community leaders say COVID-19 vaccines are safe, effective and vaccinating is the strongest way to protect our school community. We support this and, in turn, hope the DC government will join the State of California (and George Washington University, where our campus is located) in serving as a leader in keeping schools safe and open for in-person learning by immediately implementing a mandate (and legislation, if necessary) that all students who are eligible for vaccine be required to be fully vaccinated against COVID-19 by December 31, 2021.

**Exhibit 13**

We trust it goes without mention that leadership entails both setting firm lines in the sand AND supporting students and families to get across the finish line toward vaccine compliance.

Thank you in advance for your support,

Maan Sacdalan

SWWHSA President

Samantha Caruth, Vice President

Gina Lynn Anderson, Secretary

Dawn Leijon, Treasurer & Boosters Treasurer

Marilyn Nowalk, MUN Treasurer

Elizabeth Dranitze, At-Large

Deidra Barksdale, At-Large

Shandrika Donawana Johnkins At-Large and LSAT Representative

Malene Lawrence, At-Large and LSAT Representative

Sandra Moscoso, At-Large

Karen Quarles, At-Large

Malcolm, Willoughby, HSA Staff Representative

Marion Babcock, Acting LSAT Co-Chair

Esperanza Roman, LSAT Representative

Jane Tobler, At-Large

To: pmendelson@dcc

ouncil.us, muriel.bowser@dc.gov

CC: doh@dc.gov, LaQuandra.Nesbitt@dc.gov, bnadeau@dccouncil.us, Paul.Kihn@dc.gov, bpinto@dccouncil.us, mcheh@dccouncil.us, jlewisgeorge@dccouncil.us, kmcduffie@dccouncil.us, callen@dccouncil.us, vgray@dccouncil.us,

**Exhibit 13**

twhite@dccouncil.us,
rwhite@dccouncil.us,
chenderson@dccouncil.us,
abonds@dccouncil.us,
esilverman@dccouncil.us,
rlancaster@dccouncil.us,
ehanson@dccouncil.us,
mporcello@dccouncil.us,

wperkins@dccouncil.us,
ballen@dccouncil.us,
lmarks@dccouncil.us,
tnorflis@dccouncil.us,
tgjackson@dccouncil.us,
afowlkes@dccouncil.us,
mshaffer@dccouncil.us,
dmeadows@dccouncil.us,
srosenamy@dccouncil.us,
ljordan@dccouncil.us,
zachary.parker@dc.gov,
emily.gasoi@dc.gov,
jacque.patterson@dc.gov,
allister.chang1@dc.gov,
ruth.wattenberg@dc.gov,
Frazier.OLeary@dc.gov,
jessica.sutter@dc.gov,
eboni-rose.thompson@dc.gov,
carlene.reid@dc.gov,
John-Paul.Hayworth@dc.gov,

PREVIOUS

## Missed the 50th Anniversary Open House? Here are the Videos!

NEXT

## 50th Anniversary Open House is Friday, Oct 8 - Bring on the 10s and (gulp) 20s!

**Exhibit 13**

11/14/21, 1:06 PM    Open Letter from SWWHSA to Mayor and DC Council: Mandate COVID-19 Vaccine for Eligible Students - School Without W...

Case 1:21-cv-01857-TNM    Document 31-1    Filed 11/15/21    Page 63 of 131



**SCHOOL WITHOUT
WALLS
HIGH SCHOOL
2130 G ST NW
WASHINGTON, DC 20037**

(202) 645-9690
 info@swwhs.org

**QUICK
LINKS**

Mission
News
Contact
Donate

**FOLLOW US
ON SOCIAL**

Photography by the School Without Walls Yearbook Team.
 The SWWHSA is a registered 501c3. EIN 52-02303014
 © The School Without Walls Home and School Association

**Exhibit 13**

# EXHIBIT 14

# Vaccine Injury Table

***Applies Only to Petitions for Compensation Filed under the National Vaccine Injury Compensation Program on or after March 21, 2017***

(a) In accordance with section 312(b) of the National Childhood Vaccine Injury Act of 1986, title III of Public Law 99-660, 100 Stat. 3779 (42 U.S.C. 300aa-1 note) and section 2114(c) of the Public Health Service Act, as amended (PHS Act) (42 U.S.C. 300aa-14(c)), the following is a table of vaccines, the injuries, disabilities, illnesses, conditions, and deaths resulting from the administration of such vaccines, and the time period in which the first symptom or manifestation of onset or of the significant aggravation of such injuries, disabilities, illnesses, conditions, and deaths is to occur after vaccine administration for purposes of receiving compensation under the Program. Paragraph (b) of this section sets forth additional provisions that are not separately listed in this Table but that constitute part of it. Paragraph (c) of this section sets forth the qualifications and aids to interpretation for the terms used in the Table. Conditions and injuries that do not meet the terms of the qualifications and aids to interpretation are not within the Table. Paragraph (d) of this section sets forth a glossary of terms used in paragraph (c).

| Vaccine | Illness, disability, injury or condition covered | Time period for first symptom or manifestation of onset or of significant aggravation after vaccine administration |
|---|---|---|
| I. Vaccines containing tetanus toxoid (*e.g.,* DTaP, DTP, DT, Td, or TT) | A. Anaphylaxis<br>B. Brachial Neuritis | ≤4 hours.<br>2-28 days (not less than 2 days and not more than 28 days). |
| | C. Shoulder Injury Related to Vaccine Administration | ≤48 hours. |
| | D. Vasovagal syncope | ≤1 hour. |
| II. Vaccines containing whole cell pertussis bacteria, extracted or partial cell pertussis bacteria, or specific pertussis antigen(s) (*e.g.,* DTP, DTaP, P, DTP-Hib) | A. Anaphylaxis | ≤4 hours. |
| | B. Encephalopathy or encephalitis | ≤72 hours. |
| | C. Shoulder Injury Related to Vaccine Administration | ≤48 hours. |
| | D. Vasovagal syncope | ≤1 hour. |
| III. Vaccines containing measles, mumps, and rubella virus or any of its components (*e.g.,* MMR, MM, MMRV) | A. Anaphylaxis<br>B. Encephalopathy or encephalitis | ≤4 hours.<br>5-15 days (not less than 5 days and not more than 15 days). |
| | C. Shoulder Injury Related to Vaccine Administration | ≤48 hours. |
| | D. Vasovagal syncope | ≤1 hour. |

**Exhibit 14**

| Vaccine | Illness, disability, injury or condition covered | Time period for first symptom or manifestation of onset or of significant aggravation after vaccine administration |
|---|---|---|
| IV. Vaccines containing rubella virus (e.g., MMR, MMRV) | A. Chronic arthritis | 7-42 days (not less than 7 days and not more than 42 days). |
| V. Vaccines containing measles virus (e.g., MMR, MM, MMRV) | A. Thrombocytopenic purpura | 7-30 days (not less than 7 days and not more than 30 days). |
| | B. Vaccine-Strain Measles Viral Disease in an immunodeficient recipient | |
| | —Vaccine-strain virus identified | Not applicable. |
| | —If strain determination is not done or if laboratory testing is inconclusive | ≤12 months. |
| VI. Vaccines containing polio live virus (OPV) | A. Paralytic Polio | |
| | —in a non-immunodeficient recipient | ≤30 days. |
| | —in an immunodeficient recipient | ≤6 months. |
| | —in a vaccine associated community case | Not applicable. |
| | B. Vaccine-Strain Polio Viral Infection | |
| | —in a non-immunodeficient recipient | ≤30 days. |
| | —in an immunodeficient recipient | ≤6 months. |
| | —in a vaccine associated community case | Not applicable. |
| VII. Vaccines containing polio inactivated virus (e.g., IPV) | A. Anaphylaxis | ≤4 hours. |
| | B. Shoulder Injury Related to Vaccine Administration | ≤48 hours. |
| | C. Vasovagal syncope | ≤1 hour. |
| VIII. Hepatitis B vaccines | A. Anaphylaxis | ≤4 hours. |
| | B. Shoulder Injury Related to Vaccine Administration | ≤48 hours. |
| | C. Vasovagal syncope | ≤1 hour. |

2

**Exhibit 14**

| Vaccine | Illness, disability, injury or condition covered | Time period for first symptom or manifestation of onset or of significant aggravation after vaccine administration |
|---|---|---|
| IX. Haemophilus influenzae type b (Hib) vaccines | A. Shoulder Injury Related to Vaccine Administration | ≤48 hours. |
| | B. Vasovagal syncope | ≤1 hour. |
| X. Varicella vaccines | A. Anaphylaxis | ≤4 hours. |
| | B. Disseminated varicella vaccine-strain viral disease | |
| | —Vaccine-strain virus identified | Not applicable. |
| | —If strain determination is not done or if laboratory testing is inconclusive | 7-42 days (not less than 7 days and not more than 42 days). |
| | C. Varicella vaccine-strain viral reactivation | Not applicable. |
| | D. Shoulder Injury Related to Vaccine Administration | ≤48 hours. |
| | E. Vasovagal syncope | ≤1 hour. |
| XI. Rotavirus vaccines | A. Intussusception | 1-21 days (not less than 1 day and not more than 21 days). |
| XII. Pneumococcal conjugate vaccines | A. Shoulder Injury Related to Vaccine Administration | ≤48 hours. |
| | B. Vasovagal syncope | ≤1 hour. |
| XIII. Hepatitis A vaccines | A. Shoulder Injury Related to Vaccine Administration | ≤48 hours. |
| | B. Vasovagal syncope | ≤1 hour. |
| XIV. Seasonal influenza vaccines | A. Anaphylaxis | ≤4 hours. |
| | B. Shoulder Injury Related to Vaccine Administration | ≤48 hours. |
| | C. Vasovagal syncope | ≤1 hour. |
| | D. Guillain-Barré Syndrome | 3-42 days (not less than 3 days and not more than 42 days). |
| XV. Meningococcal vaccines | A. Anaphylaxis | ≤4 hours. |
| | B. Shoulder Injury Related to Vaccine Administration | ≤48 hours. |
| | C. Vasovagal syncope | ≤1 hour. |
| XVI. Human papillomavirus (HPV) vaccines | A. Anaphylaxis | ≤4 hours. |

3

**Exhibit 14**

| Vaccine | Illness, disability, injury or condition covered | Time period for first symptom or manifestation of onset or of significant aggravation after vaccine administration |
|---|---|---|
| | B. Shoulder Injury Related to Vaccine Administration | ≤48 hours. |
| | C. Vasovagal syncope | ≤1 hour. |
| XVII. Any new vaccine recommended by the Centers for Disease Control and Prevention for routine administration to children, after publication by the Secretary of a notice of coverage | A. Shoulder Injury Related to Vaccine Administration | ≤48 hours. |
| | B. Vasovagal syncope | ≤1hour. |

(b) *Provisions that apply to all conditions listed.* (1) Any acute complication or sequela, including death, of the illness, disability, injury, or condition listed in paragraph (a) of this section (and defined in paragraphs (c) and (d) of this section) qualifies as a Table injury under paragraph (a) except when the definition in paragraph (c) requires exclusion.

(2) In determining whether or not an injury is a condition set forth in paragraph (a) of this section, the Court shall consider the entire medical record.

(3) An idiopathic condition that meets the definition of an illness, disability, injury, or condition set forth in paragraph (c) of this section shall be considered to be a condition set forth in paragraph (a) of this section.

(c) *Qualifications and aids to interpretation.* The following qualifications and aids to interpretation shall apply to, define and describe the scope of, and be read in conjunction with paragraphs (a), (b), and (d) of this section:

(1) *Anaphylaxis.* Anaphylaxis is an acute, severe, and potentially lethal systemic reaction that occurs as a single discrete event with simultaneous involvement of two or more organ systems. Most cases resolve without sequela. Signs and symptoms begin minutes to a few hours after exposure. Death, if it occurs, usually results from airway obstruction caused by laryngeal edema or bronchospasm and may be associated with cardiovascular collapse. Other significant clinical signs and symptoms may include the following: Cyanosis, hypotension, bradycardia, tachycardia, arrhythmia, edema of the pharynx and/or trachea and/or larynx with stridor and dyspnea. There are no specific pathological findings to confirm a diagnosis of anaphylaxis.

(2) *Encephalopathy.* A vaccine recipient shall be considered to have suffered an encephalopathy if an injury meeting the description below of an acute encephalopathy occurs within the applicable time period and results in a chronic encephalopathy, as described in paragraph (d) of this section.

(i) *Acute encephalopathy.* (A) For children less than 18 months of age who present:

(*1*) Without a seizure, an acute encephalopathy is indicated by a significantly decreased level of consciousness that lasts at least 24 hours.

(*2*) Following a seizure, an acute encephalopathy is demonstrated by a significantly decreased level of consciousness that lasts at least 24 hours and cannot be attributed to a postictal state—from a seizure or a medication.

4

**Exhibit 14**

(B) For adults and children 18 months of age or older, an acute encephalopathy is one that persists at least 24 hours and is characterized by at least two of the following:

(*1*) A significant change in mental status that is not medication related (such as a confusional state, delirium, or psychosis);

(*2*) A significantly decreased level of consciousness which is independent of a seizure and cannot be attributed to the effects of medication; and

(*3*) A seizure associated with loss of consciousness.

(C) The following clinical features in themselves do not demonstrate an acute encephalopathy or a significant change in either mental status or level of consciousness: Sleepiness, irritability (fussiness), high-pitched and unusual screaming, poor feeding, persistent inconsolable crying, bulging fontanelle, or symptoms of dementia.

(D) Seizures in themselves are not sufficient to constitute a diagnosis of encephalopathy and in the absence of other evidence of an acute encephalopathy seizures shall not be viewed as the first symptom or manifestation of an acute encephalopathy.

(ii) *Exclusionary criteria for encephalopathy*. Regardless of whether or not the specific cause of the underlying condition, systemic disease, or acute event (including an infectious organism) is known, an encephalopathy shall not be considered to be a condition set forth in the Table if it is shown that the encephalopathy was caused by:

(A) An underlying condition or systemic disease shown to be unrelated to the vaccine (such as malignancy, structural lesion, psychiatric illness, dementia, genetic disorder, prenatal or perinatal central nervous system (CNS) injury); or

(B) An acute event shown to be unrelated to the vaccine such as a head trauma, stroke, transient ischemic attack, complicated migraine, drug use (illicit or prescribed) or an infectious disease.

(3) *Encephalitis*. A vaccine recipient shall be considered to have suffered encephalitis if an injury meeting the description below of acute encephalitis occurs within the applicable time period and results in a chronic encephalopathy, as described in paragraph (d) of this section.

(i) *Acute encephalitis*. Encephalitis is indicated by evidence of neurologic dysfunction, as described in paragraph (c)(3)(i)(A) of this section, plus evidence of an inflammatory process in the brain, as described in paragraph (c)(3)(i)(B) of this section.

(A) Evidence of neurologic dysfunction consists of either:

(*1*) One of the following neurologic findings referable to the CNS: Focal cortical signs (such as aphasia, alexia, agraphia, cortical blindness); cranial nerve abnormalities; visual field defects; abnormal presence of primitive reflexes (such as Babinski's sign or sucking reflex); or cerebellar dysfunction (such as ataxia, dysmetria, or nystagmus); or

(*2*) An acute encephalopathy as set forth in paragraph (c)(2)(i) of this section.

(B) Evidence of an inflammatory process in the brain (central nervous system or CNS inflammation) must include cerebrospinal fluid (CSF) pleocytosis (>5 white blood cells (WBC)/mm$^3$ in children >2 months of age and adults; >15 WBC/mm3 in children <2 months of age); or at least two of the following:

**Exhibit 14**

(*1*) Fever (temperature ≥ 100.4 degrees Fahrenheit);

(*2*) Electroencephalogram findings consistent with encephalitis, such as diffuse or multifocal nonspecific background slowing and periodic discharges; or

(*3*) Neuroimaging findings consistent with encephalitis, which include, but are not limited to brain/spine magnetic resonance imaging (MRI) displaying diffuse or multifocal areas of hyperintense signal on T2-weighted, diffusion-weighted image, or fluid-attenuation inversion recovery sequences.

(ii) *Exclusionary criteria for encephalitis.* Regardless of whether or not the specific cause of the underlying condition, systemic disease, or acute event (including an infectious organism) is known, encephalitis shall not be considered to be a condition set forth in the Table if it is shown that the encephalitis was caused by:

(A) An underlying malignancy that led to a paraneoplastic encephalitis;

(B) An infectious disease associated with encephalitis, including a bacterial, parasitic, fungal or viral illness (such as herpes viruses, adenovirus, enterovirus, West Nile Virus, or human immunodeficiency virus), which may be demonstrated by clinical signs and symptoms and need not be confirmed by culture or serologic testing; or

(C) Acute disseminated encephalomyelitis (ADEM). Although early ADEM may have laboratory and clinical characteristics similar to acute encephalitis, findings on MRI are distinct with ADEM displaying evidence of acute demyelination (scattered, focal, or multifocal areas of inflammation and demyelination within cerebral subcortical and deep cortical white matter; gray matter involvement may also be seen but is a minor component); or

(D) Other conditions or abnormalities that would explain the vaccine recipient's symptoms.

(4) *Intussusception.* (i) For purposes of paragraph (a) of this section, intussusception means the invagination of a segment of intestine into the next segment of intestine, resulting in bowel obstruction, diminished arterial blood supply, and blockage of the venous blood flow. This is characterized by a sudden onset of abdominal pain that may be manifested by anguished crying, irritability, vomiting, abdominal swelling, and/or passing of stools mixed with blood and mucus.

(ii) For purposes of paragraph (a) of this section, the following shall not be considered to be a Table intussusception:

(A) Onset that occurs with or after the third dose of a vaccine containing rotavirus;

(B) Onset within 14 days after an infectious disease associated with intussusception, including viral disease (such as those secondary to non-enteric or enteric adenovirus, or other enteric viruses such as Enterovirus), enteric bacteria (such as Campylobacter jejuni), or enteric parasites (such as Ascaris lumbricoides), which may be demonstrated by clinical signs and symptoms and need not be confirmed by culture or serologic testing;

(C) Onset in a person with a preexisting condition identified as the lead point for intussusception such as intestinal masses and cystic structures (such as polyps, tumors, Meckel's diverticulum, lymphoma, or duplication cysts);

(D) Onset in a person with abnormalities of the bowel, including congenital anatomic abnormalities, anatomic changes after abdominal surgery, and other anatomic bowel abnormalities caused by mucosal

**Exhibit 14**

hemorrhage, trauma, or abnormal intestinal blood vessels (such as Henoch Scholein purpura, hematoma, or hemangioma); or

(E) Onset in a person with underlying conditions or systemic diseases associated with intussusception (such as cystic fibrosis, celiac disease, or Kawasaki disease).

(5) *Chronic arthritis.* Chronic arthritis is defined as persistent joint swelling with at least two additional manifestations of warmth, tenderness, pain with movement, or limited range of motion, lasting for at least 6 months.

(i) Chronic arthritis may be found in a person with no history in the 3 years prior to vaccination of arthropathy (joint disease) on the basis of:

(A) Medical documentation recorded within 30 days after the onset of objective signs of acute arthritis (joint swelling) that occurred between 7 and 42 days after a rubella vaccination; and

(B) Medical documentation (recorded within 3 years after the onset of acute arthritis) of the persistence of objective signs of intermittent or continuous arthritis for more than 6 months following vaccination; and

(C) Medical documentation of an antibody response to the rubella virus.

(ii) The following shall not be considered as chronic arthritis: Musculoskeletal disorders such as diffuse connective tissue diseases (including but not limited to rheumatoid arthritis, juvenile idiopathic arthritis, systemic lupus erythematosus, systemic sclerosis, mixed connective tissue disease, polymyositis/determatomyositis, fibromyalgia, necrotizing vasculitis and vasculopathies and Sjogren's Syndrome), degenerative joint disease, infectious agents other than rubella (whether by direct invasion or as an immune reaction), metabolic and endocrine diseases, trauma, neoplasms, neuropathic disorders, bone and cartilage disorders, and arthritis associated with ankylosing spondylitis, psoriasis, inflammatory bowel disease, Reiter's Syndrome, blood disorders, or arthralgia (joint pain), or joint stiffness without swelling.

