UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**VICTOR M. BOOTH**, *individually and as next of friend of L.B., a minor child, et al.*,

    Plaintiffs,

v.

**MURIEL BOWSER**,
*in her official capacity as Mayor of the District of Columbia, et al.*,

    Defendants.

Case No. 1:21-cv-01857 (TNM)

## ORDER

Upon consideration of Plaintiffs' motion for preliminary injunction, Defendants' motion to dismiss, the pleadings, relevant law, and related legal memoranda and arguments of counsel in opposition and support, for the reasons set forth in the accompanying Memorandum Opinion it is hereby

**ORDERED** that Plaintiffs' [33] Motion for Preliminary Injunction is GRANTED; and it is further

**ORDERED** that Defendants, their agents, employees, and successors in office are hereby enjoined from enforcing the Minor Consent for Vaccinations Amendment Act of 2020 pending further order of this Court; and it is further

**ORDERED** that Defendants' [36] Motion to Dismiss is DENIED as to Plaintiffs' First Cause of Action and Third Cause of Action.

**SO ORDERED.**  Under 28 U.S.C. § 1292(a)(1), this is an appealable Order as to the Court's granting of the [33] Motion for Preliminary Injunction.

Dated: March 18, 2022                                   TREVOR N. McFADDEN, U.S.D.J.