UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VICTOR M. BOOTH**, *et al.*, <br><br>Plaintiffs, <br><br>and <br><br>**JOSHUA A. MAZER**, <br><br>Plaintiff, <br><br>v. <br><br>**MURIEL BOWSER**, *et al.*, <br><br>Defendants. | Civil Action Nos. 21-01857 (TNM) <br>and 21-01782 (TNM) |

### **JOINT STATUS REPORT**

Pursuant to the Court's May 3, 2022 Minute Order staying this case, and its subsequent Minute Orders extending the stay, Plaintiffs Victor Booth, Shameka Williams, Shanita Williams, Jane Hellewell, and Joshua Mazer and Defendants Muriel Bowser, LaQuandra Nesbitt, and Lewis Ferebee (the Parties) submit this joint status report.

The Parties entered into a settlement that requires, among other provisions, that this case will be voluntarily dismissed in the event that permanent legislation becomes law repealing the provision challenged in these matters. Permanent legislation repealing the challenged provision became effective, after a period of congressional review, on March 10, 2023. *See* https://lims.dccouncil.gov/Legislation/B24-0942 (Mar. 20, 2023).

Plaintiffs will contemporaneously file a Stipulation of Dismissal.

Dated:  March 20, 2023.

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Interim Deputy Attorney General
Civil Litigation Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Assistant Deputy Attorney General

*/s/ Andrew J. Saindon*
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
MATEYA B. KELLEY [888219451]
PAMELA A. DISNEY [1601225]
Assistant Attorneys General
Equity Section
400 Sixth Street, N.W.
Suite 10100
Washington, D.C. 20001
(202) 724-6643
andy.saindon@dc.gov

*Counsel for Defendants*

Respectfully submitted,

*/s/  Rolf G. S. Hazlehurst*
ROLF G. S. HAZLEHURST (*pro hac vice*)
ROBERT F. KENNEDY, JR. (*pro hac vice*)
Children's Health Defense
202 Tuckahoe Cove
Jackson, TN 38305
(731) 267-1663
rolf.hazlehurst@childrenshealthdefense.org

JAMES R. MASON III [978781]
DARREN A. JONES (*pro hac vice*)
PETER K. KAMAKAWIWOOLE, JR. (*pro hac vice*)
Parental Rights Foundation
One Patrick Henry Circle
Purcellville, VA 20132
(540) 338-5600
jim@hslda.org

*Counsel for Booth Plaintiffs*

*/s/  Elizabeth Brehm*
AARON SIRI (*pro hac vice*)
ELIZABETH BREHM (*pro hac vice*)
Siri & Glimstad LLP
200 Park Avenue
17th Floor
New York, New York 10166
(212) 532-1091
aaron@sirillp.com
ebrehm@sirillp.com

CHRISTOPHER WIEST (*pro hac vice*)
Christopher West Attorney at Law, PLLC
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017
Tel: (513) 257-1895
chris@cwiestlaw.com

JOHN R. GARZA [398728]
Garza Building
17 W. Jefferson Street, Suite 100
Rockville, Maryland 20850
(301) 340 8200 x 100

jgarza@garzanet.com

*Counsel for Mazer Plaintiff*