## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOR M. BOOTH, *et al*., <br><br> Plaintiffs, <br><br> and <br><br> JOSHUA A. MAZER, <br><br> Plaintiff, <br><br> v. <br><br> MURIEL BOWSER, *et al*., <br><br> Defendants. | Civil Action Nos. 21-01857 (TNM) <br> and 21-01782 (TNM) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs voluntarily dismiss their claims in this matter with prejudice. Defendants consent and stipulate to Plaintiffs' dismissal.

Dated:  March 24, 2023.                          Respectfully submitted,

BRIAN L. SCHWALB                          */s/  Rolf G. S. Hazlehurst*
Attorney General for the District of Columbia    ROLF G. S. HAZLEHURST (*pro hac vice*)
                                                 ROBERT F. KENNEDY, JR. (*pro hac vice*)
STEPHANIE E. LITOS                        Children's Health Defense
Interim Deputy Attorney General           202 Tuckahoe Cove
Civil Litigation Division                 Jackson, TN 38305
                                          (731) 267-1663
*/s/ Fernando Amarillas*                    rolf.hazlehurst@childrenshealthdefense.org
FERNANDO AMARILLAS [974858]
Assistant Deputy Attorney General         */s/ James R. Mason III*
                                          JAMES R. MASON III [978781]
*/s/ Andrew J. Saindon*                     DARREN A. JONES (*pro hac vice*)
ANDREW J. SAINDON [456987]                PETER K. KAMAKAWIWOOLE, JR. (*pro
Senior Assistant Attorney General         hac vice*)
MATEYA B. KELLEY [888219451]              Parental Rights Foundation
PAMELA A. DISNEY [1601225]                One Patrick Henry Circle
Assistant Attorneys General               Purcellville, VA 20132
Equity Section                            (540) 338-5600

400 Sixth Street, N.W.
Suite 10100
Washington, D.C. 20001
(202) 724-6643
andy.saindon@dc.gov

*Counsel for Defendants*

jim@hslda.org

*Counsel for Booth Plaintiffs*

*/s/  Elizabeth Brehm*
AARON SIRI (*pro hac vice*)
ELIZABETH BREHM (*pro hac vice*)
Siri & Glimstad LLP
200 Park Avenue
17th Floor
New York, New York 10166
(212) 532-1091
aaron@sirillp.com
ebrehm@sirillp.com

CHRISTOPHER WIEST (*pro hac vice*)
Christopher West Attorney at Law, PLLC
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017
Tel: (513) 257-1895
chris@cwiestlaw.com

JOHN R. GARZA [398728]
Garza Building
17 W. Jefferson Street, Suite 100
Rockville, Maryland 20850
(301) 340 8200 x 100
jgarza@garzanet.com

*Counsel for Mazer Plaintiff*