(6) *Brachial neuritis.* This term is defined as dysfunction limited to the upper extremity nerve plexus (*i.e.,* its trunks, divisions, or cords). A deep, steady, often severe aching pain in the shoulder and upper arm usually heralds onset of the condition. The pain is typically followed in days or weeks by weakness in the affected upper extremity muscle groups. Sensory loss may accompany the motor deficits, but is generally a less notable clinical feature. Atrophy of the affected muscles may occur. The neuritis, or plexopathy, may be present on the same side or on the side opposite the injection. It is sometimes bilateral, affecting both upper extremities. A vaccine recipient shall be considered to have suffered brachial neuritis as a Table injury if such recipient manifests all of the following:

(i) Pain in the affected arm and shoulder is a presenting symptom and occurs within the specified time-frame;

(ii) Weakness;

(A) Clinical diagnosis in the absence of nerve conduction and electromyographic studies requires weakness in muscles supplied by more than one peripheral nerve.

(B) Nerve conduction studies (NCS) and electromyographic (EMG) studies localizing the injury to the brachial plexus are required before the diagnosis can be made if weakness is limited to muscles supplied by a single peripheral nerve.

**Exhibit 14**

(iii) Motor, sensory, and reflex findings on physical examination and the results of NCS and EMG studies, if performed, must be consistent in confirming that dysfunction is attributable to the brachial plexus; and

(iv) No other condition or abnormality is present that would explain the vaccine recipient's symptoms.

(7) *Thrombocytopenic purpura.* This term is defined by the presence of clinical manifestations, such as petechiae, significant bruising, or spontaneous bleeding, and by a serum platelet count less than 50,000/mm³ with normal red and white blood cell indices. Thrombocytopenic purpura does not include cases of thrombocytopenia associated with other causes such as hypersplenism, autoimmune disorders (including alloantibodies from previous transfusions) myelodysplasias, lymphoproliferative disorders, congenital thrombocytopenia or hemolytic uremic syndrome. Thrombocytopenic purpura does not include cases of immune (formerly called idiopathic) thrombocytopenic purpura that are mediated, for example, by viral or fungal infections, toxins or drugs. Thrombocytopenic purpura does not include cases of thrombocytopenia associated with disseminated intravascular coagulation, as observed with bacterial and viral infections. Viral infections include, for example, those infections secondary to Epstein Barr virus, cytomegalovirus, hepatitis A and B, human immunodeficiency virus, adenovirus, and dengue virus. An antecedent viral infection may be demonstrated by clinical signs and symptoms and need not be confirmed by culture or serologic testing. However, if culture or serologic testing is performed, and the viral illness is attributed to the vaccine-strain measles virus, the presumption of causation will remain in effect. Bone marrow examination, if performed, must reveal a normal or an increased number of megakaryocytes in an otherwise normal marrow.

(8) *Vaccine-strain measles viral disease.* This term is defined as a measles illness that involves the skin and/or another organ (such as the brain or lungs). Measles virus must be isolated from the affected organ or histopathologic findings characteristic for the disease must be present. Measles viral strain determination may be performed by methods such as polymerase chain reaction test and vaccine-specific monoclonal antibody. If strain determination reveals wild-type measles virus or another, non-vaccine-strain virus, the disease shall not be considered to be a condition set forth in the Table. If strain determination is not done or if the strain cannot be identified, onset of illness in any organ must occur within 12 months after vaccination.

(9) *Vaccine-strain polio viral infection.* This term is defined as a disease caused by poliovirus that is isolated from the affected tissue and should be determined to be the vaccine-strain by oligonucleotide or polymerase chain reaction. Isolation of poliovirus from the stool is not sufficient to establish a tissue specific infection or disease caused by vaccine-strain poliovirus.

(10) *Shoulder injury related to vaccine administration (SIRVA).* SIRVA manifests as shoulder pain and limited range of motion occurring after the administration of a vaccine intended for intramuscular administration in the upper arm. These symptoms are thought to occur as a result of unintended injection of vaccine antigen or trauma from the needle into and around the underlying bursa of the shoulder resulting in an inflammatory reaction. SIRVA is caused by an injury to the musculoskeletal structures of the shoulder (*e.g.* tendons, ligaments, bursae, etc.). SIRVA is not a neurological injury and abnormalities on neurological examination or nerve conduction studies (NCS) and/or electromyographic (EMG) studies would not support SIRVA as a diagnosis (even if the condition causing the neurological abnormality is not known). A vaccine recipient shall be considered to have suffered SIRVA if such recipient manifests all of the following:

(i) No history of pain, inflammation or dysfunction of the affected shoulder prior to intramuscular vaccine administration that would explain the alleged signs, symptoms, examination findings, and/or diagnostic studies occurring after vaccine injection;

(ii) Pain occurs within the specified time-frame;

**Exhibit 14**

(iii) Pain and reduced range of motion are limited to the shoulder in which the intramuscular vaccine was administered; and

(iv) No other condition or abnormality is present that would explain the patient's symptoms (*e.g.* NCS/EMG or clinical evidence of radiculopathy, brachial neuritis, mononeuropathies, or any other neuropathy).

(11) *Disseminated varicella vaccine-strain viral disease.* Disseminated varicella vaccine-strain viral disease is defined as a varicella illness that involves the skin beyond the dermatome in which the vaccination was given and/or disease caused by vaccine-strain varicella in another organ. For organs other than the skin, the disease must be demonstrated in the involved organ and not just through mildly abnormal laboratory values. If there is involvement of an organ beyond the skin, and no virus was identified in that organ, the involvement of all organs must occur as part of the same, discrete illness. If strain determination reveals wild-type varicella virus or another, non-vaccine-strain virus, the viral disease shall not be considered to be a condition set forth in the Table. If strain determination is not done or if the strain cannot be identified, onset of illness in any organ must occur 7- 42 days after vaccination.

(12) *Varicella vaccine-strain viral reactivation disease.* Varicella vaccine-strain viral reactivation disease is defined as the presence of the rash of herpes zoster with or without concurrent disease in an organ other than the skin. Zoster, or shingles, is a painful, unilateral, pruritic rash appearing in one or more sensory dermatomes. For organs other than the skin, the disease must be demonstrated in the involved organ and not just through mildly abnormal laboratory values. There must be laboratory confirmation that the vaccine-strain of the varicella virus is present in the skin or in any other involved organ, for example by oligonucleotide or polymerase chain reaction. If strain determination reveals wild-type varicella virus or another, non-vaccine-strain virus, the viral disease shall not be considered to be a condition set forth in the Table.

(13) *Vasovagal syncope.* Vasovagal syncope (also sometimes called neurocardiogenic syncope) means loss of consciousness (fainting) and postural tone caused by a transient decrease in blood flow to the brain occurring after the administration of an injected vaccine. Vasovagal syncope is usually a benign condition but may result in falling and injury with significant sequela. Vasovagal syncope may be preceded by symptoms such as nausea, lightheadedness, diaphoresis, and/or pallor. Vasovagal syncope may be associated with transient seizure-like activity, but recovery of orientation and consciousness generally occurs simultaneously with vasovagal syncope. Loss of consciousness resulting from the following conditions will not be considered vasovagal syncope: organic heart disease, cardiac arrhythmias, transient ischemic attacks, hyperventilation, metabolic conditions, neurological conditions, and seizures. Episodes of recurrent syncope occurring after the applicable time period are not considered to be sequela of an episode of syncope meeting the Table requirements.

(14) *Immunodeficient recipient.* Immunodeficient recipient is defined as an individual with an identified defect in the immunological system which impairs the body's ability to fight infections. The identified defect may be due to an inherited disorder (such as severe combined immunodeficiency resulting in absent T lymphocytes), or an acquired disorder (such as acquired immunodeficiency syndrome resulting from decreased CD4 cell counts). The identified defect must be demonstrated in the medical records, either preceding or postdating vaccination.

(15) *Guillain-Barré Syndrome (GBS).* (i) GBS is an acute monophasic peripheral neuropathy that encompasses a spectrum of four clinicopathological subtypes described below. For each subtype of GBS, the interval between the first appearance of symptoms and the nadir of weakness is between 12 hours and 28 days. This is followed in all subtypes by a clinical plateau with stabilization at the nadir of symptoms, or subsequent improvement without significant relapse. Death may occur without a clinical plateau. Treatment related fluctuations in all subtypes of GBS can occur within 9 weeks of GBS symptom onset and recurrence of symptoms after this time-frame would not be consistent with GBS.

**Exhibit 14**

(ii) The most common subtype in North America and Europe, comprising more than 90 percent of cases, is acute inflammatory demyelinating polyneuropathy (AIDP), which has the pathologic and electrodiagnostic features of focal demyelination of motor and sensory peripheral nerves and nerve roots. Another subtype called acute motor axonal neuropathy (AMAN) is generally seen in other parts of the world and is predominated by axonal damage that primarily affects motor nerves. AMAN lacks features of demyelination. Another less common subtype of GBS includes acute motor and sensory neuropathy (AMSAN), which is an axonal form of GBS that is similar to AMAN, but also affects the sensory nerves and roots. AIDP, AMAN, and AMSAN are typically characterized by symmetric motor flaccid weakness, sensory abnormalities, and/or autonomic dysfunction caused by autoimmune damage to peripheral nerves and nerve roots. The diagnosis of AIDP, AMAN, and AMSAN requires:

(A) Bilateral flaccid limb weakness and decreased or absent deep tendon reflexes in weak limbs;

(B) A monophasic illness pattern;

(C) An interval between onset and nadir of weakness between 12 hours and 28 days;

(D) Subsequent clinical plateau (the clinical plateau leads to either stabilization at the nadir of symptoms, or subsequent improvement without significant relapse; however, death may occur without a clinical plateau); and,

(E) The absence of an identified more likely alternative diagnosis.

(iii) Fisher Syndrome (FS), also known as Miller Fisher Syndrome, is a subtype of GBS characterized by ataxia, areflexia, and ophthalmoplegia, and overlap between FS and AIDP may be seen with limb weakness. The diagnosis of FS requires:

(A) Bilateral ophthalmoparesis;

(B) Bilateral reduced or absent tendon reflexes;

(C) Ataxia;

(D) The absence of limb weakness (the presence of limb weakness suggests a diagnosis of AIDP, AMAN, or AMSAN);

(E) A monophasic illness pattern;

(F) An interval between onset and nadir of weakness between 12 hours and 28 days;

(G) Subsequent clinical plateau (the clinical plateau leads to either stabilization at the nadir of symptoms, or subsequent improvement without significant relapse; however, death may occur without a clinical plateau);

(H) No alteration in consciousness;

(I) No corticospinal track signs; and

(J) The absence of an identified more likely alternative diagnosis.

(iv) Evidence that is supportive, but not required, of a diagnosis of all subtypes of GBS includes electrophysiologic findings consistent with GBS or an elevation of cerebral spinal fluid (CSF) protein with

**Exhibit 14**

a total CSF white blood cell count below 50 cells per microliter. Both CSF and electrophysiologic studies are frequently normal in the first week of illness in otherwise typical cases of GBS.

(v) To qualify as any subtype of GBS, there must not be a more likely alternative diagnosis for the weakness.

(vi) Exclusionary criteria for the diagnosis of all subtypes of GBS include the ultimate diagnosis of any of the following conditions: chronic immune demyelinating polyradiculopathy (CIDP), carcinomatous meningitis, brain stem encephalitis (other than Bickerstaff brainstem encephalitis), myelitis, spinal cord infarct, spinal cord compression, anterior horn cell diseases such as polio or West Nile virus infection, subacute inflammatory demyelinating polyradiculoneuropathy, multiple sclerosis, cauda equina compression, metabolic conditions such as hypermagnesemia or hypophosphatemia, tick paralysis, heavy metal toxicity (such as arsenic, gold, or thallium), drug-induced neuropathy (such as vincristine, platinum compounds, or nitrofurantoin), porphyria, critical illness neuropathy, vasculitis, diphtheria, myasthenia gravis, organophosphate poisoning, botulism, critical illness myopathy, polymyositis, dermatomyositis, hypokalemia, or hyperkalemia. The above list is not exhaustive.

(d) *Glossary for purposes of paragraph (c) of this section*—(1) *Chronic encephalopathy.* (i) A chronic encephalopathy occurs when a change in mental or neurologic status, first manifested during the applicable Table time period as an acute encephalopathy or encephalitis, persists for at least 6 months from the first symptom or manifestation of onset or of significant aggravation of an acute encephalopathy or encephalitis.

(ii) Individuals who return to their baseline neurologic state, as confirmed by clinical findings, within less than 6 months from the first symptom or manifestation of onset or of significant aggravation of an acute encephalopathy or encephalitis shall not be presumed to have suffered residual neurologic damage from that event; any subsequent chronic encephalopathy shall not be presumed to be a sequela of the acute encephalopathy or encephalitis.

(2) *Injected* refers to the intramuscular, intradermal, or subcutaneous needle administration of a vaccine.

(3) *Sequela* means a condition or event which was actually caused by a condition listed in the Vaccine Injury Table.

(4) *Significantly decreased level of consciousness* is indicated by the presence of one or more of the following clinical signs:

(i) Decreased or absent response to environment (responds, if at all, only to loud voice or painful stimuli);

(ii) Decreased or absent eye contact (does not fix gaze upon family members or other individuals); or

(iii) Inconsistent or absent responses to external stimuli (does not recognize familiar people or things).

(5) *Seizure* includes myoclonic, generalized tonic-clonic (grand mal), and simple and complex partial seizures, but not absence (petit mal), or pseudo seizures. Jerking movements or staring episodes alone are not necessarily an indication of seizure activity.

**Exhibit 14**

(e) *Coverage provisions.* (1) Except as provided in paragraph (e)(2), (3), (4), (5), (6), (7), or (8) of this section, this section applies only to petitions for compensation under the program filed with the United States Court of Federal Claims on or after February 21, 2017.

(2) Hepatitis B, Hib, and varicella vaccines (Items VIII, IX, and X of the Table) are included in the Table as of August 6, 1997.

(3) Rotavirus vaccines (Item XI of the Table) are included in the Table as of October 22, 1998.

(4) Pneumococcal conjugate vaccines (Item XII of the Table) are included in the Table as of December 18, 1999.

(5) Hepatitis A vaccines (Item XIII of the Table) are included on the Table as of December 1, 2004.

(6) Trivalent influenza vaccines (Included in item XIV of the Table) are included on the Table as of July 1, 2005. All other seasonal influenza vaccines (Item XIV of the Table) are included on the Table as of November 12, 2013.

(7) Meningococcal vaccines and human papillomavirus vaccines (Items XV and XVI of the Table) are included on the Table as of February 1, 2007.

(8) Other new vaccines (Item XVII of the Table) will be included in the Table as of the effective date of a tax enacted to provide funds for compensation paid with respect to such vaccines. An amendment to this section will be published in the FEDERAL REGISTER to announce the effective date of such a tax.

**Exhibit 14**

# EXHIBIT 15


**CDC** Centers for Disease
Control and Prevention

# Table 1. Recommended Child and Adolescent Immunization Schedule for ages 18 years or younger, United States, 2021

Always make recommendations by determining needed vaccines based on age (Table 1), determining appropriate intervals for catch-up, if needed (Table 2), assessing for medical indications (Table 3), and reviewing special situations (Notes).


Get Email Updates

## COVID-19 Vaccination

ACIP recommends use of COVID-19 vaccines for everyone ages 12 and older within the scope of the Emergency Use Authorization for the particular vaccine. COVID-19 vaccine and other vaccines may be administered on the same day. See the COVID-19 Vaccine Product Information page for additional information about COVID-19 vaccines authorized for use in the United States.

| Table 1. By age | Table 2. Catch-up schedule | Table 3. By medical indications | Schedule Changes & Guidance | Parent-friendly schedule | Resources for health care |
|---|---|---|---|---|---|

- 8.5"x11" print color 📄 [8 pages]
- 8.5"x11" print black and white 📄 [8 pages]
- Compliant version of this schedule

- Vaccines in the Child and Adolescent Immunization Schedule
- Learn how to display current schedules from your website.

**Download Schedules App** 

**Legend**

| Range of recommended ages for all children | Range of recommended ages for catch-up immunization | Range of recommended ages for certain high-risk groups | Recommended based on shared clinical decision-making or *can be used in this age group | No recommendation/Not applicable |
|---|---|---|---|---|

## Birth to 15 Months

| Vaccine | Birth | 1 mo | 2 mos | 4 mos | 6 mos | 9 mos | 12 mos | 15 mos |
|---|---|---|---|---|---|---|---|---|
| Hepatitis B ⓘ (HepB) | 1st dose | ←2nd dose→ | | | ←3rd dose→ | | | |
| Rotavirus ⓘ (RV) RV1 (2-dose series); RV5 (3-dose series) | | | 1st dose | 2nd dose | See notes | | | |
| Diphtheria, tetanus, & acellular pertussis ⓘ (DTaP: <7 yrs) | | | 1st dose | 2nd dose | 3rd dose | | | ←4th dose→ |
| Haemophilus influenzae type b ⓘ (Hib) | | | 1st dose | 2nd dose | See notes | | ←3rd or 4th dose, See notes→ | |

**Exhibit 15**

| Vaccine | Birth | 1 mo | 2 mos | 4 mos | 6 mos | 9 mos | 12 mos | 15 mos |
|---|---|---|---|---|---|---|---|---|
| Pneumococcal conjugate ⓘ (PCV13) | | | 1st dose | 2nd dose | 3rd dose | | ←4th dose→ | |
| Inactivated poliovirus (IPV: <18 yrs) | | | 1st dose | 2nd dose | ←3rd dose→ | | | |
| Influenza (IIV) ⓘ | | | | | Annual vaccination 1 or 2 doses | | | |
| or Influenza (LAIV4) ⓘ | | | | | | | | |
| Measles, mumps, rubella ⓘ (MMR) | | | | | See notes | | ←1st dose→ | |
| Varicella ⓘ (VAR) | | | | | | | ←1st dose→ | |
| Hepatitis A ⓘ (HepA) | | | | | See notes | | ←2-dose series, See notes→ | |
| Tetanus, diphtheria, & acellular pertussis (Tdap: ≥7 yrs) | | | | | | | | |
| Human papillomavirus ⓘ (HPV) | | | | | | | | |
| Meningococcal ⓘ (MenACWY-D ≥9 mos, MenACWY-CRM ≥2 mos, MenACWY-TT ≥2years) | | | | | See notes | | | |
| Meningococcal B ⓘ (MenB) | | | | | | | | |
| Pneumococcal polysaccharide ⓘ (PPSV23) | | | | | | | | |

## 18 Months to 18 Years

| Vaccines | 18 mos | 19-23 mos | 2-3 yrs | 4-6 yrs | 7-10 yrs | 11-12 yrs | 13-15 yrs | 16 yrs | 17-18 yrs |
|---|---|---|---|---|---|---|---|---|---|
| Hepatitis B ⓘ (HepB) | ←3rd dose→ | | | | | | | | |
| Rotavirus ⓘ (RV) RV1 (2-dose series); RV5 (3-dose series) | | | | | | | | | |
| Diphtheria, tetanus, & acellular pertussis ⓘ (DTaP: <7 yrs) | ←4th dose→ | | | 5th dose | | | | | |
| Haemophilus influenzae type b ⓘ (Hib) | | | | | | | | | |

**Exhibit 15**

| Vaccines | 18 mos | 19-23 mos | 2-3 yrs | 4-6 yrs | 7-10 yrs | 11-12 yrs | 13-15 yrs | 16 yrs | 17-18 yrs |
|---|---|---|---|---|---|---|---|---|---|
| **Pneumococcal conjugate** (PCV13) | | | | | | | | | |
| **Inactivated poliovirus** (IPV: <18 yrs) | ←3rd dose→ | | | 4th dose | | | | | |
| **Influenza** (IIV) | Annual vaccination 1 or 2 doses | | | | Annual vaccination 1 dose only | | | | |
| **or** **Influenza** (LAIV4) | | | Annual vaccination 1 or 2 doses **or** | | Annual vaccination 1 dose only | | | | |
| **Measles, mumps, rubella** (MMR) | | | 2nd dose | | | | | | |
| **Varicella** (VAR) | | | 2nd dose | | | | | | |
| **Hepatitis A** (HepA) | ← 2-dose series, See notes→ | | | | | | | | |
| **Tetanus, diphtheria, & acellular pertussis** (Tdap: ≥7 yrs) | | | | | | <mark>Tdap</mark> | | | |
| **Human papillomavirus** (HPV) | | | | | * | See notes | | | |
| **Meningococcal** (MenACWY-D ≥9 mos, MenACWY-CRM ≥2 mos, MenACWY-TT ≥2years) | See notes | | | | | 1st dose | | 2nd dose | |
| **Meningococcal B** (MenB) | | | | | | See notes | | | |
| **Pneumococcal polysaccharide** (PPSV23) | | | See notes | | | | | | |

Administer recommended vaccines if immunization history is incomplete or unknown. Do not restart or add doses to vaccine series for extended intervals between doses. When a vaccine is not administered at the recommended age, administer at a subsequent visit. The use of trade names is for identification purposes only and does not imply endorsement by the ACIP or CDC.

# Notes

## Recommended Child and Adolescent Immunization Schedule for ages 18 years or younger, United States, 2021

For vaccination recommendations for persons ages 19 years or older, see the Recommended Adult Immunization Schedule, 2021

**Exhibit 15**

## Additional information

### COVID-19 Vaccination

ACIP recommends use of COVID-19 vaccines for everyone ages 12 and older within the scope of the Emergency Use Authorization for the particular vaccine. COVID-19 vaccine and other vaccines may be administered on the same day. See the COVID-19 Vaccine Product Information page for additional information about COVID-19 vaccines authorized for use in the United States.

- Consult relevant ACIP statements for detailed recommendations.
- For information on contraindications and precautions for the use of a vaccine, consult the *General Best Practice Guidelines for Immunization* and relevant ACIP statements.
- For calculating intervals between doses, 4 weeks = 28 days. Intervals of ≥4 months are determined by calendar months.
- Within a number range (e.g., 12–18), a dash (–) should be read as "through."
- Vaccine doses administered ≤4 days before the minimum age or interval are considered valid. Doses of any vaccine administered ≥5 days earlier than the minimum age or minimum interval should not be counted as valid and should be repeated as age-appropriate. **The repeat dose should be spaced after the invalid dose by the recommended minimum interval.** For further details, see Table 3-1, Recommended and minimum ages and intervals between vaccine doses, in *General Best Practice Guidelines for Immunization*.
- Information on travel vaccination requirements and recommendations is available at https://www.cdc.gov/travel/.
- For vaccination of persons with immunodeficiencies, see Table 8-1, Vaccination of persons with primary and secondary immunodeficiencies, in *General Best Practice Guidelines for Immunization*, and Immunization in Special Clinical Circumstances (In: Kimberlin DW, Brady MT, Jackson MA, Long SS, eds. *Red Book: 2018 report of the Committee on Infectious Diseases*. 31st ed. Itasca, IL: American Academy of Pediatrics, 2018:67–111).
- For information about vaccination in the setting of a vaccine-preventable disease outbreak, contact your state or local health department.
- The National Vaccine Injury Compensation Program (VICP) is a no-fault alternative to the traditional legal system for resolving vaccine injury claims. All routine child and adolescent vaccines are covered by VICP except for pneumococcal polysaccharide vaccine (PPSV23). For more information, see www.hrsa.gov/vaccinecompensation/index.html ⧉ .

## Diphtheria, tetanus, and pertussis (DTaP) vaccination (minimum age: 6 weeks [4 years for Kinrix or Quadracel])

### Routine vaccination

- 5-dose series at 2, 4, 6, 15–18 months, 4–6 years
    - **Prospectively:** Dose 4 may be administered as early as age 12 months if at least 6 months have elapsed since dose 3.
    - **Retrospectively:** A 4th dose that was inadvertently administered as early as age 12 months may be counted if at least 4 months have elapsed since dose 3.

### Catch-up vaccination

- Dose 5 is not necessary if dose 4 was administered at age 4 years or older **and** at least 6 months after dose 3.
- For other catch-up guidance, see Table 2.

### Special situations

- **Wound management** in children less than age 7 years with history of 3 or more doses of tetanus-toxoid-containing vaccine: For all wounds except clean and minor wounds, administer DTaP if more than 5 years since last dose of tetanus-toxoid-containing vaccine. For detailed information, see www.cdc.gov/mmwr/volumes/67/rr/rr6702a1.htm.

**Exhibit 15**

## *Haemophilus influenzae* type b vaccination
## (minimum age: 6 weeks)

### Routine vaccination

- **ActHIB, Hiberix, or Pentacel:** 4-dose series at 2, 4, 6, 12–15 months
- **PedvaxHIB:** 3-dose series at 2, 4, 12–15 months

### Catch-up vaccination

- **Dose 1 at age 7–11 months:** Administer dose 2 at least 4 weeks later and dose 3 (final dose) at age 12–15 months or 8 weeks after dose 2 (whichever is later).
- **Dose 1 at age 12–14 months:** Administer dose 2 (final dose) at least 8 weeks after dose 1.
- **Dose 1 before age 12 months and dose 2 before age 15 months:** Administer dose 3 (final dose) 8 weeks after dose 2.
- **2 doses of PedvaxHIB before age 12 months:** Administer dose 3 (final dose) at age 12–59 months and at least 8 weeks after dose 2.
- **1 dose administered at age 15 months or older:** No further doses needed
- **Unvaccinated at age 15–59 months:** Administer 1 dose.
- **Previously unvaccinated children age 60 months or older who are not considered high risk:** Do not require catch-up vaccination
- For other catch-up guidance, see Table 2.

### Special situations

- **Chemotherapy or radiation treatment:**
  **12–59 months**
  - Unvaccinated or only 1 dose before age 12 months: 2 doses, 8 weeks apart
  - 2 or more doses before age 12 months: 1 dose at least 8 weeks after previous dose

  *Doses administered within 14 days of starting therapy or during therapy should be repeated at least 3 months after therapy completion.*
- **Hematopoietic stem cell transplant (HSCT):**
  - 3-dose series 4 weeks apart starting 6 to 12 months after successful transplant regardless of Hib vaccination history
- **Anatomic or functional asplenia (including sickle cell disease):**
  **12–59 months**
  - Unvaccinated or only 1 dose before age 12 months: 2 doses, 8 weeks apart
  - 2 or more doses before age 12 months: 1 dose at least 8 weeks after previous dose

  *Unvaccinated\* persons age 5 years or older*
  - 1 dose
- **Elective splenectomy:**
  *Unvaccinated\* persons age 15 months or older*
  - 1 dose (preferably at least 14 days before procedure)
- **HIV infection:**
  **12–59 months**
  - Unvaccinated or only 1 dose before age 12 months: 2 doses, 8 weeks apart
  - 2 or more doses before age 12 months: 1 dose at least 8 weeks after previous dose

  *Unvaccinated\* persons age 5–18 years*
  - 1 dose
- **Immunoglobulin deficiency, early component complement deficiency:**
  **12–59 months**
  - Unvaccinated or only 1 dose before age 12 months: 2 doses, 8 weeks apart
  - 2 or more doses before age 12 months: 1 dose at least 8 weeks after previous dose

*\*Unvaccinated = Less than routine series (through age 14 months) OR no doses (age 15 months or older)

**Exhibit 15**

"Unvaccinated = Less than routine series (through age 14 months) OR no doses (age 15 months or older)"

# Hepatitis A vaccination
# (minimum age: 12 months for routine vaccination)

## Routine vaccination

- 2-dose series (minimum interval: 6 months) beginning at age
  12 months

## Catch-up vaccination

- Unvaccinated persons through age 18 years should complete a 2-dose series (minimum interval: 6 months).

- Persons who previously received 1 dose at age 12 months or older should receive dose 2 at least 6 months after dose 1.

- Adolescents age 18 years or older may receive the combined HepA and HepB vaccine, **Twinrix®**, as a 3-dose series (0, 1, and 6 months) or 4-dose series (3 doses at 0, 7, and 21–30 days, followed by a booster dose at 12 months).

## International travel

- Persons traveling to or working in countries with high or intermediate endemic hepatitis A (http://www.cdc.gov/travel/)
  - **Infants age 6–11 months**: 1 dose before departure; revaccinate with 2 doses, separated by at least 6 months, between age 12–23 months.
  - **Unvaccinated age 12 months or older**: Administer dose 1 as soon as travel is considered.

# Hepatitis B vaccination (minimum age: birth)

## Birth dose (monovalent HepB vaccine only)

- **Mother is HBsAg-negative:** 1 dose within 24 hours of birth for **all** medically stable infants ≥2,000 grams. Infants <2,000 grams: Administer 1 dose at chronological age 1 month or hospital discharge (whichever is earlier and even if weight is still <2,000 grams).

- **Mother is HBsAg-positive:**
  - Administer **HepB vaccine** and **hepatitis B immune globulin (HBIG)** (in separate limbs) within 12 hours of birth, regardless of birth weight. For infants <2,000 grams, administer 3 additional doses of vaccine (total of 4 doses) beginning at age 1 month.
  - Test for HBsAg and anti-HBs at age 9–12 months. If HepB series is delayed, test 1–2 months after final dose.
- **Mother's HBsAg status is unknown:**
  - Administer **HepB vaccine** within 12 hours of birth, regardless of birth weight.
  - For infants <2,000 grams, administer **HBIG** in addition to HepB vaccine (in separate limbs) within 12 hours of birth. Administer 3 additional doses of vaccine (total of 4 doses) beginning at age 1 month.
  - Determine mother's HBsAg status as soon as possible. If mother is HBsAg-positive, administer **HBIG** to infants ≥2,000 grams as soon as possible, but no later than 7 days of age.

## Routine series

- 3-dose series at 0, 1–2, 6–18 months (use monovalent HepB vaccine for doses administered before age 6 weeks)
- Infants who did not receive a birth dose should begin the series as soon as feasible (see Table 2).
- Administration of **4 doses** is permitted when a combination vaccine containing HepB is used after the birth dose.
- **Minimum age** for the final (3rd or 4th ) dose: 24 weeks
- **Minimum intervals:** dose 1 to dose 2: 4 weeks / dose 2 to dose 3: 8 weeks / dose 1 to dose 3: 16 weeks (when 4 doses are administered, substitute "dose 4" for "dose 3" in these calculations)

## Catch-up vaccination

- Unvaccinated persons should complete a 3-dose series at 0, 1–2, 6 months.

**Exhibit 15**

- Adolescents age 11–15 years may use an alternative 2-dose schedule with at least 4 months between doses (adult formulation **Recombivax HB** only).

- Adolescents age 18 years or older may receive a 2-dose series of HepB (**Heplisav-B®**) at least 4 weeks apart.

- Adolescents age 18 years or older may receive the combined HepA and HepB vaccine, **Twinrix**, as a 3-dose series (0, 1, and 6 months) or 4-dose series (3 doses at 0, 7, and 21–30 days, followed by a booster dose at 12 months).

- For other catch-up guidance, see Table 2.

## Special situations

- Revaccination is not generally recommended for persons with a normal immune status who were vaccinated as infants, children, adolescents, or adults.

- **Revaccination** may be recommended for certain populations, including:
  - Infants born to HBsAg-positive mothers
  - Hemodialysis patients
  - Other immunocompromised persons

- For detailed revaccination recommendations, see http://www.cdc.gov/vaccines/hcp/acip-recs/vacc-specific/hepb.html.

# Human papillomavirus vaccination (minimum age: 9 years)

## Routine and catch-up vaccination

- HPV vaccination routinely recommended at **age 11–12 years (can start at age 9 years)** and catch-up HPV vaccination recommended for all persons through age 18 years if not adequately vaccinated

- 2- or 3-dose series depending on age at initial vaccination:
  - **Age 9 –14 years at initial vaccination:** 2-dose series at 0, 6–12 months (minimum interval: 5 months; repeat dose if administered too soon)
  - **Age 15 years or older at initial vaccination:** 3-dose series at 0, 1–2 months, 6 months (minimum intervals: dose 1 to dose 2: 4 weeks / dose 2 to dose 3: 12 weeks / dose 1 to dose 3: 5 months; repeat dose if administered too soon)

- **Interrupted schedules:** If vaccination schedule is interrupted, the series does not need to be restarted.

- No additional dose recommended after completing series with recommended dosing intervals using any HPV vaccine.

## Special situations

- **Immunocompromising conditions, including HIV infection:** 3-dose series as above

- **History of sexual abuse or assault:** Start at age 9 years.

- **Pregnancy:** HPV vaccination not recommended until after pregnancy; no intervention needed if vaccinated while pregnant; pregnancy testing not needed before vaccination

# Influenza vaccination (minimum age: 6 months [IIV], 2 years [LAIV4], 18 years [recombinant influenza vaccine, RIV4])

## Routine vaccination

- Use any influenza vaccine appropriate for age and health status annually:
  - 2 doses, separated by at least 4 weeks, for **children age 6 months–8 years** who have received fewer than 2 influenza vaccine doses before July 1, 2020, or whose influenza vaccination history is unknown (administer dose 2 even if the child turns 9 between receipt of dose 1 and dose 2)
  - 1 dose for **children age 6 months–8 years** who have received at least 2 influenza vaccine doses before July 1, 2020
  - 1 dose for **all persons age 9 years or older**

- For the 2021–22 season, see the 2021–22 ACIP influenza vaccine recommendations.

## Special situations

**Exhibit 15**

- **Egg allergy, hives only:** Any influenza vaccine appropriate for age and health status annually
- **Egg allergy with symptoms other than hives** (e.g., angioedema, respiratory distress, need for emergency medical services or epinephrine): Any influenza vaccine appropriate for age and health status annually. If using an influenza vaccine other than Flublok or Flucelvax, administer in medical setting under supervision of health care provider who can recognize and manage severe allergic reactions.
- Severe allergic reactions to vaccines can occur even in the absence of a history of previous allergic reaction. All vaccination providers should be familiar with the office emergency plan and certified in cardiopulmonary resuscitation.
- A previous severe allergic reaction to influenza vaccine is a contraindication to future receipt of any influenza vaccine.
- **LAIV4 should not be used** in persons with the following conditions or situations:
  - History of severe allergic reaction to a previous dose of any influenza vaccine or to any vaccine component (excluding egg, see details above)
  - Receiving aspirin or salicylate-containing medications
  - Age 2–4 years with history of asthma or wheezing
  - Immunocompromised due to any cause (including medications and HIV infection)
  - Anatomic or functional asplenia
  - Close contacts or caregivers of severely immunosuppressed persons who require a protected environment
  - Pregnancy
  - Cochlear implant
  - Cerebrospinal fluid-oropharyngeal communication
  - Children less than age 2 years
  - Received influenza antiviral medications oseltamivir or zanamivir within the previous 48 hours, peramivir within the previous 5 days, or baloxavir within the previous 17 days

# Measles, mumps, and rubella vaccination (minimum age: 12 months for routine vaccination)

## Routine vaccination

- 2-dose series at 12–15 months, 4–6 years
- Dose 2 may be administered as early as 4 weeks after dose 1.

## Catch-up vaccination

- Unvaccinated children and adolescents: 2-dose series at least 4 weeks apart
- The maximum age for use of MMRV is 12 years.

## Special situations

### International travel

- **Infants age 6–11 months:** 1 dose before departure; revaccinate with 2-dose series at age 12–15 months (12 months for children in high-risk areas) and dose 2 as early as 4 weeks later.
- **Unvaccinated children age 12 months or older:** 2-dose series at least 4 weeks apart before departure

# Meningococcal serogroup A, C, W, Y vaccination (minimum age: 2 months [MenACWY-CRM, Menveo], 9 months [MenACWY-D, Menactra], 2 years [MenACWY-TT, MenQuadfi])

## Routine vaccination

- 2-dose series at 11–12 years, 16 years

**Exhibit 15**

## Catch-up vaccination

- Age 13–15 years: 1 dose now and booster at age 16–18 years (minimum interval: 8 weeks)
- Age 16–18 years: 1 dose

## Special situations

Anatomic or functional asplenia (including sickle cell disease), HIV infection, persistent complement component deficiency, complement inhibitor (e.g., eculizumab, ravulizumab) use:

- **Menveo**
  - Dose 1 at age 8 weeks: 4-dose series at 2, 4, 6, 12 months
  - Dose 1 at age 3–6 months: 3- or 4- dose series (dose 2 [and dose 3 if applicable] at least 8 weeks after previous dose until a dose is received at age 7 months or older, followed by an additional dose at least 12 weeks later and after age 12 months)
  - Dose 1 at age 7–23 months: 2-dose series (dose 2 at least 12 weeks after dose 1 and after age 12 months)
  - Dose 1 at age 24 months or older: 2-dose series at least 8 weeks apart
- **Menactra**
  - **Persistent complement component deficiency or complement inhibitor use:**
    - Age 9–23 months: 2-dose series at least 12 weeks apart
    - Age 24 months or older: 2-dose series at least 8 weeks apart
  - **Anatomic or functional asplenia, sickle cell disease, or HIV infection:**
    - Age 9–23 months: Not recommended
    - Age 24 months or older: 2-dose series at least 8 weeks apart
    - **Menactra** must be administered at least 4 weeks after completion of PCV13 series.
- **MenQuadfi**
  - Dose 1 at age 24 months or older: 2-dose series at least 8 weeks apart

Travel in countries with hyperendemic or epidemic meningococcal disease, including countries in the African meningitis belt or during the Hajj
(http://www.cdc.gov/travel/):

- Children age less than 24 months:
  - **Menveo (age 2–23 months)**
    - Dose 1 at age 8 weeks: 4-dose series at 2, 4, 6, 12 months
    - Dose 1 at age 3–6 months: 3- or 4- dose series (dose 2 [and dose 3 if applicable] at least 8 weeks after previous dose until a dose is received at age 7 months or older, followed by an additional dose at least 12 weeks later and after age 12 months)
    - Dose 1 at age 7–23 months: 2-dose series (dose 2 at least 12 weeks after dose 1 and after age 12 months)
  - **Menactra (age 9–23 months)**
    - 2-dose series (dose 2 at least 12 weeks after dose 1; dose 2 may be administered as early as 8 weeks after dose 1 in travelers)
- Children age 2 years or older: 1 dose **Menveo**, **Menactra**, or **MenQuadfi**

First-year college students who live in residential housing (if not previously vaccinated at age 16 years or older) or military recruits:

- 1 dose **Menveo**, **Menactra**, or **MenQuadfi**

Adolescent vaccination of children who received MenACWY prior to age 10 years:

- **Children for whom boosters are recommended** because of an ongoing increased risk of meningococcal disease (e.g., those with complement deficiency, HIV, or asplenia): Follow the booster schedule for persons at increased risk.
- **Children for whom boosters are not recommended** (e.g., a healthy child who received a single dose for travel to a country where meningococcal disease is endemic): Administer MenACWY according to the recommended adolescent

**Exhibit 15**

schedule with dose 1 at age 11–12 years and dose 2 at age 16 years.

**Note: Menactra** should be administered either before or at the same time as DTaP. For MenACWY **booster dose recommendations** for groups listed under "Special situations" and in an outbreak setting and  additional meningococcal vaccination information, see https://www.cdc.gov/mmwr/volumes/69/rr/rr6909a1.htm.

# Meningococcal serogroup B vaccination (minimum age: 10 years [MenB-4C, Bexsero; MenB-FHbp, Trumenba])

## Shared Clinical Decision-Making

- **Adolescents not at increased risk** age 16–23 years (preferred age 16–18 years) based on shared clinical decision-making:
  - **Bexsero:** 2-dose series at least 1 month apart
  - **Trumenba:** 2-dose series at least 6 months apart; if dose 2 is administered earlier than 6 months, administer a 3rd dose at least 4 months after dose 2.

## Special situations

Anatomic or functional asplenia (including sickle cell disease), persistent complement component deficiency, complement inhibitor (e.g., eculizumab, ravulizumab) use:

- **Bexsero:** 2-dose series at least 1 month apart
- **Trumenba:** 3-dose series at 0, 1–2, 6 months

**Bexsero** and **Trumenba** are not interchangeable; the same product should be used for all doses in a series. For MenB **booster dose recommendations** for groups listed under "Special situations" and in an outbreak setting and additional meningococcal vaccination information, see https://www.cdc.gov/mmwr/volumes/69/rr/rr6909a1.htm.

# Pneumococcal vaccination (minimum age: 6 weeks [PCV13], 2 years [PPSV23])

## Routine vaccination with PCV13

- 4-dose series at 2, 4, 6, 12–15 months

## Catch-up vaccination with PCV13

- 1 dose for healthy children age 24–59 months with any incomplete* PCV13 series
- For other catch-up guidance, see Table 2.

## Special situations

Underlying conditions below: When both PCV13 and PPSV23 are indicated, administer PCV13 first. PCV13 and PPSV23 should not be administered during same visit. Chronic heart disease (particularly cyanotic congenital heart disease and cardiac failure); chronic lung disease (including asthma treated with high-dose, oral corticosteroids); diabetes mellitus:

**Age 2–5 years**
- Any incomplete* series with:
  - 3 PCV13 doses: 1 dose PCV13 (at least 8 weeks after any prior PCV13 dose)
  - Less than 3 PCV13 doses: 2 doses PCV13 (8 weeks after the most recent dose and administered 8 weeks apart)
- No history of PPSV23: 1 dose PPSV23 (at least 8 weeks after completing all recommended PCV13 doses)

**Age 6–18 years**
- No history of PPSV23: 1 dose PPSV23 (at least 8 weeks after completing all recommended PCV13 doses)

**Exhibit 15**

**Cerebrospinal fluid leak, cochlear implant:**

**Age 2–5 years**
- Any incomplete* series with:
  - 3 PCV13 doses: 1 dose PCV13 (at least 8 weeks after any prior PCV13 dose)
  - Less than 3 PCV13 doses: 2 doses PCV13 (8 weeks after the most recent dose and administered 8 weeks apart)
- No history of PPSV23: 1 dose PPSV23 (at least 8 weeks after any prior PCV13 dose)

**Age 6–18 years**
- No history of either PCV13 or PPSV23: 1 dose PCV13, 1 dose PPSV23 at least 8 weeks later
- Any PCV13 but no PPSV23: 1 dose PPSV23 at least 8 weeks after the most recent dose of PCV13
- PPSV23 but no PCV13: 1 dose PCV13 at least 8 weeks after the most recent dose of PPSV23

**Sickle cell disease and other hemoglobinopathies; anatomic or functional asplenia; congenital or acquired immunodeficiency; HIV infection; chronic renal failure; nephrotic syndrome; malignant neoplasms, leukemias, lymphomas, Hodgkin disease, and other diseases associated with treatment with immunosuppressive drugs or radiation therapy; solid organ transplantation; multiple myeloma:**

**Age 2–5 years**
- Any incomplete* series with:
  - 3 PCV13 doses: 1 dose PCV13 (at least 8 weeks after any prior PCV13 dose)
  - Less than 3 PCV13 doses: 2 doses PCV13 (8 weeks after the most recent dose and administered 8 weeks apart)
- No history of PPSV23: 1 dose PPSV23 (at least 8 weeks after any prior PCV13 dose) and a 2nd dose of PPSV23 5 years later

**Age 6–18 years**
- No history of either PCV13 or PPSV23: 1 dose PCV13, 2 doses PPSV23 (dose 1 of PPSV23 administered 8 weeks after PCV13 and dose 2 of PPSV23 administered at least 5 years after dose 1 of PPSV23)
- Any PCV13 but no PPSV23: 2 doses PPSV23 (dose 1 of PPSV23 administered 8 weeks after the most recent dose of PCV13 and dose 2 of PPSV23 administered at least 5 years after dose 1 of PPSV23)
- PPSV23 but no PCV13: 1 dose PCV13 at least 8 weeks after the most recent PPSV23 dose and a 2nd dose of PPSV23 administered 5 years after dose 1 of PPSV23 and at least 8 weeks after a dose of PCV13

**Chronic liver disease, alcoholism:**

**Age 6–18 years**
- No history of PPSV23: 1 dose PPSV23 (at least 8 weeks after any prior PCV13 dose)

*Incomplete series = Not having received all doses in either the recommended series or an age-appropriate catch-up series. See Tables 8, 9, and 11 in the in the ACIP pneumococcal vaccine recommendations (https://www.cdc.gov/mmwr/pdf/rr/rr5911.pdf 📄 ) for complete schedule details.

# Poliovirus vaccination (minimum age: 6 weeks)

## Routine vaccination

- 4-dose series at ages 2, 4, 6–18 months, 4–6 years; administer the final dose on or after age 4 years and at least 6 months after the previous dose.
- 4 or more doses of IPV can be administered before age 4 years when a combination vaccine containing IPV is used. However, a dose is still recommended on or after age 4 years and at least 6 months after the previous dose.

## Catch-up vaccination

- In the first 6 months of life, use minimum ages and intervals only for travel to a polio-endemic region or during an outbreak.

**Exhibit 15**

- IPV is not routinely recommended for U.S. residents age 18 years or older.

**Series containing oral polio vaccine (OPV)**, either mixed OPV-IPV or OPV-only series:

- Total number of doses needed to complete the series is the same as that recommended for the U.S. IPV schedule. See https://www.cdc.gov/mmwr/volumes/66/wr/mm6601a6.htm.
- Only trivalent OPV (tOPV) counts toward the U.S. vaccination requirements.
  - Doses of OPV administered before April 1, 2016, should be counted (unless specifically noted as administered during a campaign).
  - Doses of OPV administered on or after April 1, 2016, should not be counted. For guidance to assess doses documented as "OPV," see http://www.cdc.gov/mmwr/volumes/66/wr/mm6606a7.htm.
- For other catch-up guidance, see Table 2.

## Rotavirus vaccination (minimum age: 6 weeks)

### Routine vaccination

- **Rotarix:** 2-dose series at 2 and 4 months
- **RotaTeq:** 3-dose series at 2, 4, and 6 months
- If any dose in the series is either **RotaTeq** or unknown, default to 3-dose series.

### Catch-up vaccination

- Do not start the series on or after age 15 weeks, 0 days.
- The maximum age for the final dose is 8 months, 0 days.
- For other catch-up guidance, see Table 2.

## Tetanus, diphtheria, and pertussis (Tdap) vaccination (minimum age: 11 years for routine vaccination, 7 years for catch-up vaccination)

### Routine vaccination

- **Adolescents age 11–12 years:** 1 dose Tdap
- **Pregnancy:** 1 dose Tdap during each pregnancy, preferably during the early part of gestational weeks 27–36
- Tdap may be administered regardless of the interval since the last tetanus- and diphtheria-toxoid-containing vaccine.

### Catch-up vaccination

- **Adolescents age 13–18 years who have not received Tdap:** 1 dose Tdap, then Td or Tdap booster every 10 years
- **Persons age 7–18 years not fully vaccinated* with DTaP:** 1 dose Tdap as part of the catch-up series (preferably the first dose); if additional doses are needed, use Td or Tdap.
- **Tdap administered at age 7–10 years**
  - **Children age 7–9 years** who receive Tdap should receive the routine Tdap dose at age 11–12 years.
  - **Children age 10 years** who receive Tdap do not need  the routine Tdap dose at age 11–12 years.
- **DTaP inadvertently administered  on or after age 7 years:**
  - **Children age 7–9 years**: DTaP may count as part of catch-up series. Administer routine Tdap dose at age 11–12 years.
  - **Children age 10–18 years:** Count dose of DTaP as the adolescent Tdap booster.
- For other catch-up guidance, see Table 2.

**Special situations**

**Exhibit 15**

- **Wound management** in persons age 7 years or older with history of 3 or more doses of tetanus-toxoid-containing vaccine: For clean and minor wounds, administer Tdap or Td if more than 10 years since last dose of tetanus-toxoid-containing vaccine; for all other wounds, administer Tdap or Td if more than 5 years since last dose of tetanus-toxoid-containing vaccine. Tdap is preferred for persons age 11 years or older who have not previously received Tdap or whose Tdap history is unknown. If a tetanus-toxoid-containing vaccine is indicated for a pregnant adolescent, use Tdap. For detailed information, see https://www.cdc.gov/mmwr/volumes/69/wr/mm6903a5.htm.

*Fully vaccinated = 5 valid doses of DTaP OR 4 valid doses of DTaP if dose 4 was administered at age 4 years or older.

## Varicella vaccination (minimum age: 12 months)

### Routine vaccination

- 2-dose series at 12–15 months, 4–6 years
- Dose 2 may be administered as early as 3 months after dose 1 (a dose administered after a 4-week interval may be counted).

### Catch–up vaccination

- Ensure persons age 7–18 years without evidence of immunity (see *MMWR* at http://www.cdc.gov/mmwr/pdf/rr/rr5604.pdf 📄 ) have a 2-dose series:
  - **Age 7–12 years:** routine interval: 3 months (a dose administered after a 4-week interval may be counted)
  - **Age 13 years or older:** routine interval: 4–8 weeks (minimum interval: 4 weeks)
  - The maximum age for use of MMRV is 12 years.

## Vaccines in the Child and Adolescent Immunization Schedule

| Vaccines | Abbreviations | Trade Names |
|---|---|---|
| **Diphtheria, tetanus, and acellular pertussis vaccine** | DTaP | Daptacel®<br>Infanrix® |
| **Diphtheria, tetanus vaccine** | DT | No Trade Name |
| *Haemophilus influenzae* type B vaccine | Hib (PRP-T)<br>Hib (PRP-OMP) | ActHIB®<br>Hiberix®<br>PedvaxHIB® |
| **Hepatitis A vaccine** | HepA | Havrix®<br>Vaqta® |
| **Hepatitis B vaccine** | HepB | Engerix-B®<br>Recombivax HB® |
| **Human papillomavirus vaccine** | HPV | Gardasil 9® |
| **Influenza vaccine (inactivated)** | IIV | Multiple |
| **Influenza vaccine (live, attenuated)** | LAIV4 | FluMist® Quadrivalent |
| **Measles, mumps, and rubella vaccine** | MMR | M-M-R® II |

**Exhibit 15**

| Vaccines | Abbreviations | Trade Names |
|---|---|---|
| Meningococcal serogroups A, C, W, Y vaccine | MenACWY-D<br>MenACWY-CRM<br>MenACWY-TT | Menactra®<br>Menveo®<br>MenQuadfi® |
| Meningococcal serogroup B vaccine | MenB-4C<br>MenB-FHbp | Bexsero®<br>Trumenba® |
| Pneumococcal 13-valent conjugate vaccine | PCV13 | Prevnar 13® |
| Pneumococcal 23-valent polysaccharide vaccine | PPSV23 | Pneumovax® 23 |
| Poliovirus vaccine (inactivated) | IPV | IPOL® |
| Rotavirus vaccine | RV1<br>RV5 | Rotarix®<br>RotaTeq® |
| Tetanus, diphtheria, and acellular pertussis vaccine | Tdap | Adacel®<br>Boostrix® |
| Tetanus and diphtheria vaccine | Td | Tenivac®<br>TDvax™ |
| Varicella vaccine | VAR | Varivax® |

## Combination Vaccines

(Use combination vaccines instead of separate injections when appropriate)

| Vaccines | Abbreviations | Trade Names |
|---|---|---|
| DTaP, hepatitis B, and inactivated poliovirus vaccine | DTaP-HepB-IPV | Pediarix® |
| DTaP, inactivated poliovirus, and *Haemophilus influenzae* type B vaccine | DTaP-IPV/Hib | Pentacel® |
| DTaP and inactivated poliovirus vaccine | DTaP-IPV | Kinrix®<br>Quadracel® |
| DTaP, inactivated poliovirus, *Haemophilus influenzae* type b, and hepatitis B vaccine | DTaP-IPV-Hib-HepB | Vaxelis® |
| Measles, mumps, rubella, and varicella vaccines | MMRV | ProQuad® |

This schedule is recommended by the Advisory Committee on Immunization Practices (ACIP) and approved by the Centers for Disease Control and Prevention (CDC), American Academy of Pediatrics (AAP ☐ ), American Academy of Family Physicians (AAFP ☐ )), American College of Obstetricians and Gynecologists (ACOG ☐ ), American College of Nurse-Midwives (ACNM ☐ ), American Academy of Physician Assistants (AAPA ☐ ), and National Association of Pediatric Nurse Practitioners (NAPNAP ☐ ).

The comprehensive summary of the ACIP recommended changes made to the child and adolescent immunization schedule can be found in the February 12, 2021 *MMWR*.

---

**Report**

- Suspected cases of reportable vaccine-preventable diseases or outbreaks to your state or local health department

**Exhibit 15**

- Clinically significant adverse events to the Vaccine Adverse Event Reporting System (VAERS) at www.vaers.hhs.gov ⧉ or (800-822-7967)

Helpful information

- Complete ACIP recommendations
- *General Best Practice Guidelines for Immunization*
- Outbreak information (including case identification and outbreak response), see Manual for the Surveillance of Vaccine-Preventable Diseases
- ACIP Shared Clinical Decision-Making Recommendations

Page last reviewed: February 12, 2021

**Exhibit 15**

# EXHIBIT 16



# Data & Statistics

The United States has the safest, most effective vaccine supply in history. In the majority of cases, vaccines cause no side effects, however they can occur, as with any medication—but most are mild. Very rarely, people experience more serious side effects, like allergic reactions.
In those instances, the National Vaccine Injury Compensation Program (VICP) allows individuals to file a petition for compensation.

**What does it mean to be awarded compensation?**

Being awarded compensation for a petition does not necessarily mean that the vaccine caused the alleged injury. In fact:

- Approximately 60 percent of all compensation awarded by the VICP comes as result of a negotiated settlement between the parties in which HHS has not concluded, based upon review of the evidence, that the alleged vaccine(s) caused the alleged injury.
- Attorneys are eligible for reasonable attorneys' fees, whether or not the petitioner is awarded compensation by the Court, if certain minimal requirements are met. In those circumstances, attorneys are paid by the VICP directly. By statute, attorneys may not charge any other fee, including a contingency fee, for his or her services in representing a petitioner in the VICP.

**What reasons might a petition result in a negotiated settlement?**

- Consideration of prior U.S. Court of Federal Claims decisions, both parties decide to minimize risk of loss through settlement
- A desire to minimize the time and expense of litigating a case
- The desire to resolve a petition quickly

**How many petitions have been awarded compensation?**

According to the CDC, from 2006 to 2019 over 4 billion doses of covered vaccines were distributed in the U.S. For petitions filed in this time period, 8,551 petitions were adjudicated by the Court, and of those 6,086 were compensated. This means for every 1 million doses of vaccine that were distributed, approximately 1 individual was compensated.

Since 1988, over 24,538 petitions have been filed with the VICP. Over that 30-year time period, 20,400 petitions have been adjudicated, with 8,439 of those determined to be compensable, while 11,961 were dismissed. Total compensation paid over the life of the program is approximately $4.6 billion.

This information reflects the current thinking of the United States Department of Health and Human Services on the topics addressed. This information is not legal advice and does not create or confer any rights for or on any person and does not operate to bind the Department or the public. The ultimate decision about the scope of the statutes authorizing the VICP is within the authority of the United States Court of Federal Claims, which is responsible for resolving petitions for compensation under the VICP.

**Exhibit 16**

National Vaccine Injury Compensation Program
Monthly Statistics Report

# VICP Adjudication Categories, by Alleged Vaccine for Petitions Filed Since the Inclusion of Influenza as an Eligible Vaccine for Filings 01/01/2006 through 12/31/2019

| Name of Vaccine Listed First in a Petition (other vaccines may be alleged or basis for compensation) | Number of Doses Distributed in the U.S., 01/01/2006 through 12/31/2019 (Source: CDC) | Compensable Concession | Compensable Court Decision | Compensable Settlement | Compensable Total | Dismissed/Non-Compensable Total | Grand Total |
|---|---|---|---|---|---|---|---|
| DT | 794,777 | 1 | 0 | 5 | 6 | 4 | 10 |
| DTaP | 109,991,074 | 24 | 24 | 116 | 164 | 129 | 293 |
| DTaP-Hep B-IPV | 79,798,141 | 6 | 7 | 30 | 43 | 64 | 107 |
| DTaP-HIB | 1,135,474 | 0 | 1 | 2 | 3 | 2 | 5 |
| DTaP-IPV | 31,439,498 | 0 | 0 | 5 | 5 | 4 | 9 |
| DTap-IPV-HIB | 74,403,716 | 4 | 4 | 9 | 17 | 39 | 56 |
| DTP | 0 | 1 | 1 | 3 | 5 | 3 | 8 |
| DTP-HIB | 0 | 1 | 0 | 2 | 3 | 1 | 4 |
| Hep A-Hep B | 17,946,038 | 3 | 1 | 18 | 22 | 8 | 30 |
| Hep B-HIB | 4,787,457 | 1 | 1 | 2 | 4 | 1 | 5 |
| Hepatitis A (Hep A) | 203,339,060 | 8 | 6 | 47 | 61 | 36 | 97 |
| Hepatitis B (Hep B) | 216,772,259 | 12 | 12 | 73 | 97 | 94 | 191 |
| HIB | 137,675,315 | 2 | 1 | 11 | 14 | 10 | 24 |
| HPV | 132,062,306 | 18 | 14 | 115 | 147 | 232 | 379 |
| Influenza | 1,842,400,000 | 1,230 | 226 | 2,917 | 4,373 | 748 | 5,121 |
| IPV | 78,237,532 | 1 | 1 | 4 | 6 | 5 | 11 |
| Measles | 135,660 | 0 | 0 | 1 | 1 | 0 | 1 |
| Meningococcal | 119,054,485 | 8 | 5 | 44 | 57 | 21 | 78 |
| MMR | 116,647,585 | 24 | 16 | 93 | 133 | 134 | 267 |

**Exhibit 16**

National Vaccine Injury Compensation Program
Monthly Statistics Report

| Name of Vaccine Listed First in a Petition (other vaccines may be alleged or basis for compensation) | Number of Doses Distributed in the U.S., 01/01/2006 through 12/31/2019 (Source: CDC) | Compensable Concession | Compensable Court Decision | Compensable Settlement | Compensable Total | Dismissed/Non-Compensable Total | Grand Total |
|---|---|---|---|---|---|---|---|
| MMR-Varicella | 32,226,723 | 12 | 0 | 14 | 26 | 20 | 46 |
| Mumps | 110,749 | 0 | 0 | 0 | 0 | 0 | 0 |
| Nonqualified | 0 | 0 | 0 | 3 | 3 | 44 | 47 |
| OPV | 0 | 1 | 0 | 0 | 1 | 5 | 6 |
| Pneumococcal Conjugate | 269,907,936 | 38 | 3 | 59 | 100 | 61 | 161 |
| Rotavirus | 125,787,826 | 21 | 4 | 23 | 48 | 20 | 68 |
| Rubella | 422,548 | 0 | 1 | 1 | 2 | 0 | 2 |
| Td | 71,408,785 | 14 | 6 | 67 | 87 | 28 | 115 |
| Tdap | 294,534,882 | 151 | 22 | 367 | 540 | 113 | 653 |
| Tetanus | 3,836,052 | 15 | 2 | 47 | 64 | 21 | 85 |
| Unspecified | 0 | 1 | 1 | 4 | 6 | 593 | 599 |
| Varicella | 127,901,171 | 9 | 7 | 32 | 48 | 25 | 73 |
| **Grand Total** | **4,092,757,049** | **1,606** | **366** | **4,114** | **6,086** | **2,465** | **8,551** |

**Notes on the Adjudication Categories Table**

The date range of 01/01/2006 through 12/31/2019 was selected to reflect petitions filed since the inclusion of influenza vaccine in July 2005. Influenza vaccine now is named in the majority of all VICP petitions.

In addition to the first vaccine alleged by a petitioner, which is the vaccine listed in this table, a VICP petition may allege other vaccines, which may form the basis of compensation.

Vaccine doses are self-reported distribution data provided by US-licensed vaccine manufacturers. The data provide an estimate of the annual national distribution and do not represent vaccine administration. In order to maintain confidentiality of an individual manufacturer or brand, the data are presented in an aggregate format by vaccine type. Flu doses are derived from CDC's FluFinder tracking system, which includes data provided to CDC by US-licensed influenza vaccine manufacturers as well as their first-line distributors.

"Unspecified" means insufficient information was submitted to make an initial determination. The conceded "unspecified" petition was for multiple unidentified vaccines that caused abscess formation at the vaccination site(s), and the "unspecified" settlements were for multiple vaccines later identified in the Special Masters' decisions

**Exhibit 16**

National Vaccine Injury Compensation Program
Monthly Statistics Report

**Definitions**

**Compensable** – The injured person who filed a petition was paid money by the VICP. Compensation can be achieved through a concession by the U.S. Department of Health and Human Services (HHS), a decision on the merits of the petition by a special master or a judge of the U.S. Court of Federal Claims (Court), or a settlement between the parties.

- **Concession**: HHS concludes that a petition should be compensated based on a thorough review and analysis of the evidence, including medical records and the scientific and medical literature. The HHS review concludes that the petitioner is entitled to compensation, including a determination either that it is more likely than not that the vaccine caused the injury or the evidence supports fulfillment of the criteria of the Vaccine Injury Table. The Court also determines that the petition should be compensated.

- **Court Decision**: A special master or the court, within the United States Court of Federal Claims, issues a legal decision after weighing the evidence presented by both sides. HHS abides by the ultimate Court decision even if it maintains its position that the petitioner was not entitled to compensation (e.g., that the injury was not caused by the vaccine).
  For injury petitions, compensable court decisions are based in part on one of the following determinations by the court:
  1. The evidence is legally sufficient to show that the vaccine more likely than not caused (or significantly aggravated) the injury; or
  2. The injury is listed on, and meets all of the requirements of, the Vaccine Injury Table, and HHS has not proven that a factor unrelated to the vaccine more likely than not caused or significantly aggravated the injury. An injury listed on the Table and meeting all Table requirements is given the legal presumption of causation. It should be noted that conditions are placed on the Table for both scientific and policy reasons.

- **Settlement**: The petition is resolved via a negotiated settlement between the parties. This settlement is not an admission by the United States or the Secretary of Health and Human Services that the vaccine caused the petitioner's alleged injuries, and, in settled cases, the Court does not determine that the vaccine caused the injury. A settlement therefore cannot be characterized as a decision by HHS or by the Court that the vaccine caused an injury. Petitions may be resolved by settlement for many reasons, including consideration of prior court decisions; a recognition by both parties that there is a risk of loss in proceeding to a decision by the Court making the certainty of settlement more desirable; a desire by both parties to minimize the time and expense associated with litigating a case to conclusion; and a desire by both parties to resolve a case quickly and efficiently.

- **Non-compensable/Dismissed**: The injured person who filed a petition was ultimately not paid money. Non-compensable Court decisions include the following:
  1. The Court determines that the person who filed the petition did not demonstrate that the injury was caused (or significantly aggravated) by a covered vaccine or meet the requirements of the Table (for injuries listed on the Table).
  2. The petition was dismissed for not meeting other statutory requirements (such as not meeting the filing deadline, not receiving a covered vaccine, and not meeting the statute's severity requirement).
  3. The injured person voluntarily withdrew his or her petition.

**Exhibit 16**

National Vaccine Injury Compensation Program
Monthly Statistics Report

# Petitions Filed, Compensated and Dismissed, by Alleged Vaccine, Since the Beginning of VICP, 10/01/1988 through 11/01/2021

| Vaccines | Filed Injury | Filed Death | Filed Grand Total | Compensated | Dismissed |
|---|---|---|---|---|---|
| DTaP-IPV | 16 | 0 | 16 | 5 | 4 |
| DT | 69 | 9 | 78 | 26 | 52 |
| DTP | 3,288 | 696 | 3,984 | 1,273 | 2,709 |
| DTP-HIB | 20 | 8 | 28 | 7 | 21 |
| DTaP | 478 | 87 | 565 | 245 | 269 |
| DTaP-Hep B-IPV | 97 | 39 | 136 | 44 | 64 |
| DTaP-HIB | 11 | 1 | 12 | 7 | 4 |
| DTaP-IPV-HIB | 51 | 21 | 72 | 17 | 39 |
| Td | 232 | 3 | 235 | 133 | 79 |
| Tdap | 1,058 | 8 | 1,066 | 549 | 118 |
| Tetanus | 173 | 3 | 176 | 87 | 48 |
| Hepatitis A (Hep A) | 135 | 7 | 142 | 62 | 39 |
| Hepatitis B (Hep B) | 738 | 62 | 800 | 288 | 442 |
| Hep A-Hep B | 42 | 0 | 42 | 22 | 9 |
| Hep B-HIB | 8 | 0 | 8 | 5 | 3 |
| HIB | 48 | 3 | 51 | 21 | 20 |
| HPV | 553 | 17 | 570 | 147 | 260 |
| Influenza | 7,987 | 203 | 8,190 | 4,441 | 790 |
| IPV | 269 | 14 | 283 | 9 | 271 |
| OPV | 282 | 28 | 310 | 158 | 152 |
| Measles | 145 | 19 | 164 | 56 | 107 |
| Meningococcal | 117 | 3 | 120 | 58 | 22 |
| MMR | 1,023 | 62 | 1,085 | 415 | 596 |
| MMR-Varicella | 59 | 2 | 61 | 26 | 19 |
| MR | 15 | 0 | 15 | 6 | 9 |
| Mumps | 10 | 0 | 10 | 1 | 9 |
| Pertussis | 4 | 3 | 7 | 2 | 5 |
| Pneumococcal Conjugate | 298 | 22 | 320 | 106 | 77 |
| Rotavirus | 111 | 6 | 117 | 71 | 31 |
| Rubella | 190 | 4 | 194 | 71 | 123 |
| Varicella | 111 | 10 | 121 | 68 | 37 |
| Nonqualified[1] | 114 | 11 | 125 | 3 | 117 |
| Unspecified[2] | 5,426 | 9 | 5,435 | 10 | 5,416 |
| **Grand Total** | **23,178** | **1,360** | **24,538** | **8,439** | **11,961** |

**Exhibit 16**

National Vaccine Injury Compensation Program
Monthly Statistics Report

[1] Nonqualified petitions are those filed for vaccines not covered under the VICP.
[2] Unspecified petitions are those submitted with insufficient information to make a determination.

# Petitions Filed

| Fiscal Year | Total |
|---|---|
| FY 1988 | 24 |
| FY 1989 | 148 |
| FY 1990 | 1,492 |
| FY 1991 | 2,718 |
| FY 1992 | 189 |
| FY 1993 | 140 |
| FY 1994 | 107 |
| FY 1995 | 180 |
| FY 1996 | 84 |
| FY 1997 | 104 |
| FY 1998 | 120 |
| FY 1999 | 411 |
| FY 2000 | 164 |
| FY 2001 | 215 |
| FY 2002 | 958 |
| FY 2003 | 2,592 |
| FY 2004 | 1,214 |
| FY 2005 | 735 |
| FY 2006 | 325 |
| FY 2007 | 410 |
| FY 2008 | 417 |
| FY 2009 | 397 |
| FY 2010 | 447 |
| FY 2011 | 386 |
| FY 2012 | 402 |
| FY 2013 | 504 |
| FY 2014 | 633 |
| FY 2015 | 803 |
| FY 2016 | 1,120 |
| FY 2017 | 1,243 |
| FY 2018 | 1,238 |
| FY 2019 | 1,282 |
| FY 2020 | 1,192 |
| FY 2021 | 2,057 |
| FY 2022 | 87 |
| **Total** | **24,538** |

**Exhibit 16**

National Vaccine Injury Compensation Program
Monthly Statistics Report

# Adjudications

Generally, petitions are not adjudicated in the same fiscal year as filed.
On average, it takes 2 to 3 years to adjudicate a petition after it is filed.

| Fiscal Year | Compensable | Dismissed | Total |
|---|---|---|---|
| FY 1989 | 9 | 12 | 21 |
| FY 1990 | 100 | 33 | 133 |
| FY 1991 | 141 | 447 | 588 |
| FY 1992 | 166 | 487 | 653 |
| FY 1993 | 125 | 588 | 713 |
| FY 1994 | 162 | 446 | 608 |
| FY 1995 | 160 | 575 | 735 |
| FY 1996 | 162 | 408 | 570 |
| FY 1997 | 189 | 198 | 387 |
| FY 1998 | 144 | 181 | 325 |
| FY 1999 | 98 | 139 | 237 |
| FY 2000 | 125 | 104 | 229 |
| FY 2001 | 86 | 88 | 174 |
| FY 2002 | 104 | 104 | 208 |
| FY 2003 | 56 | 100 | 156 |
| FY 2004 | 62 | 247 | 309 |
| FY 2005 | 60 | 229 | 289 |
| FY 2006 | 69 | 193 | 262 |
| FY 2007 | 82 | 136 | 218 |
| FY 2008 | 147 | 151 | 298 |
| FY 2009 | 134 | 257 | 391 |
| FY 2010 | 180 | 330 | 510 |
| FY 2011 | 266 | 1,742 | 2,008 |
| FY 2012 | 265 | 2,533 | 2,798 |
| FY 2013 | 369 | 651 | 1,020 |
| FY 2014 | 370 | 194 | 564 |
| FY 2015 | 520 | 145 | 665 |
| FY 2016 | 700 | 187 | 887 |
| FY 2017 | 696 | 204 | 900 |
| FY 2018 | 544 | 199 | 743 |
| FY 2019 | 642 | 184 | 826 |
| FY 2020 | 710 | 217 | 927 |
| FY 2021 | 748 | 241 | 989 |
| FY 2022 | 48 | 11 | 59 |
| **Total** | **8,439** | **11,961** | **20,400** |

**Exhibit 16**

National Vaccine Injury Compensation Program
Monthly Statistics Report

## Awards Paid

| Fiscal Year | Number of Compensated Awards | Petitioners' Award Amount | Attorneys' Fees/Costs Payments | Number of Payments to Attorneys (Dismissed Cases) | Attorneys' Fees/Costs Payments (Dismissed Cases) | Number of Payments to Interim Attorneys' | Interim Attorneys' Fees/Costs Payments | Total Outlays |
|---|---|---|---|---|---|---|---|---|
| FY 1989 | 6 | $1,317,654.78 | $54,107.14 | 0 | $0.00 | 0 | $0.00 | $1,371,761.92 |
| FY 1990 | 88 | $53,252,510.46 | $1,379,005.79 | 4 | $57,699.48 | 0 | $0.00 | $54,689,215.73 |
| FY 1991 | 114 | $95,980,493.16 | $2,364,758.91 | 30 | $496,809.21 | 0 | $0.00 | $98,842,061.28 |
| FY 1992 | 130 | $94,538,071.30 | $3,001,927.97 | 118 | $1,212,677.14 | 0 | $0.00 | $98,752,676.41 |
| FY 1993 | 162 | $119,693,267.87 | $3,262,453.06 | 272 | $2,447,273.05 | 0 | $0.00 | $125,402,993.98 |
| FY 1994 | 158 | $98,151,900.08 | $3,571,179.67 | 335 | $3,166,527.38 | 0 | $0.00 | $104,889,607.13 |
| FY 1995 | 169 | $104,085,265.72 | $3,652,770.57 | 221 | $2,276,136.32 | 0 | $0.00 | $110,014,172.61 |
| FY 1996 | 163 | $100,425,325.22 | $3,096,231.96 | 216 | $2,364,122.71 | 0 | $0.00 | $105,885,679.89 |
| FY 1997 | 179 | $113,620,171.68 | $3,898,284.77 | 142 | $1,879,418.14 | 0 | $0.00 | $119,397,874.59 |
| FY 1998 | 165 | $127,546,009.19 | $4,002,278.55 | 121 | $1,936,065.50 | 0 | $0.00 | $133,484,353.24 |
| FY 1999 | 96 | $95,917,680.51 | $2,799,910.85 | 117 | $2,306,957.40 | 0 | $0.00 | $101,024,548.76 |
| FY 2000 | 136 | $125,945,195.64 | $4,112,369.02 | 80 | $1,724,451.08 | 0 | $0.00 | $131,782,015.74 |
| FY 2001 | 97 | $105,878,632.57 | $3,373,865.88 | 57 | $2,066,224.67 | 0 | $0.00 | $111,318,723.12 |
| FY 2002 | 80 | $59,799,604.39 | $2,653,598.89 | 50 | $656,244.79 | 0 | $0.00 | $63,109,448.07 |
| FY 2003 | 65 | $82,816,240.07 | $3,147,755.12 | 69 | $1,545,654.87 | 0 | $0.00 | $87,509,650.06 |
| FY 2004 | 57 | $61,933,764.20 | $3,079,328.55 | 69 | $1,198,615.96 | 0 | $0.00 | $66,211,708.71 |
| FY 2005 | 64 | $55,065,797.01 | $2,694,664.03 | 71 | $1,790,587.29 | 0 | $0.00 | $59,551,048.33 |
| FY 2006 | 68 | $48,746,162.74 | $2,441,199.02 | 54 | $1,353,632.61 | 0 | $0.00 | $52,540,994.37 |
| FY 2007 | 82 | $91,449,433.89 | $4,034,154.37 | 61 | $1,692,020.25 | 0 | $0.00 | $97,175,608.51 |
| FY 2008 | 141 | $75,716,552.06 | $5,191,770.83 | 74 | $2,531,394.20 | 2 | $117,265.31 | $83,556,982.40 |
| FY 2009 | 131 | $74,142,490.58 | $5,404,711.98 | 36 | $1,557,139.53 | 28 | $4,241,362.55 | $85,345,704.64 |
| FY 2010 | 173 | $179,387,341.30 | $5,961,744.40 | 59 | $1,933,550.09 | 22 | $1,978,803.88 | $189,261,439.67 |
| FY 2011 | 251 | $216,319,428.47 | $9,572,042.87 | 403 | $5,589,417.19 | 28 | $2,001,770.91 | $233,482,659.44 |
| FY 2012 | 249 | $163,491,998.82 | $9,241,427.33 | 1,020 | $8,649,676.56 | 37 | $5,420,257.99 | $186,803,360.70 |
| FY 2013 | 375 | $254,666,326.70 | $13,543,099.70 | 704 | $7,012,615.42 | 50 | $1,454,851.74 | $276,676,893.56 |
| FY 2014 | 365 | $202,084,196.12 | $12,161,422.64 | 508 | $6,824,566.68 | 38 | $2,493,460.73 | $223,563,646.17 |
| FY 2015 | 508 | $204,137,880.22 | $14,445,776.29 | 118 | $3,546,785.14 | 50 | $3,089,497.68 | $225,219,939.33 |

**Exhibit 16**

National Vaccine Injury Compensation Program
Monthly Statistics Report

| Fiscal Year | Number of Compensated Awards | Petitioners' Award Amount | Attorneys' Fees/Costs Payments | Number of Payments to Attorneys (Dismissed Cases) | Attorneys' Fees/Costs Payments (Dismissed Cases) | Number of Payments to Interim Attorneys' | Interim Attorneys' Fees/Costs Payments | Total Outlays |
|---|---|---|---|---|---|---|---|---|
| FY 2016 | 689 | $230,140,251.20 | $16,298,140.59 | 99 | $2,741,830.10 | 59 | $3,502,709.91 | $252,682,931.80 |
| FY 2017 | 706 | $252,245,932.78 | $22,045,785.00 | 131 | $4,439,538.57 | 52 | $3,363,464.24 | $282,094,720.59 |
| FY 2018 | 521 | $199,588,007.04 | $16,658,440.14 | 112 | $5,106,382.65 | 58 | $5,151,148.78 | $226,503,978.61 |
| FY 2019 | 653 | $196,217,707.64 | $18,991,247.55 | 102 | $4,791,157.52 | 65 | $5,457,545.23 | $225,457,657.94 |
| FY 2020 | 733 | $186,860,677.55 | $20,165,357.38 | 113 | $5,747,755.82 | 76 | $5,090,482.24 | $217,864,272.99 |
| FY 2021 | 719 | $208,258,401.31 | $24,884,274.59 | 140 | $6,942,253.81 | 54 | $4,675,724.68 | $244,760,654.39 |
| FY 2022 | 76 | $10,189,756.36 | $1,905,941.82 | 14 | $311,923.28 | 6 | $459,879.08 | $12,867,500.54 |
| Total | 8,369 | $4,289,610,128.63 | $253,091,027.23 | 5,720 | $97,897,104.41 | 625 | $48,498,224.95 | $4,689,096,485.22 |

NOTE: Some previous fiscal year data has been updated as a result of the receipt and entry of data from documents issued by the Court and system updates which included petitioners' costs reimbursements in outlay totals,

"Compensated" are petitions that have been paid as a result of a settlement between parties or a decision made by the U.S. Court of Federal Claims (Court). The # of awards is the number of petitioner awards paid, including the attorneys' fees/costs payments, if made during a fiscal year. However, petitioners' awards and attorneys' fees/costs are not necessarily paid in the same fiscal year as when the petitions/petitions are determined compensable. "Dismissed" includes the # of payments to attorneys and the total amount of payments for attorneys' fees/costs per fiscal year. The VICP will pay attorneys' fees/costs related to the petition, whether or not the petition/petition is awarded compensation by the Court, if certain minimal requirements are met. "Total Outlays" are the total amount of funds expended for compensation and attorneys' fees/costs from the Vaccine Injury Compensation Trust Fund by fiscal year.

Since influenza vaccines (vaccines administered to large numbers of adults each year) were added to the VICP in 2005, many adult petitions related to that vaccine have been filed, thus changing the proportion of children to adults receiving compensation.

Page 9

**Exhibit 16**

# EXHIBIT 17

**VACCINE INFORMATION STATEMENT**

# Polio Vaccine:
## *What You Need to Know*

Many vaccine information statements are available in Spanish and other languages. See www.immunize.org/vis

Hojas de información sobre vacunas están disponibles en español y en muchos otros idiomas. Visite www.immunize.org/vis

## 1. Why get vaccinated?

**Polio vaccine** can prevent **polio**.

Polio (or poliomyelitis) is a disabling and life-threatening disease caused by poliovirus, which can infect a person's spinal cord, leading to paralysis.

Most people infected with poliovirus have no symptoms, and many recover without complications. Some people will experience sore throat, fever, tiredness, nausea, headache, or stomach pain.

A smaller group of people will develop more serious symptoms that affect the brain and spinal cord:
- Paresthesia (feeling of pins and needles in the legs),
- Meningitis (infection of the covering of the spinal cord and/or brain), or
- Paralysis (can't move parts of the body) or weakness in the arms, legs, or both.

Paralysis is the most severe symptom associated with polio because it can lead to permanent disability and death.

Improvements in limb paralysis can occur, but in some people new muscle pain and weakness may develop 15 to 40 years later. This is called "post-polio syndrome."

Polio has been eliminated from the United States, but it still occurs in other parts of the world. The best way to protect yourself and keep the United States polio-free is to maintain high immunity (protection) in the population against polio through vaccination.

## 2. Polio vaccine

**Children** should usually get 4 doses of polio vaccine at ages 2 months, 4 months, 6–18 months, and 4–6 years.

Most **adults** do not need polio vaccine because they were already vaccinated against polio as children. Some adults are at higher risk and should consider polio vaccination, including:
- People traveling to certain parts of the world
- Laboratory workers who might handle poliovirus
- Health care workers treating patients who could have polio
- Unvaccinated people whose children will be receiving oral poliovirus vaccine (for example, international adoptees or refugees)

Polio vaccine may be given as a stand-alone vaccine, or as part of a combination vaccine (a type of vaccine that combines more than one vaccine together into one shot).

Polio vaccine may be given at the same time as other vaccines.

**U.S. Department of Health and Human Services**
Centers for Disease Control and Prevention

**Exhibit 17**

## 3. Talk with your health care provider

Tell your vaccination provider if the person getting the vaccine:

- Has had an **allergic reaction after a previous dose of polio vaccine**, or has any **severe, life-threatening allergies**

In some cases, your health care provider may decide to postpone polio vaccination until a future visit.

People with minor illnesses, such as a cold, may be vaccinated. People who are moderately or severely ill should usually wait until they recover before getting polio vaccine.

Not much is known about the risks of this vaccine for pregnant or breastfeeding people. However, polio vaccine can be given if a pregnant person is at increased risk for infection and requires immediate protection.

Your health care provider can give you more information.

## 4. Risks of a vaccine reaction

- A sore spot with redness, swelling, or pain where the shot is given can happen after polio vaccination.

People sometimes faint after medical procedures, including vaccination. Tell your provider if you feel dizzy or have vision changes or ringing in the ears.

As with any medicine, there is a very remote chance of a vaccine causing a severe allergic reaction, other serious injury, or death.

## 5. What if there is a serious problem?

An allergic reaction could occur after the vaccinated person leaves the clinic. If you see signs of a severe allergic reaction (hives, swelling of the face and throat, difficulty breathing, a fast heartbeat, dizziness, or weakness), call **9-1-1** and get the person to the nearest hospital.

For other signs that concern you, call your health care provider.

Adverse reactions should be reported to the Vaccine Adverse Event Reporting System (VAERS). Your health care provider will usually file this report, or you can do it yourself. Visit the VAERS website at **www.vaers.hhs.gov** or call **1-800-822-7967**. *VAERS is only for reporting reactions, and VAERS staff members do not give medical advice.*

## 6. The National Vaccine Injury Compensation Program

The National Vaccine Injury Compensation Program (VICP) is a federal program that was created to compensate people who may have been injured by certain vaccines. Claims regarding alleged injury or death due to vaccination have a time limit for filing, which may be as short as two years. Visit the VICP website at **www.hrsa.gov/vaccinecompensation** or call **1-800-338-2382** to learn about the program and about filing a claim.

## 7. How can I learn more?

- Ask your health care provider.
- Call your local or state health department.
- Visit the website of the Food and Drug Administration (FDA) for vaccine package inserts and additional information at **www.fda.gov/vaccines-blood-biologics/vaccines**.
- Contact the Centers for Disease Control and Prevention (CDC):
  - Call **1-800-232-4636** (**1-800-CDC-INFO**) or
  - Visit CDC's website at **www.cdc.gov/vaccines**.

Vaccine Information Statement

# Polio Vaccine

42 U.S.C. § 300aa-26

8/6/2021

OFFICE USE ONLY

**Exhibit 17**

# Hepatitis B Vaccine:
## *What You Need to Know*

Many vaccine information statements are available in Spanish and other languages. See www.immunize.org/vis

Hojas de información sobre vacunas están disponibles en español y en muchos otros idiomas. Visite www.immunize.org/vis

## 1. Why get vaccinated?

**Hepatitis B vaccine** can prevent **hepatitis B**. Hepatitis B is a liver disease that can cause mild illness lasting a few weeks, or it can lead to a serious, lifelong illness.

- **Acute hepatitis B infection** is a short-term illness that can lead to fever, fatigue, loss of appetite, nausea, vomiting, jaundice (yellow skin or eyes, dark urine, clay-colored bowel movements), and pain in the muscles, joints, and stomach.
- **Chronic hepatitis B infection** is a long-term illness that occurs when the hepatitis B virus remains in a person's body. Most people who go on to develop chronic hepatitis B do not have symptoms, but it is still very serious and can lead to liver damage (cirrhosis), liver cancer, and death. Chronically infected people can spread hepatitis B virus to others, even if they do not feel or look sick themselves.

Hepatitis B is spread when blood, semen, or other body fluid infected with the hepatitis B virus enters the body of a person who is not infected. People can become infected through:

- Birth (if a pregnant person has hepatitis B, their baby can become infected)
- Sharing items such as razors or toothbrushes with an infected person
- Contact with the blood or open sores of an infected person
- Sex with an infected partner
- Sharing needles, syringes, or other drug-injection equipment
- Exposure to blood from needlesticks or other sharp instruments

Most people who are vaccinated with hepatitis B vaccine are immune for life.

## 2. Hepatitis B vaccine

Hepatitis B vaccine is usually given as 2, 3, or 4 shots.

**Infants** should get their first dose of hepatitis B vaccine at birth and will usually complete the series at 6–18 months of age. **The birth dose of hepatitis B vaccine is an important part of preventing long-term illness in infants and the spread of hepatitis B in the United States.**

**Children and adolescents** younger than 19 years of age who have not yet gotten the vaccine should be vaccinated.

**Adults** who were not vaccinated previously and want to be protected against hepatitis B can also get the vaccine.

Hepatitis B vaccine is also recommended for the following people:

- People whose sex partners have hepatitis B
- Sexually active persons who are not in a long-term, monogamous relationship
- People seeking evaluation or treatment for a sexually transmitted disease
- Victims of sexual assault or abuse
- Men who have sexual contact with other men
- People who share needles, syringes, or other drug-injection equipment
- People who live with someone infected with the hepatitis B virus
- Health care and public safety workers at risk for exposure to blood or body fluids
- Residents and staff of facilities for developmentally disabled people
- People living in jail or prison
- Travelers to regions with increased rates of hepatitis B



**U.S. Department of Health and Human Services**
Centers for Disease Control and Prevention

**Exhibit 17**

- People with chronic liver disease, kidney disease on dialysis, HIV infection, infection with hepatitis C, or diabetes

Hepatitis B vaccine may be given as a stand-alone vaccine, or as part of a combination vaccine (a type of vaccine that combines more than one vaccine together into one shot).

Hepatitis B vaccine may be given at the same time as other vaccines.

## 3. Talk with your health care provider

Tell your vaccination provider if the person getting the vaccine:

- Has had an **allergic reaction after a previous dose of hepatitis B vaccine**, or has any **severe, life-threatening allergies**

In some cases, your health care provider may decide to postpone hepatitis B vaccination until a future visit.

Pregnant or breastfeeding people should be vaccinated if they are at risk for getting hepatitis B. Pregnancy or breastfeeding are not reasons to avoid hepatitis B vaccination.

People with minor illnesses, such as a cold, may be vaccinated. People who are moderately or severely ill should usually wait until they recover before getting hepatitis B vaccine.

Your health care provider can give you more information.

## 4. Risks of a vaccine reaction

- Soreness where the shot is given or fever can happen after hepatitis B vaccination.

People sometimes faint after medical procedures, including vaccination. Tell your provider if you feel dizzy or have vision changes or ringing in the ears.

As with any medicine, there is a very remote chance of a vaccine causing a severe allergic reaction, other serious injury, or death.

## 5. What if there is a serious problem?

An allergic reaction could occur after the vaccinated person leaves the clinic. If you see signs of a severe allergic reaction (hives, swelling of the face and throat, difficulty breathing, a fast heartbeat, dizziness, or weakness), call **9-1-1** and get the person to the nearest hospital.

For other signs that concern you, call your health care provider.

Adverse reactions should be reported to the Vaccine Adverse Event Reporting System (VAERS). Your health care provider will usually file this report, or you can do it yourself. Visit the VAERS website at **www.vaers.hhs.gov** or call **1-800-822-7967**. *VAERS is only for reporting reactions, and VAERS staff members do not give medical advice.*

## 6. The National Vaccine Injury Compensation Program

The National Vaccine Injury Compensation Program (VICP) is a federal program that was created to compensate people who may have been injured by certain vaccines. Claims regarding alleged injury or death due to vaccination have a time limit for filing, which may be as short as two years. Visit the VICP website at **www.hrsa.gov/vaccinecompensation** or call **1-800-338-2382** to learn about the program and about filing a claim.

## 7. How can I learn more?

- Ask your health care provider.
- Call your local or state health department.
- Visit the website of the Food and Drug Administration (FDA) for vaccine package inserts and additional information at **www.fda.gov/vaccines-blood-biologics/vaccines**.
- Contact the Centers for Disease Control and Prevention (CDC):
  - Call **1-800-232-4636** (**1-800-CDC-INFO**) or
  - Visit CDC's website at **www.cdc.gov/vaccines**.

---

Vaccine Information Statement

# Hepatitis B Vaccine

42 U.S.C. § 300aa-26

**10/15/2021**

OFFICE USE ONLY

**Exhibit 17**

**VACCINE INFORMATION STATEMENT**

# *Haemophilus influenzae* type b (Hib) Vaccine: *What You Need to Know*

Many vaccine information statements are available in Spanish and other languages. See www.immunize.org/vis

Hojas de información sobre vacunas están disponibles en español y en muchos otros idiomas. Visite www.immunize.org/vis

## 1. Why get vaccinated?

**Hib vaccine** can prevent *Haemophilus influenzae* **type b (Hib) disease**.

*Haemophilus influenzae* type b can cause many different kinds of infections. These infections usually affect children under 5 years of age but can also affect adults with certain medical conditions. Hib bacteria can cause mild illness, such as ear infections or bronchitis, or they can cause severe illness, such as infections of the blood. Severe Hib infection, also called "invasive Hib disease," requires treatment in a hospital and can sometimes result in death.

Before Hib vaccine, Hib disease was the leading cause of bacterial meningitis among children under 5 years old in the United States. Meningitis is an infection of the lining of the brain and spinal cord. It can lead to brain damage and deafness.

Hib infection can also cause:
· Pneumonia
· Severe swelling in the throat, making it hard to breathe
· Infections of the blood, joints, bones, and covering of the heart
· Death

## 2. Hib vaccine

Hib vaccine is usually given in 3 or 4 doses (depending on brand).

**Infants** will usually get their first dose of Hib vaccine at 2 months of age and will usually complete the series at 12–15 months of age.

**Children between 12 months and 5 years of age** who have not previously been completely vaccinated against Hib may need 1 or more doses of Hib vaccine.

**Children over 5 years old and adults** usually do not receive Hib vaccine, but it might be recommended for older children or adults whose spleen is damaged or has been removed, including people with sickle cell disease, before surgery to remove the spleen, or following a bone marrow transplant. Hib vaccine may also be recommended for people 5 through 18 years old with HIV.

Hib vaccine may be given as a stand-alone vaccine, or as part of a combination vaccine (a type of vaccine that combines more than one vaccine together into one shot).

Hib vaccine may be given at the same time as other vaccines.

## 3. Talk with your health care provider

Tell your vaccination provider if the person getting the vaccine:
· Has had an **allergic reaction after a previous dose of Hib vaccine**, or has any **severe, life-threatening allergies**

In some cases, your health care provider may decide to postpone Hib vaccination until a future visit.

People with minor illnesses, such as a cold, may be vaccinated. People who are moderately or severely ill should usually wait until they recover before getting Hib vaccine.

Your health care provider can give you more information.



**U.S. Department of Health and Human Services**
Centers for Disease Control and Prevention

**Exhibit 17**

## 4. Risks of a vaccine reaction

- Redness, warmth, and swelling where the shot is given and fever can happen after Hib vaccination.

People sometimes faint after medical procedures, including vaccination. Tell your provider if you feel dizzy or have vision changes or ringing in the ears.

As with any medicine, there is a very remote chance of a vaccine causing a severe allergic reaction, other serious injury, or death.

## 5. What if there is a serious problem?

An allergic reaction could occur after the vaccinated person leaves the clinic. If you see signs of a severe allergic reaction (hives, swelling of the face and throat, difficulty breathing, a fast heartbeat, dizziness, or weakness), call **9-1-1** and get the person to the nearest hospital.

For other signs that concern you, call your health care provider.

Adverse reactions should be reported to the Vaccine Adverse Event Reporting System (VAERS). Your health care provider will usually file this report, or you can do it yourself. Visit the VAERS website at **www.vaers.hhs.gov** or call **1-800-822-7967**. *VAERS is only for reporting reactions, and VAERS staff members do not give medical advice.*

## 6. The National Vaccine Injury Compensation Program

The National Vaccine Injury Compensation Program (VICP) is a federal program that was created to compensate people who may have been injured by certain vaccines. Claims regarding alleged injury or death due to vaccination have a time limit for filing, which may be as short as two years. Visit the VICP website at **www.hrsa.gov/vaccinecompensation** or call **1-800-338-2382** to learn about the program and about filing a claim.

## 7. How can I learn more?

- Ask your health care provider.
- Call your local or state health department.
- Visit the website of the Food and Drug Administration (FDA) for vaccine package inserts and additional information at **www.fda.gov/vaccines-blood-biologics/vaccines**.
- Contact the Centers for Disease Control and Prevention (CDC):
  - Call **1-800-232-4636** (**1-800-CDC-INFO**) or
  - Visit CDC's website at **www.cdc.gov/vaccines**.

42 U.S.C. § 300aa-26

8/6/2021

OFFICE
USE
ONLY

**Exhibit 17**

**VACCINE INFORMATION STATEMENT**

# HPV (Human Papillomavirus) Vaccine:
## *What You Need to Know*

Many vaccine information statements are available in Spanish and other languages. See www.immunize.org/vis

Hojas de información sobre vacunas están disponibles en español y en muchos otros idiomas. Visite www.immunize.org/vis

## 1. Why get vaccinated?

**HPV (human papillomavirus) vaccine** can prevent infection with some types of human papillomavirus.

HPV infections can cause certain types of cancers, including:
- cervical, vaginal, and vulvar cancers in women
- penile cancer in men
- anal cancers in both men and women
- cancers of tonsils, base of tongue, and back of throat (oropharyngeal cancer) in both men and women

HPV infections can also cause anogenital warts.

HPV vaccine can prevent over 90% of cancers caused by HPV.

HPV is spread through intimate skin-to-skin or sexual contact. HPV infections are so common that nearly all people will get at least one type of HPV at some time in their lives. Most HPV infections go away on their own within 2 years. But sometimes HPV infections will last longer and can cause cancers later in life.

## 2. HPV vaccine

HPV vaccine is routinely recommended for adolescents at 11 or 12 years of age to ensure they are protected before they are exposed to the virus. HPV vaccine may be given beginning at age 9 years and vaccination is recommended for everyone through 26 years of age.

HPV vaccine may be given to adults 27 through 45 years of age, based on discussions between the patient and health care provider.

Most children who get the first dose before 15 years of age need 2 doses of HPV vaccine. People who get the first dose at or after 15 years of age and younger people with certain immunocompromising conditions need 3 doses. Your health care provider can give you more information.

HPV vaccine may be given at the same time as other vaccines.

## 3. Talk with your health care provider

Tell your vaccination provider if the person getting the vaccine:
- Has had an **allergic reaction after a previous dose of HPV vaccine**, or has any **severe, life-threatening allergies**
- Is **pregnant**—HPV vaccine is not recommended until after pregnancy

In some cases, your health care provider may decide to postpone HPV vaccination until a future visit.

People with minor illnesses, such as a cold, may be vaccinated. People who are moderately or severely ill should usually wait until they recover before getting HPV vaccine.

Your health care provider can give you more information.

**U.S. Department of Health and Human Services**
Centers for Disease Control and Prevention

**Exhibit 17**

## 4. Risks of a vaccine reaction

- Soreness, redness, or swelling where the shot is given can happen after HPV vaccination.
- Fever or headache can happen after HPV vaccination.

People sometimes faint after medical procedures, including vaccination. Tell your provider if you feel dizzy or have vision changes or ringing in the ears.

As with any medicine, there is a very remote chance of a vaccine causing a severe allergic reaction, other serious injury, or death.

## 5. What if there is a serious problem?

An allergic reaction could occur after the vaccinated person leaves the clinic. If you see signs of a severe allergic reaction (hives, swelling of the face and throat, difficulty breathing, a fast heartbeat, dizziness, or weakness), call **9-1-1** and get the person to the nearest hospital.

For other signs that concern you, call your health care provider.

Adverse reactions should be reported to the Vaccine Adverse Event Reporting System (VAERS). Your health care provider will usually file this report, or you can do it yourself. Visit the VAERS website at **www.vaers.hhs.gov** or call **1-800-822-7967**. *VAERS is only for reporting reactions, and VAERS staff members do not give medical advice.*

## 6. The National Vaccine Injury Compensation Program

The National Vaccine Injury Compensation Program (VICP) is a federal program that was created to compensate people who may have been injured by certain vaccines. Claims regarding alleged injury or death due to vaccination have a time limit for filing, which may be as short as two years. Visit the VICP website at **www.hrsa.gov/vaccinecompensation** or call **1-800-338-2382** to learn about the program and about filing a claim.

## 7. How can I learn more?

- Ask your health care provider.
- Call your local or state health department.
- Visit the website of the Food and Drug Administration (FDA) for vaccine package inserts and additional information at **www.fda.gov/vaccines-blood-biologics/vaccines**.
- Contact the Centers for Disease Control and Prevention (CDC):
  - Call **1-800-232-4636** (**1-800-CDC-INFO**) or
  - Visit CDC's website at **www.cdc.gov/vaccines**.

Vaccine Information Statement

# HPV Vaccine

42 U.S.C. § 300aa-26

8/6/2021

OFFICE
USE
ONLY

**Exhibit 17**

**VACCINE INFORMATION STATEMENT**

# MMR Vaccine (Measles, Mumps, and Rubella): *What You Need to Know*

Many vaccine information statements are available in Spanish and other languages. See www.immunize.org/vis

Hojas de información sobre vacunas están disponibles en español y en muchos otros idiomas. Visite www.immunize.org/vis

## 1. Why get vaccinated?

**MMR vaccine** can prevent **measles, mumps**, and **rubella**.

- **MEASLES (M)** causes fever, cough, runny nose, and red, watery eyes, commonly followed by a rash that covers the whole body. It can lead to seizures (often associated with fever), ear infections, diarrhea, and pneumonia. Rarely, measles can cause brain damage or death.
- **MUMPS (M)** causes fever, headache, muscle aches, tiredness, loss of appetite, and swollen and tender salivary glands under the ears. It can lead to deafness, swelling of the brain and/or spinal cord covering, painful swelling of the testicles or ovaries, and, very rarely, death.
- **RUBELLA (R)** causes fever, sore throat, rash, headache, and eye irritation. It can cause arthritis in up to half of teenage and adult women. If a person gets rubella while they are pregnant, they could have a miscarriage or the baby could be born with serious birth defects.

Most people who are vaccinated with MMR will be protected for life. Vaccines and high rates of vaccination have made these diseases much less common in the United States.

## 2. MMR vaccine

**Children** need 2 doses of MMR vaccine, usually:
- First dose at age 12 through 15 months
- Second dose at age 4 through 6 years

**Infants who will be traveling outside the United States when they are between 6 and 11 months of age** should get a dose of MMR vaccine before travel. These children should still get 2 additional doses at the recommended ages for long-lasting protection.

**Older children, adolescents**, and **adults** also need 1 or 2 doses of MMR vaccine if they are not already immune to measles, mumps, and rubella. Your health care provider can help you determine how many doses you need.

A third dose of MMR might be recommended for certain people in mumps outbreak situations.

MMR vaccine may be given at the same time as other vaccines. Children 12 months through 12 years of age might receive MMR vaccine together with varicella vaccine in a single shot, known as MMRV. Your health care provider can give you more information.

## 3. Talk with your health care provider

Tell your vaccination provider if the person getting the vaccine:
- Has had an **allergic reaction after a previous dose of MMR or MMRV vaccine**, or has any **severe, life-threatening allergies**
- Is **pregnant** or thinks they might be pregnant—pregnant people should not get MMR vaccine
- Has a **weakened immune system**, or has a **parent, brother, or sister with a history of hereditary or congenital immune system problems**
- Has ever had a **condition that makes him or her bruise or bleed easily**
- Has recently **had a blood transfusion or received other blood products**
- Has **tuberculosis**
- Has **gotten any other vaccines in the past 4 weeks**

In some cases, your health care provider may decide to postpone MMR vaccination until a future visit.



**U.S. Department of Health and Human Services**
Centers for Disease Control and Prevention

**Exhibit 17**

People with minor illnesses, such as a cold, may be vaccinated. People who are moderately or severely ill should usually wait until they recover before getting MMR vaccine.

Your health care provider can give you more information.

## 4. Risks of a vaccine reaction

- Sore arm from the injection or redness where the shot is given, fever, and a mild rash can happen after MMR vaccination.
- Swelling of the glands in the cheeks or neck or temporary pain and stiffness in the joints (mostly in teenage or adult women) sometimes occur after MMR vaccination.
- More serious reactions happen rarely. These can include seizures (often associated with fever) or temporary low platelet count that can cause unusual bleeding or bruising.
- In people with serious immune system problems, this vaccine may cause an infection that may be life-threatening. People with serious immune system problems should not get MMR vaccine.

People sometimes faint after medical procedures, including vaccination. Tell your provider if you feel dizzy or have vision changes or ringing in the ears.

As with any medicine, there is a very remote chance of a vaccine causing a severe allergic reaction, other serious injury, or death.

## 5. What if there is a serious problem?

An allergic reaction could occur after the vaccinated person leaves the clinic. If you see signs of a severe allergic reaction (hives, swelling of the face and throat, difficulty breathing, a fast heartbeat, dizziness, or weakness), call **9-1-1** and get the person to the nearest hospital.

For other signs that concern you, call your health care provider.

Adverse reactions should be reported to the Vaccine Adverse Event Reporting System (VAERS). Your health care provider will usually file this report, or you can do it yourself. Visit the VAERS website at **www.vaers.hhs.gov** or call **1-800-822-7967**. *VAERS is only for reporting reactions, and VAERS staff members do not give medical advice.*

## 6. The National Vaccine Injury Compensation Program

The National Vaccine Injury Compensation Program (VICP) is a federal program that was created to compensate people who may have been injured by certain vaccines. Claims regarding alleged injury or death due to vaccination have a time limit for filing, which may be as short as two years. Visit the VICP website at **www.hrsa.gov/vaccinecompensation** or call **1-800-338-2382** to learn about the program and about filing a claim.

## 7. How can I learn more?

- Ask your health care provider.
- Call your local or state health department.
- Visit the website of the Food and Drug Administration (FDA) for vaccine package inserts and additional information at **www.fda.gov/vaccines-blood-biologics/vaccines**.
- Contact the Centers for Disease Control and Prevention (CDC):
  - Call **1-800-232-4636** (**1-800-CDC-INFO**) or
  - Visit CDC's website at **www.cdc.gov/vaccines**.

---

Vaccine Information Statement

**MMR Vaccine**

42 U.S.C. § 300aa-26

8/6/2021

OFFICE USE ONLY

**Exhibit 17**

**VACCINE INFORMATION STATEMENT**

# Varicella (Chickenpox) Vaccine:
## *What You Need to Know*

Many vaccine information statements are available in Spanish and other languages. See www.immunize.org/vis

Hojas de información sobre vacunas están disponibles en español y en muchos otros idiomas. Visite www.immunize.org/vis

## 1. Why get vaccinated?

**Varicella vaccine** can prevent **varicella**.

**Varicella**, also called "chickenpox," causes an itchy rash that usually lasts about a week. It can also cause fever, tiredness, loss of appetite, and headache. It can lead to skin infections, pneumonia, inflammation of the blood vessels, swelling of the brain and/or spinal cord covering, and infections of the bloodstream, bone, or joints. Some people who get chickenpox get a painful rash called "shingles" (also known as herpes zoster) years later.

Chickenpox is usually mild, but it can be serious in infants under 12 months of age, adolescents, adults, pregnant people, and people with a weakened immune system. Some people get so sick that they need to be hospitalized. It doesn't happen often, but people can die from chickenpox.

Most people who are vaccinated with 2 doses of varicella vaccine will be protected for life.

## 2. Varicella vaccine

**Children** need 2 doses of varicella vaccine, usually:
· First dose: age 12 through 15 months
· Second dose: age 4 through 6 years

**Older children, adolescents**, and **adults** also need 2 doses of varicella vaccine if they are not already immune to chickenpox.

Varicella vaccine may be given at the same time as other vaccines. Also, a child between 12 months and 12 years of age might receive varicella vaccine together with MMR (measles, mumps, and rubella) vaccine in a single shot, known as MMRV. Your health care provider can give you more information.

## 3. Talk with your health care provider

Tell your vaccination provider if the person getting the vaccine:
· Has had an **allergic reaction after a previous dose of varicella vaccine**, or has any **severe, life-threatening allergies**
· Is **pregnant** or thinks they might be pregnant—pregnant people should not get varicella vaccine
· Has a **weakened immune system**, or has a **parent, brother, or sister with a history of hereditary or congenital immune system problems**
· **Is taking salicylates** (such as aspirin)
· Has recently **had a blood transfusion or received other blood products**
· Has **tuberculosis**
· Has **gotten any other vaccines in the past 4 weeks**

In some cases, your health care provider may decide to postpone varicella vaccination until a future visit.

People with minor illnesses, such as a cold, may be vaccinated. People who are moderately or severely ill should usually wait until they recover before getting varicella vaccine.

Your health care provider can give you more information.

**U.S. Department of Health and Human Services**
Centers for Disease Control and Prevention

**Exhibit 17**

## 4. Risks of a vaccine reaction

- Sore arm from the injection, redness or rash where the shot is given, or fever can happen after varicella vaccination.
- More serious reactions happen very rarely. These can happen pneumonia, infection of the brain and/or spinal cord covering, or seizures that are often associated with fever.
- In people with serious immune system problems, this vaccine may cause an infection that may be life-threatening. People with serious immune system problems should not get varicella vaccine.

It is possible for a vaccinated person to develop a rash. If this happens, the varicella vaccine virus could be spread to an unprotected person. Anyone who gets a rash should stay away from infants and people with a weakened immune system until the rash goes away. Talk with your health care provider to learn more.

Some people who are vaccinated against chickenpox get shingles (herpes zoster) years later. This is much less common after vaccination than after chickenpox disease.

People sometimes faint after medical procedures, including vaccination. Tell your provider if you feel dizzy or have vision changes or ringing in the ears.

As with any medicine, there is a very remote chance of a vaccine causing a severe allergic reaction, other serious injury, or death.

## 5. What if there is a serious problem?

An allergic reaction could occur after the vaccinated person leaves the clinic. If you see signs of a severe allergic reaction (hives, swelling of the face and throat, difficulty breathing, a fast heartbeat, dizziness, or weakness), call **9-1-1** and get the person to the nearest hospital.

For other signs that concern you, call your health care provider.

Adverse reactions should be reported to the Vaccine Adverse Event Reporting System (VAERS). Your health care provider will usually file this report, or you can do it yourself. Visit the VAERS website at **www.vaers.hhs.gov** or call **1-800-822-7967**. *VAERS is only for reporting reactions, and VAERS staff members do not give medical advice.*

## 6. The National Vaccine Injury Compensation Program

The National Vaccine Injury Compensation Program (VICP) is a federal program that was created to compensate people who may have been injured by certain vaccines. Claims regarding alleged injury or death due to vaccination have a time limit for filing, which may be as short as two years. Visit the VICP website at **www.hrsa.gov/vaccinecompensation** or call **1-800-338-2382** to learn about the program and about filing a claim.

## 7. How can I learn more?

- Ask your health care provider.
- Call your local or state health department.
- Visit the website of the Food and Drug Administration (FDA) for vaccine package inserts and additional information at **www.fda.gov/vaccines-blood-biologics/vaccines**.
- Contact the Centers for Disease Control and Prevention (CDC):
  - Call **1-800-232-4636** (**1-800-CDC-INFO**) or
  - Visit CDC's website at **www.cdc.gov/vaccines**.

---

Vaccine Information Statement

# Varicella Vaccine

42 U.S.C. § 300aa-26

8/6/2021

OFFICE USE ONLY

**Exhibit 17**

# DTaP (Diphtheria, Tetanus, Pertussis) Vaccine: *What You Need to Know*

Many vaccine information statements are available in Spanish and other languages. See www.immunize.org/vis

Hojas de información sobre vacunas están disponibles en español y en muchos otros idiomas. Visite www.immunize.org/vis

## 1. Why get vaccinated?

**DTaP vaccine** can prevent **diphtheria**, **tetanus**, and **pertussis**.

Diphtheria and pertussis spread from person to person. Tetanus enters the body through cuts or wounds.

- **DIPHTHERIA (D)** can lead to difficulty breathing, heart failure, paralysis, or death.
- **TETANUS (T)** causes painful stiffening of the muscles. Tetanus can lead to serious health problems, including being unable to open the mouth, having trouble swallowing and breathing, or death.
- **PERTUSSIS (aP)**, also known as "whooping cough," can cause uncontrollable, violent coughing that makes it hard to breathe, eat, or drink. Pertussis can be extremely serious especially in babies and young children, causing pneumonia, convulsions, brain damage, or death. In teens and adults, it can cause weight loss, loss of bladder control, passing out, and rib fractures from severe coughing.

## 2. DTaP vaccine

DTaP is only for children younger than 7 years old. Different vaccines against tetanus, diphtheria, and pertussis (Tdap and Td) are available for older children, adolescents, and adults.

It is recommended that children receive 5 doses of DTaP, usually at the following ages:

- 2 months
- 4 months
- 6 months
- 15–18 months
- 4–6 years

DTaP may be given as a stand-alone vaccine, or as part of a combination vaccine (a type of vaccine that combines more than one vaccine together into one shot).

DTaP may be given at the same time as other vaccines.

## 3. Talk with your health care provider

Tell your vaccination provider if the person getting the vaccine:

- Has had an **allergic reaction after a previous dose of any vaccine that protects against tetanus, diphtheria, or pertussis**, or has any **severe, life-threatening allergies**
- Has had **a coma, decreased level of consciousness, or prolonged seizures within 7 days after a previous dose of any pertussis vaccine (DTP or DTaP)**
- Has **seizures or another nervous system problem**
- Has ever had **Guillain-Barré Syndrome** (also called "GBS")
- Has had **severe pain or swelling after a previous dose of any vaccine that protects against tetanus or diphtheria**

In some cases, your child's health care provider may decide to postpone DTaP vaccination until a future visit.

Children with minor illnesses, such as a cold, may be vaccinated. Children who are moderately or severely ill should usually wait until they recover before getting DTaP vaccine.

Your child's health care provider can give you more information.



**U.S. Department of Health and Human Services**
Centers for Disease Control and Prevention

**Exhibit 17**

## 4. Risks of a vaccine reaction

- Soreness or swelling where the shot was given, fever, fussiness, feeling tired, loss of appetite, and vomiting sometimes happen after DTaP vaccination.
- More serious reactions, such as seizures, non-stop crying for 3 hours or more, or high fever (over 105°F) after DTaP vaccination happen much less often. Rarely, vaccination is followed by swelling of the entire arm or leg, especially in older children when they receive their fourth or fifth dose.

As with any medicine, there is a very remote chance of a vaccine causing a severe allergic reaction, other serious injury, or death.

## 5. What if there is a serious problem?

An allergic reaction could occur after the vaccinated person leaves the clinic. If you see signs of a severe allergic reaction (hives, swelling of the face and throat, difficulty breathing, a fast heartbeat, dizziness, or weakness), call **9-1-1** and get the person to the nearest hospital.

For other signs that concern you, call your health care provider.

Adverse reactions should be reported to the Vaccine Adverse Event Reporting System (VAERS). Your health care provider will usually file this report, or you can do it yourself. Visit the VAERS website at **www.vaers.hhs.gov** or call **1-800-822-7967**. *VAERS is only for reporting reactions, and VAERS staff members do not give medical advice.*

## 6. The National Vaccine Injury Compensation Program

The National Vaccine Injury Compensation Program (VICP) is a federal program that was created to compensate people who may have been injured by certain vaccines. Claims regarding alleged injury or death due to vaccination have a time limit for filing, which may be as short as two years. Visit the VICP website at **www.hrsa.gov/vaccinecompensation** or call **1-800-338-2382** to learn about the program and about filing a claim.

## 7. How can I learn more?

- Ask your health care provider.
- Call your local or state health department.
- Visit the website of the Food and Drug Administration (FDA) for vaccine package inserts and additional information at **www.fda.gov/vaccines-blood-biologics/vaccines**.
- Contact the Centers for Disease Control and Prevention (CDC):
  - Call **1-800-232-4636** (**1-800-CDC-INFO**) or
  - Visit CDC's website at **www.cdc.gov/vaccines**.

Vaccine Information Statement

DTaP (Diphtheria, Tetanus, Pertussis) Vaccine

42 U.S.C. § 300aa-26

8/6/2021

OFFICE USE ONLY

Exhibit 17

## VACCINE INFORMATION STATEMENT

# Influenza (Flu) Vaccine (Live, Intranasal):
## *What You Need to Know*

Many vaccine information statements are available in Spanish and other languages. See www.immunize.org/vis

Hojas de información sobre vacunas están disponibles en español y en muchos otros idiomas. Visite www.immunize.org/vis

## 1. Why get vaccinated?

**Influenza vaccine** can prevent **influenza (flu)**.

**Flu** is a contagious disease that spreads around the United States every year, usually between October and May. Anyone can get the flu, but it is more dangerous for some people. Infants and young children, people 65 years of age and older, pregnant people, and people with certain health conditions or a weakened immune system are at greatest risk of flu complications.

Pneumonia, bronchitis, sinus infections, and ear infections are examples of flu-related complications. If you have a medical condition, such as heart disease, cancer, or diabetes, flu can make it worse.

Flu can cause fever and chills, sore throat, muscle aches, fatigue, cough, headache, and runny or stuffy nose. Some people may have vomiting and diarrhea, though this is more common in children than adults.

In an average year, **thousands of people in the United States die from flu**, and many more are hospitalized. Flu vaccine prevents millions of illnesses and flu-related visits to the doctor each year.

## 2. Live, attenuated influenza vaccine

CDC recommends everyone 6 months and older get vaccinated every flu season. **Children 6 months through 8 years of age** may need 2 doses during a single flu season. **Everyone else** needs only 1 dose each flu season.

Live, attenuated influenza vaccine (called "LAIV") is a nasal spray vaccine that may be given to non-pregnant people 2 **through 49 years of age**.

It takes about 2 weeks for protection to develop after vaccination.

There are many flu viruses, and they are always changing. Each year a new flu vaccine is made to protect against the influenza viruses believed to be likely to cause disease in the upcoming flu season. Even when the vaccine doesn't exactly match these viruses, it may still provide some protection.

Influenza vaccine **does not cause flu**.

Influenza vaccine may be given at the same time as other vaccines.

## 3. Talk with your health care provider

Tell your vaccination provider if the person getting the vaccine:

- Is **younger than 2 years or older than 49 years** of age
- Is **pregnant**. Live, attenuated influenza vaccine is not recommended for pregnant people
- Has had an **allergic reaction after a previous dose of influenza vaccine**, or has any **severe, life-threatening allergies**
- Is a **child or adolescent 2 through 17 years of age who is receiving aspirin or aspirin- or salicylate-containing products**
- Has a **weakened immune system**
- Is a **child 2 through 4 years old who has asthma or a history of wheezing** in the past 12 months
- Is **5 years or older and has asthma**
- Has **taken influenza antiviral medication** in the last 3 weeks
- **Cares for severely immunocompromised people** who require a protected environment
- Has other **underlying medical conditions** that can put people at higher risk of serious flu complications (such as **lung disease, heart disease, kidney disease**



**U.S. Department of Health and Human Services**
Centers for Disease Control and Prevention

**Exhibit 17**

like diabetes, kidney or liver disorders, neurologic or neuromuscular or metabolic disorders)
- Does **not have a spleen**, or has a **non-functioning spleen**
- Has a **cochlear implant**
- Has a **cerebrospinal fluid leak** (a leak of the fluid that surrounds the brain to the nose, throat, ear, or some other location in the head)
- Has had **Guillain-Barré Syndrome** within 6 weeks after a previous dose of influenza vaccine

In some cases, your health care provider may decide to postpone influenza vaccination until a future visit.

For some patients, a different type of influenza vaccine (inactivated or recombinant influenza vaccine) might be more appropriate than live, attenuated influenza vaccine.

People with minor illnesses, such as a cold, may be vaccinated. People who are moderately or severely ill should usually wait until they recover before getting influenza vaccine.

Your health care provider can give you more information.

## 4. Risks of a vaccine reaction

- Runny nose or nasal congestion, wheezing, and headache can happen after LAIV vaccination.
- Vomiting, muscle aches, fever, sore throat, and cough are other possible side effects.

If these problems occur, they usually begin soon after vaccination and are mild and short-lived.

As with any medicine, there is a very remote chance of a vaccine causing a severe allergic reaction, other serious injury, or death.

## 5. What if there is a serious problem?

An allergic reaction could occur after the vaccinated person leaves the clinic. If you see signs of a severe allergic reaction (hives, swelling of the face and throat, difficulty breathing, a fast heartbeat, dizziness, or weakness), call **9-1-1** and get the person to the nearest hospital.

For other signs that concern you, call your health care provider.

Adverse reactions should be reported to the Vaccine Adverse Event Reporting System (VAERS). Your health care provider will usually file this report, or you can do it yourself. Visit the VAERS website at **www.vaers.hhs. gov** or call **1-800-822-7967**. *VAERS is only for reporting reactions, and VAERS staff members do not give medical advice.*

## 6. The National Vaccine Injury Compensation Program

The National Vaccine Injury Compensation Program (VICP) is a federal program that was created to compensate people who may have been injured by certain vaccines. Claims regarding alleged injury or death due to vaccination have a time limit for filing, which may be as short as two years. Visit the VICP website at **www.hrsa.gov/vaccinecompensation** or call **1-800-338-2382** to learn about the program and about filing a claim.

## 7. How can I learn more?

- Ask your health care provider.
- Call your local or state health department.
- Visit the website of the Food and Drug Administration (FDA) for vaccine package inserts and additional information at **www.fda.gov/vaccines-blood-biologics/vaccines**.
- Contact the Centers for Disease Control and Prevention (CDC):
  - Call **1-800-232-4636** (**1-800-CDC-INFO**) or
  - Visit CDC's website at **www.cdc.gov/flu**.

---

Vaccine Information Statement

# Live, Attenuated Influenza Vaccine

42 U.S.C. § 300aa-26

8/6/2021

OFFICE USE ONLY

**Exhibit 17**

# Pneumococcal Conjugate Vaccine (PCV13): *What You Need to Know*

Many vaccine information statements are available in Spanish and other languages. See www.immunize.org/vis

Hojas de información sobre vacunas están disponibles en español y en muchos otros idiomas. Visite www.immunize.org/vis

## 1. Why get vaccinated?

**Pneumococcal conjugate vaccine (PCV13)** can prevent **pneumococcal disease**.

**Pneumococcal disease** refers to any illness caused by pneumococcal bacteria. These bacteria can cause many types of illnesses, including pneumonia, which is an infection of the lungs. Pneumococcal bacteria are one of the most common causes of pneumonia.

Besides pneumonia, pneumococcal bacteria can also cause:
- Ear infections
- Sinus infections
- Meningitis (infection of the tissue covering the brain and spinal cord)
- Bacteremia (infection of the blood)

Anyone can get pneumococcal disease, but children under 2 years old, people with certain medical conditions, adults 65 years or older, and cigarette smokers are at the highest risk.

Most pneumococcal infections are mild. However, some can result in long-term problems, such as brain damage or hearing loss. Meningitis, bacteremia, and pneumonia caused by pneumococcal disease can be fatal.

## 2. PCV13

PCV13 protects against 13 types of bacteria that cause pneumococcal disease.

**Infants and young children** usually need 4 doses of pneumococcal conjugate vaccine, at ages 2, 4, 6, and 12–15 months. **Older children (through age 59 months)** may be vaccinated if they did not receive the recommended doses.

A dose of PCV13 is also recommended for **adults and children 6 years or older** with certain medical conditions if they did not already receive PCV13.

This vaccine may be given to healthy **adults 65 years or older** who did not already receive PCV13, based on discussions between the patient and health care provider.

## 3. Talk with your health care provider

Tell your vaccination provider if the person getting the vaccine:
- Has had an **allergic reaction after a previous dose of PCV13, to an earlier pneumococcal conjugate vaccine known as PCV7, or to any vaccine containing diphtheria toxoid** (for example, DTaP), or has any **severe, life-threatening allergies**

In some cases, your health care provider may decide to postpone PCV13 vaccination until a future visit.

People with minor illnesses, such as a cold, may be vaccinated. People who are moderately or severely ill should usually wait until they recover before getting PCV13.

Your health care provider can give you more information.

**U.S. Department of Health and Human Services**
Centers for Disease Control and Prevention

**Exhibit 17**

## 4. Risks of a vaccine reaction

- Redness, swelling, pain, or tenderness where the shot is given, and fever, loss of appetite, fussiness (irritability), feeling tired, headache, and chills can happen after PCV13 vaccination.

Young children may be at increased risk for seizures caused by fever after PCV13 if it is administered at the same time as inactivated influenza vaccine. Ask your health care provider for more information.

People sometimes faint after medical procedures, including vaccination. Tell your provider if you feel dizzy or have vision changes or ringing in the ears.

As with any medicine, there is a very remote chance of a vaccine causing a severe allergic reaction, other serious injury, or death.

## 5. What if there is a serious problem?

An allergic reaction could occur after the vaccinated person leaves the clinic. If you see signs of a severe allergic reaction (hives, swelling of the face and throat, difficulty breathing, a fast heartbeat, dizziness, or weakness), call **9-1-1** and get the person to the nearest hospital.

For other signs that concern you, call your health care provider.

Adverse reactions should be reported to the Vaccine Adverse Event Reporting System (VAERS). Your health care provider will usually file this report, or you can do it yourself. Visit the VAERS website at **www.vaers.hhs.gov** or call **1-800-822-7967**. *VAERS is only for reporting reactions, and VAERS staff members do not give medical advice.*

## 6. The National Vaccine Injury Compensation Program

The National Vaccine Injury Compensation Program (VICP) is a federal program that was created to compensate people who may have been injured by certain vaccines. Claims regarding alleged injury or death due to vaccination have a time limit for filing, which may be as short as two years. Visit the VICP website at **www.hrsa.gov/vaccinecompensation** or call **1-800-338-2382** to learn about the program and about filing a claim.

## 7. How can I learn more?

- Ask your health care provider.
- Call your local or state health department.
- Visit the website of the Food and Drug Administration (FDA) for vaccine package inserts and additional information at **www.fda.gov/vaccines-blood-biologics/vaccines**.
- Contact the Centers for Disease Control and Prevention (CDC):
  - Call **1-800-232-4636** (**1-800-CDC-INFO**) or
  - Visit CDC's website at **www.cdc.gov/vaccines**.

Vaccine Information Statement

PCV13

42 U.S.C. § 300aa-26

8/6/2021

OFFICE USE ONLY

**Exhibit 17**

# EXHIBIT 18

**VACCINE INFORMATION FACT SHEET FOR RECIPIENTS AND CAREGIVERS ABOUT COMIRNATY (COVID-19 VACCINE, mRNA) AND THE PFIZER-BIONTECH COVID-19 VACCINE TO PREVENT CORONAVIRUS DISEASE 2019 (COVID-19) FOR USE IN INDIVIDUALS 12 YEARS OF AGE AND OLDER**

**FOR 12 YEARS OF AGE AND OLDER**

**You are being offered either COMIRNATY (COVID-19 Vaccine, mRNA) or the Pfizer-BioNTech COVID-19 Vaccine to prevent Coronavirus Disease 2019 (COVID-19) caused by SARS-CoV-2.**

**This Vaccine Information Fact Sheet for Recipients and Caregivers comprises the Fact Sheet for the authorized Pfizer-BioNTech COVID-19 Vaccine and also includes information about the FDA-licensed vaccine, COMIRNATY (COVID-19 Vaccine, mRNA) for use in individuals 12 years of age and older.**

**The FDA-approved COMIRNATY (COVID-19 Vaccine, mRNA) and the two formulations of Pfizer-BioNTech COVID-19 Vaccine authorized for Emergency Use Authorization (EUA) for ages 12 years and older, when prepared according to their respective instructions for use, can be used interchangeably.[1]**

> **COMIRNATY (COVID-19 Vaccine, mRNA) is an FDA-approved COVID-19 vaccine made by Pfizer for BioNTech. It is approved as a 2-dose series for prevention of COVID-19 in individuals 16 years of age and older. It is also authorized under EUA to provide:**
> - **a 2-dose primary series to individuals 12 through 15 years;**
> - **a third primary series dose to individuals 12 years of age and older who have been determined to have certain kinds of immunocompromise; and**
> - **a single booster dose to the following individuals who have completed a primary series with Pfizer-BioNTech COVID-19 Vaccine or COMIRNATY:**
>   - **65 years of age and older**
>   - **18 through 64 years of age at high risk of severe COVID-19**

---

[1] When prepared according to their respective instructions for use, the FDA-approved COMIRNATY (COVID-19 Vaccine, mRNA) and the two EUA-authorized formulations of Pfizer-BioNTech COVID-19 Vaccine for ages 12 years of age and older can be used interchangeably without presenting any safety or effectiveness concerns.

Revised: 29 October 2021

**Exhibit 18**

- o **18 through 64 years of age with frequent institutional or occupational exposure to SARS-CoV-2**
- **a single booster dose to eligible individuals who have completed primary vaccination with a different authorized COVID-19 vaccine. Booster eligibility and schedule are based on the labeling information of the vaccine used for the primary series.**

**The Pfizer-BioNTech COVID-19 Vaccine has received EUA from FDA to provide:**
- **a 2-dose primary series to individuals 12 years of age and older;**
- **a third primary series dose to individuals 12 years of age and older who have been determined to have certain kinds of immunocompromise; and**
- **a single booster dose to the following individuals who have completed a primary series with Pfizer-BioNTech COVID-19 Vaccine or COMIRNATY:**
  - o **65 years of age and older**
  - o **18 through 64 years of age at high risk of severe COVID-19**
  - o **18 through 64 years of age with frequent institutional or occupational exposure to SARS-CoV-2**
- **a single booster dose to eligible individuals who have completed primary vaccination with a different authorized COVID-19 vaccine. Booster eligibility and schedule are based on the labeling information of the vaccine used for the primary series.**

---

This Vaccine Information Fact Sheet contains information to help you understand the risks and benefits of COMIRNATY (COVID-19 Vaccine, mRNA) and the Pfizer-BioNTech COVID-19 Vaccine, which you may receive because there is currently a pandemic of COVID-19. Talk to your vaccination provider if you have questions.

This Fact Sheet may have been updated. For the most recent Fact Sheet, please see www.cvdvaccine.com.

**WHAT YOU NEED TO KNOW BEFORE YOU GET THIS VACCINE**

**WHAT IS COVID-19?**
COVID-19 disease is caused by a coronavirus called SARS-CoV-2. You can get COVID-19 through contact with another person who has the virus. It is predominantly a respiratory illness that can affect other organs. People with COVID-19 have had a wide range of symptoms reported, ranging from mild symptoms to severe illness leading to death. Symptoms may appear 2 to 14 days after exposure to the virus. Symptoms may include: fever or chills; cough; shortness of breath; fatigue; muscle or body aches; headache; new loss of taste or smell; sore throat; congestion or runny nose; nausea or vomiting; diarrhea.

Revised: 29 October 2021

**Exhibit 18**

**WHAT IS COMIRNATY (COVID-19 VACCINE, mRNA) AND HOW IS IT RELATED TO THE PFIZER-BIONTECH COVID-19 VACCINE?**

COMIRNATY (COVID-19 Vaccine, mRNA) and the Pfizer-BioNTech COVID-19 Vaccine when prepared according to their respective instructions for use, can be used interchangeably.

For more information on EUA, see the "**What is an Emergency Use Authorization (EUA)?**" section at the end of this Fact Sheet.

**WHAT SHOULD YOU MENTION TO YOUR VACCINATION PROVIDER BEFORE YOU GET THE VACCINE?**
**Tell the vaccination provider about all of your medical conditions, including if you:**
- have any allergies
- have had myocarditis (inflammation of the heart muscle) or pericarditis (inflammation of the lining outside the heart)
- have a fever
- have a bleeding disorder or are on a blood thinner
- are immunocompromised or are on a medicine that affects your immune system
- are pregnant or plan to become pregnant
- are breastfeeding
- have received another COVID-19 vaccine
- have ever fainted in association with an injection

**HOW IS THE VACCINE GIVEN?**
The Pfizer-BioNTech COVID-19 Vaccine or COMIRNATY will be given to you as an injection into the muscle.

Primary Series: The vaccine is administered as a 2-dose series, 3 weeks apart. A third primary series dose may be administered at least 4 weeks after the second dose to individuals who are determined to have certain kinds of immunocompromise.

Booster Dose:
- A single booster dose of the vaccine may be administered at least 6 months after completion of a primary series to individuals:
  - 65 years of age and older
  - 18 through 64 years of age at high risk of severe COVID-19
  - 18 through 64 years of age with frequent institutional or occupational exposure to SARS-CoV-2
- A single booster dose of the vaccine may be administered to certain individuals who have completed primary vaccination with a different authorized COVID-19 vaccine. Please check with your healthcare provider regarding eligibility for and timing of the booster dose.

The vaccine may not protect everyone.

Revised: 29 October 2021

**Exhibit 18**

**WHO SHOULD <u>NOT</u> GET THE VACCINE?**
You should not get the vaccine if you:
- had a severe allergic reaction after a previous dose of this vaccine
- had a severe allergic reaction to any ingredient of this vaccine.

**WHAT ARE THE INGREDIENTS IN THE VACCINES?**
COMIRNATY (COVID-19 Vaccine, mRNA) and the authorized formulations of the vaccine include the following ingredients:
- mRNA and lipids ((4-hydroxybutyl)azanediyl)bis(hexane-6,1-diyl)bis(2-hexyldecanoate), 2 [(polyethylene glycol)-2000]-N,N-ditetradecylacetamide, 1,2-Distearoyl-sn-glycero-3-phosphocholine, and cholesterol).

Pfizer-BioNTech COVID-19 vaccines for individuals 12 years of age and older contain 1 of the following sets of additional ingredients; ask the vaccination provider which version is being administered:
- potassium chloride, monobasic potassium phosphate, sodium chloride, dibasic sodium phosphate dihydrate, and sucrose

OR
- tromethamine, tromethamine hydrochloride, and sucrose

COMIRNATY (COVID-19 Vaccine, mRNA) contains the following additional ingredients: potassium chloride, monobasic potassium phosphate, sodium chloride, dibasic sodium phosphate dihydrate, and sucrose.

**HAS THE VACCINE BEEN USED BEFORE?**
Yes. In clinical trials, approximately 23,000 individuals 12 years of age and older have received at least 1 dose of the vaccine. Data from these clinical trials supported the Emergency Use Authorization of the Pfizer-BioNTech COVID-19 Vaccines and the approval of COMIRNATY (COVID-19 Vaccine, mRNA). Millions of individuals have received the vaccine under EUA since December 11, 2020. The vaccine that is authorized for use in individuals 12 years and older includes two formulations; one that was studied in clinical trials and used under EUA, and one with the same mRNA and lipids but different inactive ingredients. The use of the different inactive ingredients helps stabilize the vaccine under refrigerated temperatures and the formulation can be administered without dilution.

**WHAT ARE THE BENEFITS OF THE VACCINE?**
The vaccine has been shown to prevent COVID-19.

The duration of protection against COVID-19 is currently unknown.

**WHAT ARE THE RISKS OF THE VACCINE?**
There is a remote chance that the vaccine could cause a severe allergic reaction. A severe allergic reaction would usually occur within a few minutes to 1 hour after getting a dose of the vaccine. For this reason, your vaccination provider may ask you to stay at the place where you received your vaccine for monitoring after vaccination. Signs of a severe allergic reaction can include:

Revised: 29 October 2021

**Exhibit 18**

- Difficulty breathing
- Swelling of your face and throat
- A fast heartbeat
- A bad rash all over your body
- Dizziness and weakness

Myocarditis (inflammation of the heart muscle) and pericarditis (inflammation of the lining outside the heart) have occurred in some people who have received the vaccine. In most of these people, symptoms began within a few days following receipt of the second dose of vaccine. The chance of having this occur is very low. You should seek medical attention right away if you have any of the following symptoms after receiving the vaccine:

- Chest pain
- Shortness of breath
- Feelings of having a fast-beating, fluttering, or pounding heart

Side effects that have been reported with the vaccine include:

- severe allergic reactions
- non-severe allergic reactions such as rash, itching, hives, or swelling of the face
- myocarditis (inflammation of the heart muscle)
- pericarditis (inflammation of the lining outside the heart)
- injection site pain
- tiredness
- headache
- muscle pain
- chills
- joint pain
- fever
- injection site swelling
- injection site redness
- nausea
- feeling unwell
- swollen lymph nodes (lymphadenopathy)
- decreased appetite
- diarrhea
- vomiting
- arm pain
- fainting in association with injection of the vaccine

These may not be all the possible side effects of the vaccine. Serious and unexpected side effects may occur. The possible side effects of the vaccine are still being studied in clinical trials.

**WHAT SHOULD I DO ABOUT SIDE EFFECTS?**
If you experience a severe allergic reaction, call 9-1-1, or go to the nearest hospital.

Revised: 29 October 2021

**Exhibit 18**

Call the vaccination provider or your healthcare provider if you have any side effects that bother you or do not go away.

Report vaccine side effects to FDA/CDC Vaccine Adverse Event Reporting System (VAERS). The VAERS toll-free number is 1-800-822-7967 or report online to https://vaers.hhs.gov/reportevent.html. Please include either "COMIRNATY (COVID-19 Vaccine, mRNA)" or "Pfizer-BioNTech COVID-19 Vaccine EUA", as appropriate, in the first line of box #18 of the report form.

In addition, you can report side effects to Pfizer Inc. at the contact information provided below.

| Website | Fax number | Telephone number |
|---|---|---|
| www.pfizersafetyreporting.com | 1-866-635-8337 | 1-800-438-1985 |

You may also be given an option to enroll in v-safe. V-safe is a new voluntary smartphone-based tool that uses text messaging and web surveys to check in with people who have been vaccinated to identify potential side effects after COVID-19 vaccination. V-safe asks questions that help CDC monitor the safety of COVID-19 vaccines. V-safe also provides second-dose reminders if needed and live telephone follow-up by CDC if participants report a significant health impact following COVID-19 vaccination. For more information on how to sign up, visit: www.cdc.gov/vsafe.

**WHAT IF I DECIDE NOT TO GET COMIRNATY (COVID-19 VACCINE, mRNA) OR THE PFIZER-BIONTECH COVID-19 VACCINE?**
Under the EUA, it is your choice to receive or not receive the vaccine. Should you decide not to receive it, it will not change your standard medical care.

**ARE OTHER CHOICES AVAILABLE FOR PREVENTING COVID-19 BESIDES COMIRNATY (COVID-19 VACCINE, mRNA) OR THE PFIZER-BIONTECH COVID-19 VACCINE?**
Other vaccines to prevent COVID-19 may be available under Emergency Use Authorization.

**CAN I RECEIVE THE COMIRNATY (COVID-19 VACCINE, mRNA) OR PFIZER-BIONTECH COVID-19 VACCINE AT THE SAME TIME AS OTHER VACCINES?**
Data have not yet been submitted to FDA on administration of COMIRNATY (COVID-19 Vaccine, mRNA) or the Pfizer-BioNTech COVID-19 Vaccine at the same time with other vaccines. If you are considering receiving COMIRNATY (COVID-19 Vaccine, mRNA) or the Pfizer-BioNTech COVID-19 Vaccine with other vaccines, discuss your options with your healthcare provider.

**WHAT IF I AM IMMUNOCOMPROMISED?**
If you are immunocompromised, you may receive a third dose of the vaccine. The third dose may still not provide full immunity to COVID-19 in people who are

immunocompromised, and you should continue to maintain physical precautions to help prevent COVID-19. In addition, your close contacts should be vaccinated as appropriate.

**WHAT IF I AM PREGNANT OR BREASTFEEDING?**
If you are pregnant or breastfeeding, discuss your options with your healthcare provider.

**WILL THE VACCINE GIVE ME COVID-19?**
No. The vaccine does not contain SARS-CoV-2 and cannot give you COVID-19.

**KEEP YOUR VACCINATION CARD**
When you get your first dose, you will get a vaccination card to show you when to return for your next dose(s) of the vaccine. Remember to bring your card when you return.

**ADDITIONAL INFORMATION**
If you have questions, visit the website or call the telephone number provided below.

To access the most recent Fact Sheets, please scan the QR code provided below.

| Global website | Telephone number |
|---|---|
| www.cvdvaccine.com <br>  | 1-877-829-2619 <br> (1-877-VAX-CO19) |

**HOW CAN I LEARN MORE?**
- Ask the vaccination provider.
- Visit CDC at https://www.cdc.gov/coronavirus/2019-ncov/index.html.
- Visit FDA at https://www.fda.gov/emergency-preparedness-and-response/mcm-legal-regulatory-and-policy-framework/emergency-use-authorization.
- Contact your local or state public health department.

**WHERE WILL MY VACCINATION INFORMATION BE RECORDED?**
The vaccination provider may include your vaccination information in your state/local jurisdiction's Immunization Information System (IIS) or other designated system. This will ensure that you receive the same vaccine when you return for the second dose. For more information about IISs visit: https://www.cdc.gov/vaccines/programs/iis/about.html.

**CAN I BE CHARGED AN ADMINISTRATION FEE FOR RECEIPT OF THE COVID-19 VACCINE?**
No. At this time, the provider cannot charge you for a vaccine dose and you cannot be charged an out-of-pocket vaccine administration fee or any other fee if only receiving a

Revised: 29 October 2021

**Exhibit 18**

COVID-19 vaccination. However, vaccination providers may seek appropriate reimbursement from a program or plan that covers COVID-19 vaccine administration fees for the vaccine recipient (private insurance, Medicare, Medicaid, Health Resources & Services Administration [HRSA] COVID-19 Uninsured Program for non-insured recipients).

**WHERE CAN I REPORT CASES OF SUSPECTED FRAUD?**
Individuals becoming aware of any potential violations of the CDC COVID-19 Vaccination Program requirements are encouraged to report them to the Office of the Inspector General, U.S. Department of Health and Human Services, at 1-800-HHS-TIPS or https://TIPS.HHS.GOV.

**WHAT IS THE COUNTERMEASURES INJURY COMPENSATION PROGRAM?**
The Countermeasures Injury Compensation Program (CICP) is a federal program that may help pay for costs of medical care and other specific expenses of certain people who have been seriously injured by certain medicines or vaccines, including this vaccine. Generally, a claim must be submitted to the CICP within one (1) year from the date of receiving the vaccine. To learn more about this program, visit www.hrsa.gov/cicp/ or call 1-855-266-2427.

**WHAT IS AN EMERGENCY USE AUTHORIZATION (EUA)?**
An Emergency Use Authorization (EUA) is a mechanism to facilitate the availability and use of medical products, including vaccines, during public health emergencies, such as the current COVID-19 pandemic. An EUA is supported by a Secretary of Health and Human Services (HHS) declaration that circumstances exist to justify the emergency use of drugs and biological products during the COVID-19 pandemic.

The FDA may issue an EUA when certain criteria are met, which includes that there are no adequate, approved, available alternatives. In addition, the FDA decision is based on the totality of scientific evidence available showing that the product may be effective to prevent COVID-19 during the COVID-19 pandemic and that the known and potential benefits of the product outweigh the known and potential risks of the product. All of these criteria must be met to allow for the product to be used in the treatment of patients during the COVID-19 pandemic.

Revised: 29 October 2021

**Exhibit 18**

This EUA for the Pfizer-BioNTech COVID-19 Vaccine and COMIRNATY will end when the Secretary of HHS determines that the circumstances justifying the EUA no longer exist or when there is a change in the approval status of the product such that an EUA is no longer needed.



Manufactured by
Pfizer Inc., New York, NY 10017

BIONTECH

Manufactured for
BioNTech Manufacturing GmbH
An der Goldgrube 12
55131 Mainz, Germany

LAB-1451-11.2

Revised: 29 October 2021

 Scan to capture that this Fact Sheet was provided to vaccine recipient for the electronic medical records/immunization information systems.

Barcode date: 09/30/2021

**Exhibit 18**